

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5053 2161

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

January 22, 2008

Ms. Jacklyn L. Fisher
c/o Jo Miller, Esquire
505 N. Main (Parsonage)
Carriage House
Conroe, TX  77301

Re: EEOC Charge Against University of Texas Medical Branch, et al.
    No. 460200601987

Dear Ms. Fisher:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                  Sincerely,

                                Grace Chung Becker
                        Acting Assistant Attorney General
                            Civil Rights Division

                  by *[signature]*

                            Karen L. Ferguson
                        Supervisory Civil Rights Analyst
                        Employment Litigation Section

cc: Houston District Office, EEOC
    University of Texas Medical Branch, et al.

**EXHIBIT A**