IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER §<br>         Plaintiff, §<br>§<br>vs. §<br>§<br>UNIVERSITY OF TEXAS §<br>MEDICAL BRANCH and §<br>DAVID WATSON §<br>         Defendants. § | CIVIL ACTION NO. 4:08-cv-01273<br><br>Jury Demanded |

**CERTIFICATION OF DISCLOSURE OF INTERESTED PERSONS
BY COUNSEL FOR PLAINTIFF, JACKIE FISHER LISTING
ALL PERSONS AND ENTITIES INTERESTED IN OUTCOME**

NOW COMES, counsel for **JACKIE FISHER**, and hereby certifies that the following list is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent corporations, or other legal entities, of which I am aware today, that are financially interested in the outcome of the litigation of the above referenced cause:

a. Jacklyn L. Fisher ("Jackie Fisher")

b. Jo Miller, LAW OFFICE OF JO MILLER, P.L.L.C.

c. University of Texas Medical Branch (UTMB)

d. David Watson.

Plaintiff respectfully reserves the right to supplement this list.

Respectfully submitted,

LAW OFFICE OF JO MILLER, P.L.L.C.
505 North Main, Carriage House
Conroe, Texas 77301
Tel: (936) 539-4400
Fax: (936) 539-4409
jmiller@jomillerlaw.com

By: */s/  Jo Miller*
JO MILLER
State Bar No. 00791268
Southern District No. 20385
Attorney for Jackie Fisher, Plaintiff

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 12th day of May, 2008.

/s/  *Jo Miller*
JO MILLER

## CERTIFICATE OF SERVICE

I hereby certify that, a true and correct copy of the foregoing CERTIFICATION OF DISCLOSURE OF INTERESTED PERSONS BY COUNSEL FOR PLAINTIFF, JACKIE FISHER, LISTING ALL PERSONS AND ENTITIES INTERESTED IN OUTCOME will be filed on all parties with service of the Original Complaint.

/s/  *Jo Miller*
Jo Miller
Attorney for Jackie Fisher, Plaintiff