# UNITED STATES DISTRICT COURT

Southern                    District of                    Texas

**JACKIE FISHER**
              **Plaintiff**

V.                                                          **SUMMONS IN A CIVIL CASE**

**UNIVERSITY OF TEXAS**
**MEDICAL BRANCH and**
**DAVID WATSON**                                            CASE NUMBER: **4:08-cv-01273**
              **Defendants**

TO: (Name and address of Defendant)

**David Watson**
**3117 Clay Circle**
**Huntsville, Texas 77340**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jo Miller
THE LAW OFFICE OF JO MILLER, P.L.L.C.
The Parsonage at 505 North Main
Carriage House
Conroe, Texas 77301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 2 2 2008

MICHAEL N. MILBY
CLERK  /s/ signature                                        DATE

(By) DEPUTY CLERK

CASE NO. 4:08-cv-01273

| | |
|---|---|
| **JACKIE FISHER**<br>**PLAINTIFF** | IN THE UNITED STATES |
| | DISTRICT COURT |
| **V.** | SOUTHERN DISTRICT OF |
| **UNIVERSITY OF TEXAS**<br>**MEDICAL BRANCH and** | TEXAS HOUSTON |
| **DAVID WATSON**<br>**DEFENDANTS** | DIVISION |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day appeared, Kelly L. Hill, personally appeared before me and stated under oath as follows:

1.   My name is Kelly Hill. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is 2731 Hidden Spring Falls Drive, Spring, Texas 77386.

2.   On May 30, 2008 at 9:15 a.m. - ORIGINAL SUMMONS CERTIFICATION OF DISCLOSURE OF INTERESTED PERSONS BY COUNSEL FOR PLAINTIFF LISTING ALL PERSONS AND ENTITIES INTERESTED IN OUTCOUME, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES AND PLAINTIFF'S JURY DEMAND CAME TO HAND.

3.   On May 31, 2008 at 8:21 a.m. - ATTEMPTED SERVICE. NO ANSWER AT DOOR.

4.   ON May 31, 2008 at 9:03 a.m. - ATTEMPTED SERVICE. MR. WATSON WOULD NOT OPEN THE DOOR TO ACCEPT SERVICE.

5.   ON May 31, 2008 at 11:20 a.m. - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO DAVID WATSON AT 3117 CLAY CIRCLE, HUNTSVILLE, TEXAS 77340 BY PERSONAL SERVICE.

FURTHER AFFIANT SAYETH NOT.

*Kelly Hill* (signature)
Kelly Hill
SCH0000003426

SWORN TO AND SUBSCRIBED before me by __KELLY Hill__, appeared on this __3__ day of __June__, 2008 to attest witness by hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

RUBEN GARZA
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES 04-27-2009

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-31-08 |
| NAME OF SERVER (PRINT) Kelly Hill | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 3117 Clay Circle, Huntsville, Texas 77340

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-31-08 - 11:20am     *Kelly Hill*  SCH# 3426
              Date                  Signature of Server

2731 Hidden Spring Falls Drive
Address of Server
Spring, Texas 77386

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.