IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2008

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants.* | § | |

## MOTION TO APPEAR PRO HAC VICE

THE HONORABLE NANCY F. ATLAS:

NOW COMES, Sam Lively, Assistant Attorney General, on behalf of Defendant, University of Texas Medical Branch and David Watson, and makes this motion to appear *pro hac vice* in the above numbered civil action. In support thereof, Mr. Lively would respectfully show the Court as follows:

1. Mr. Lively is an attorney at law licensed to practice by the State of Texas and a member in good standing with the Bar of the State of Texas.

2. Mr. Lively submits to the jurisdiction of this Court for discipline purposes and to the local rules, and certifies that she will be available for hearings on reasonable notice; and

3. Mr. Lively further represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude nor has she been the subject of any disciplinary action by a court of record.

ACCORDINGLY, Sam Lively respectfully requests that the Court grant this motion and

allow him to appear *pro hac vice* for purposes of this proceeding as attorney in charge on behalf of Defendant, University of Texas Medical Branch and David Watson.

               Respectfully submitted,

               GREG ABBOTT
               Attorney General of Texas

               KENT C. SULLIVAN
               First Assistant Attorney General

               DAVID S. MORALES
               Deputy Attorney General for Civil Litigation

               ROBERT B. O'KEEFE
               Chief, General Litigation Division

               _____
               SAM LIVELY
               Assistant Attorney General
               Texas Bar No. 12435300
               Assistant Attorney General
               General Litigation Division
               P. O. Box 12548, Capitol Station
               Austin, Texas 78711
               Phone No. (512) 463-2120
               Fax No. (512) 320-0667

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the above and forgoing document has been sent via certified mail, return receipt requested, on June 20, 2008, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

                                            SAM LIVELY
                                            Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is the Motion to Appear *Pro Hac Vice* filed by Sam Lively. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Sam Lively be and is hereby granted permission to appear in this matter *pro hac vice* to represent Defendant, University of Texas Medical Branch and David Watson.

SIGNED on this _____ day of _____, 2008.

_____
HONORABLE NANCY F. ATLAS