IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is the Motion to Appear *Pro Hac Vice* filed by Sam Lively. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Sam Lively be and is hereby granted permission to appear in this matter *pro hac vice* to represent Defendant, University of Texas Medical Branch and David Watson.

SIGNED on this __25th__ day of __June__, 2008.

_____
Nancy F. Atlas
United States District Judge