

# The State of Texas

## Secretary of State

2008-151964-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

Jackie Fisher Vs University Of Texas Medical Branch et al
 United States District Court for the Southern District of Texas, Houston
Division
Cause No: 408CV01273

was received by this office on June 3, 2008, and that a copy was forwarded on June 5, 2008, by HAND DELIVERY, return receipt requested to:

University Of Texas Medical Branch
Austin, TX 78701

The RETURN RECEIPT was received in this office dated June 5, 2008,  Signature Of Addressee's Agent.

Date issued: June 20, 2008

*Phil Wilson*

**Phil Wilson**
**Secretary of State**

ST/sf