United States District Court
Southern District of Texas
FILED

JUL 0 7 2008

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants.* | § | |

**CERTIFICATE OF FINANCIALLY INTERESTED PERSONS**

THE HONORABLE NANCY F. ATLAS:

Defendants, UNIVERSITY OF TEXAS MEDICAL BRANCH AND DAVID WATSON, certify to the

Court that to the best of the knowledge of Defendants, the only persons/entities that are interested

in the outcome of this litigation are the following:

1.  Jackyln L. Fisher ("Jackie Fisher")
2.  Jo Miller, Law Office of Jo Miller, P.L.L.C.
3.  University of Texas Medical Branch (UTMB)
4.  David Watson.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

SAM LIVELY
Assistant Attorney General
Texas Bar No. 12435300
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via U.S. Mail, on July 3, 2008, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

SAM LIVELY
Assistant Attorney General