IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH and DAVID WATSON | § | Jury Demanded |
| | § | |
| Defendants. | § | |

## ORDER

Came on to be heard the date below, the Defendant's unopposed motion to reschedule the Court's initial pretrial conference.

The Court grants the Motion and hereby resets the conference for the ___ day of _____, 2008 at _____ at Courtroom 9F on the 9th Floor of the U.S. Courthouse, 515 Rusk St., Houston, Texas 77002.

Signed and entered on ___ day of _____, 2008.

_____
Honorable Nancy F. Atlas
Judge Presiding