IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| UNIVERSITY OF TEXAS<br>MEDICAL BRANCH, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER

It is hereby **ORDERED** that Defendants' Unopposed Motion to Reschedule [Doc. # 10] is **GRANTED** and the initial pretrial conference is **RESCHEDULED** to **September 5, 2008, at 1:00 p.m.**

SIGNED at Houston, Texas, this **16th** day of **July, 2008**.

Nancy F. Atlas
United States District Judge