**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

Jackie Fisher

v.                                                         Case No.: 4:08−cv−01273
                                                           Judge Nancy F. Atlas

University of Texas Medical Branch, et al.
                                   Defendant

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F. Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/23/08

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    September 18, 2008

                                                    Michael N. Milby, Clerk