# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Jo Miller | Plaintiff |
| Marion Sam Lively | Defendants |

**Date**: September 23, 2008  **ERO**: Yes
**Time**: 9:47 a.m. -10:05 a.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held. Docket control order to follow.

All initial disclosures by Defendant are due by **October 14, 2008.**

The events in this lawsuit apparently occurred, at least in large part, at the UTMB facility in Huntsville. In light of the fact that the UTMB has not made any initial disclosures despite the fact that this suit has been pending for many months and that UTMB in-house counsel is now entirely unavailable due to the ravages of Hurricane Ike, the Court **ORDERS** that Defendant UTMB designate a senior official at the UTMB facility in Huntsville as the temporary primary contact person available to the Texas Attorney General's litigation counsel. The Attorney General's litigation counsel must communicate directly with this representative for discovery purposes until in-house counsel is accessible in a meaningful and continuous way. As soon as in-house counsel becomes available in this manner, litigation counsel shall adopt the procedures chosen by his client UTMB.

**SIGNED** at Houston, Texas this 23rd day of September, 2008.

Nancy F. Atlas
United States District Judge