IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|        Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-cv-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|        Defendants. | § | |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER TO EXTEND THE MEDIATION DEADLINE AND REQUEST FOR STATUS CONFERENCE**

After considering Plaintiff's unopposed motion to modify the scheduling order to extend the time for mediation and Plaintiff's request for a status conference, the court:

FINDS that there is good cause to modify the scheduling order to extend the mediation deadline. Therefore, the court GRANTS the motion and extends the time for mediation until _____.

The court further ORDERS the parties to appear on _____, 2009 for a status conference.

SIGNED on _____, 2009.

_____
Nancy F. Atlas
U.S. DISTRICT JUDGE

***APPROVED & ENTRY REQUESTED:***

*/s/ Jo Miller*
Jo Miller, Attorney for Plaintiff