IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH, *et al.*, | § | |
|    Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Modify the Court's Scheduling Order and Request for Status Conference [Doc. # 18] is **GRANTED**. The deadline for the parties to complete mediation is extended to **June 30, 2009**. It is further

**ORDERED** that counsel shall appear before the Court on **February 18, 2009, at 1:00 p.m.** for a status conference.

SIGNED at Houston, Texas, this **28th** day of **January, 2009**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\1273Extension.wpd   090128.1012