# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Jo Miller | Plaintiff |
| Sam Lively/Cari Bernstein | Defendants |

**Date**: February 18, 2009         **ERO**: Yes
**Time**: 1:15 p.m.- 1:54 p.m.      **Interpreter**:

**At the hearing the Court made the following rulings**:

Status conference held. Discovery issues discussed. Rulings as stated on the record in open court.

Revised docket control order to follow.

**SIGNED** at Houston, Texas this 18th day of February, 2009

_____
Nancy F. Atlas
United States District Judge