IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| UNIVERSITY OF TEXAS MEDICAL<br>BRANCH, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER SETTING DISCOVERY CONFERENCE
## AND DIRECTIVE TO CONFER

The Court has received Defendants' Motion for Protective Order [Doc. # 22]. It is hereby **ORDERED**:

1. The Court will hold a conference on this discovery dispute on **April 2, 2009, at 5:30 p.m.** in Courtroom 9F of the U.S. Courthouse at 515 Rusk, Houston, Texas.

2. Counsel for Defendants shall deliver a courtesy copy of the subject documents to the Court's chambers by March 30, 2009.

3. Prior to the conference, the parties are directed to confer further in an attempt to resolve or narrow their dispute. Correspondence between counsel negotiating a resolution of the dispute should **not** be sent to the Court.

4.      The non-movant shall file electronically (and deliver a courtesy copy to chambers) a letter at least two (2) business days before the conference setting forth the status of the issues in dispute and non-movant's positions on open matters.

5.      The parties are directed to notify the Court's Case Manager Shelia Ashabranner by telephone (713-250-5407) and email (shelia_ashabranner@txs.uscourts.gov) as soon as possible if the conference becomes unnecessary.

SIGNED at Houston, Texas, this **23rd** day of **March, 2009.**

_____
Nancy F. Atlas
United States District Judge