IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| Defendants. | § | |

## PRIVILEGE LOG

1. Peer Review Committees Report to BNE (5/10/05).

2. Subject Inmate's Refusal of Treatment or Services Form (8/16/04)

3. Subject Inmate's Nursing Assessment Protocol for Psychiatric Symptoms (8/19/04)

4. Subject Inmate's Mental Health Disciplinary Case Review (8/19/04)

5. Subject Inmate's Second Refusal of Treatment or Services (8/19/04)

6. Subject Inmate's Clinical Note (8/20/04)

7. Subject Inmate's Triage Interview (8/20/04)

8. Subject Inmates Suicide Risk Assessment (8/20/04)

9. Clinic note about subject inmate (8/20/05)

10. Outpatient Mental Health Follow-Up for Subject Inmate (8/23/04)

11. Mental Health Disciplinary Case Review for Subject Inmate (8/24/04)

12. Case Management Notes on Subject Inmate (8/24/04)

13. Triage interview on Subject Inmate (8/25/04)

PLAINTIFF'S
EXHIBIT
"A"

14. Outpatient Psychiatric Follow-up for Subject Inmate (8/25/04)

15. Clinic notes - mid level provider for subject inmate (8/27/04)

16. Emergency Record (8/27/04)

17. Joint Mortality Review Committee of Texas Dept. of Criminal Justice Request (1/13/05)

18. UTMB Notice of Nursing Peer Review (3/21/05)

          Respectfully submitted,

          GREG ABBOTT
          Attorney General of Texas

          KENT C. SULLIVAN
          First Assistant Attorney General

          DAVID S. MORALES
          Deputy Attorney General for Civil Litigation

          ROBERT B. O'KEEFE
          Chief, General Litigation Division

          _____
          SAM LIVELY
          Assistant Attorney General
          Texas Bar No. 12435300
          General Litigation Division
          P. O. Box 12548, Capitol Station
          Austin, Texas 78711
          Phone No. (512) 463-2120
          Fax No. (512) 320-0667

          ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

The undersigned has, in good faith, conferred with opposing counsel, providing her with appropriate citations and a draft of this motion and have not heard back from her by the time of filing of this motion.

_____
SAM LIVELY

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via certified mail, return receipt requested, on March _____, 2008, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

_____
SAM LIVELY
Assistant Attorney General