UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Jackie Fisher

v.

University of Texas Medical Branch, et al.

Case No.: 4:08−cv−01273
Judge Nancy F. Atlas

Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F. Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/2/09

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:   April 1, 2009

Michael N. Milby, Clerk