IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| Defendants. | § | |

## PRIVILEGE LOG

1. Peer Review Committees Report to BNE (5/10/05) 2 pages.

2. Subject Inmate's Refusal of Treatment or Services Form (8/16/04) 1 page

3. Subject Inmate's Nursing Assessment Protocol for Psychiatric Symptoms (8/19/04) 2 pages

4. Subject Inmate's Mental Health Disciplinary Case Review (8/19/04) 3 pages

5. Subject Inmate's Second Refusal of Treatment or Services (8/19/04) 1 page

6. Subject Inmate's Clinical Note (8/20/04) 1 page

7. Subject Inmate's Triage Interview (8/20/04) 3 pages

8. Subject Inmates Suicide Risk Assessment (8/20/04) 3 pages

9. Clinic note about subject inmate (8/20/05) 1 page

10. Outpatient Mental Health Follow-Up for Subject Inmate (8/23/04) 3 pages

11. Mental Health Disciplinary Case Review for Subject Inmate (8/24/04) 1 page

12. Case Management Notes on Subject Inmate (8/24/04) 1 page

13. Triage interview on Subject Inmate (8/25/04) 2 pages


PLAINTIFF'S EXHIBIT A

14. Outpatient Psychiatric Follow-up for Subject Inmate (8/25/04) 2 pages

15. Clinic notes - mid level provider for subject inmate (8/27/04) 3 pages

16. Emergency Record (8/27/04) 2 pages

17. Joint Mortality Review Committee of Texas Dept. of Criminal Justice Request (1/13/05) 1 page

18. UTMB Notice of Nursing Peer Review (3/21/05) 5 pages

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        KENT C. SULLIVAN
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        ROBERT B. O'KEEFE
        Chief, General Litigation Division

        _____
        SAM LIVELY
        Assistant Attorney General
        Texas Bar No. 12435300
        General Litigation Division
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        Phone No. (512) 463-2120
        Fax No. (512) 320-0667

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

The undersigned has, in good faith, conferred with opposing counsel, providing her with appropriate citations and a draft of this motion and have not heard back from her by the time of filing of this motion.

_____<br>
SAM LIVELY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via certified mail, return receipt requested, on March _____, 2008, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

_____<br>
SAM LIVELY<br>
Assistant Attorney General

3