IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|         Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-cv-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|         Defendants. | § | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND ORDER TO PRODUCE DOCUMENTS

After considering Defendants' Motion for Protective Order and Plaintiff's Response in Opposition, and after hearing, the Court:

FINDS that a protective order should be entered for Item 1 of Defendants' Privilege Log, and hereby GRANTS a Protective Order for Item 1, the Peer Review. Additionally, the Court FINDS that a protective Order should not be entered for Items 2-18 of Defendants' Privilege Log. Therefore, the Court DENIES Defendants' motion as to Items 2-18 and ORDERS Defendants to produce to Plaintiff, Items 2 through 18 as identified on the Privilege Log, with the inmate's personal identifiers redacted, by _____, 2009.

SIGNED on _____, 2009.

_____
Nancy F. Atlas
U.S. DISTRICT JUDGE