# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Jo Miller | Plaintiff |
| Sam Lively/Cari Bernstein | Defendants |

**Date**: April 2, 2009   **ERO**: Yes
**Time**: 2:40 p.m.- 3:15 p.m.   **Interpreter:**

**At the hearing the Court made the following rulings**:

Discovery hearing held.

Motion for Protective Order by University of Texas Medical Branch, David Watson [Doc. #22] is GRANTED in accordance with the record in open court.

**SIGNED** at Houston, Texas this 2nd day of April, 2009

_____
Nancy F. Atlas
United States District Judge