## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|       Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-cv-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|       Defendants. | § | |

### PLAINTIFF'S EXPERT WITNESS DESIGNATION

To:  Defendants, UNIVERSITY OF TEXAS MEDICAL BRANCH ("UTMB") and David Watson, through their attorney of record, Sam Lively, P.O. Box 12548, Austin, Texas 78711-2548.

Plaintiff, Jackie Fisher, makes this expert witness designation as required by Federal Rule of Civil Procedure 26(a)(2) and this Court's Scheduling Order.

### A.  Identity of Experts

1. The following person may be used to present evidence under Federal Rule of Evidence 702, 703, or 705:

>    a.   Jo Miller, Attorney at Law
>         LAW OFFICE OF JO MILLER, P.L.L.C.
>         505 North Main Street
>         Carriage House
>         Conroe, Texas   77301
>         936-539-4400
>         jmiller@jomillerlaw.com

The undersigned is an attorney licensed to practice before this court with experience in representing parties in labor and employment law cases, and will testify by affidavit concerning the reasonableness and necessity of Plaintiff's attorney fees and costs. If attorney fees are to be awarded to Ms. Fisher, Ms. Miller will render a professional opinion using the "Johnson Factors" as applicable to this case. Ms. Miller's current *curriculum vita* is attached as Exhibit A. No report is available or determinable at this time.

    Respectfully submitted,

    LAW OFFICE OF JO MILLER, P.L.L.C.
    505 North Main,
    Carriage House
    Conroe, Texas 77301
    Tel: (936) 539-4400
    Fax: (936) 539-4409

    By: /s/ *Jo Miller*
        JO MILLER
        State Bar No. 00791268
        Southern District No. 20385
        Attorney for Jackie Fisher, Plaintiff

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on the 29th day of May, 2009.

/s/ *Jo Miller*
JO MILLER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served electronically on May 29, 2009 to counsel of record.

/s/ *Jo Miller*
Jo Miller
Attorney for Jackie Fisher, Plaintiff