*Jackie Fisher v. UTMB, et al.*
**Civil Action No. 4:08-cv-01273**

# Plaintiff's Expert Witness Designation

# Exhibit A

**JO MILLER**
LAW OFFICE OF JO MILLER, P.L.L.C.
The Parsonage at 505 North Main
Carriage House
Conroe, Texas 77301
Phone (936) 539-4400
Fax (936) 539-4409
jmiller@jomillerlaw.com

*Professional*

**LAW OFFICE OF JO MILLER, P.L.L.C.** (1994-present) Practice in Montgomery County, Texas State and County Courts, Southern District of Texas and Fifth Circuit Federal Courts. Practice includes family law, employment law, and litigation in other areas.

Licensed to practice in the State of Texas in November of 1994; in the United States District of Court, Southern District of Texas in March of 1997; and, in the United States Court of Appeals for the Fifth Circuit in October of 2004.

Active in local legal community. Montgomery County Bar Association Director for three years.

Member State Bar of Texas Family Law Section, Employment Law Section, and Litigation Section.

Member State Bar College.

**Abramson Reis & Brown** (1993-1994 Manchester, New Hampshire) Legal Assistant during third year of law school for civil litigation firm. Assisted with trial preparation, researched and prepared motions, trial briefs and appellate briefs, CLE presentations, and journal articles.

> Mark A. Abramson, Kenneth C. Brown, and Jo A. Miller, J.D., *Shall We "Prey": Liability for Clergy Malpractice in Cases of Sexual Misconduct*, New Hampshire Bar Journal Volume 35, No. 2, 59, 67 (June 1994).

> Mark A. Abramson, Kenneth C. Brown and Jo Miller, *White-Collar Crime: Causes of Action Recognized Under New Hampshire Law Applicable to Clerical Sexual Misconduct*, New Hampshire Trial Bar News Volume 16, 6, 11 (Spring 1994).

> Mark A. Abramson, Kenneth C. Brown and Jo Miller, *White-Collar Crime: The Rising Tide of Sexual Misconduct and the Clergy*, New Hampshire Trial Bar News Volume 15, 64, 70 (Winter 1993).

**New Hampshire Attorney General's Office** (Concord, New Hampshire 1992-1993) Criminal Bureau Trial Section. Research Assistant for lead trial attorney second year of law school. Researched and prepared motions, trial briefs and appellate briefs.

*Academic History*

    **Franklin Pierce Law Center** (Concord, New Hampshire) Juris Doctor Degree May 1994.

    **Florida State University** (Tallahassee, Florida)  Master of Science 1976.  Clothing & Textiles.  Master's candidate teaching assistantship.  Doctoral research summer assistantship.

    **Iowa State University** (Ames, Iowa) Bachelor of Science 1973.  Home Economics Education.

*Prior Professional Experience*

    **Miami University** (1990 - Oxford, Ohio)   Herbert E. Markley Visiting Executive Professor, Distinguished Chair Appointment, School of Business Administration.  Taught at Miami University before working in the corporate world and maintained contacts with administration and faculty throughout business career, resulting in this appointment.

    **Liz Claiborne Inc.** (1985-1990 - New York, New York)  Divisional President and Senior Vice President of Liz Claiborne, Inc.  Co-Chairman Corporate Strategic Planning Committee, Co-President Retail Division, Division-Head Liz Sport, Operating Committee, and first woman in addition to Liz Claiborne Ortenberg to sit on Liz Claiborne Corporate Executive Committee with oversight and planning for all divisions.  Named Apparel Merchandising Magazine "Merchandiser of the Year" for women's sportswear in 1988.

    **The Limited, Inc.** (1982-1985 - Columbus, Ohio)  Merchandise Manager for Limited Stores, Inc.  One of five merchandise managers for Limited Stores Division with responsibility for planning, producing, marketing and merchandising for all stores.  Received numerous corporate awards for achievement and corporate contribution.

    **Casual Corner Stores - U.S. Specialty Retailing** (1980-1982 - Enfield, Connecticut) Buyer for national retail sportswear chain.

    **Federated Department Stores - Shillito's (Lazarus)** (1977-1980 - Cincinnati, Ohio) Buyer for department stores in Ohio and Kentucky.  Shillito's hired many of my students from Miami University and also hired me.

    **Miami University** (1986-1987 - Oxford, Ohio) Assistant Professor, School of Education & Graduate Level I Faculty, Advisor Fashion Merchandising Program.

    **Mason City Public Schools** (1973-1975 - Mason City, Iowa)  Mason City High School, Instructor, Clothing & Textiles & Family Living.