IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Came on to be heard the date below, the Defendant's unopposed motion to reschedule the mediation deadline.

The Court grants the Motion and hereby resets the deadline for mediation for the end of September, 2009.

Signed and entered on ____ day of _____, 2009.

_____
U.S. District Judge, Honorable Nancy F. Atlas
Judge Presiding