IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH, *et al.*, | § | |
|     Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Defendants' Unopposed Motion to Extend Mediation Deadline [Doc. # 29] is **GRANTED**. The mediation deadline is extended to **September 30, 2009**.

SIGNED at Houston, Texas, this **3rd** day of **August, 2009**.

_____
Nancy F. Atlas
United States District Judge