IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Came on to be heard the date below, the Defendant's unopposed motion to reschedule the dispositive motions deadline.

The Court grants the Motion and hereby resets the deadline for Defendants to file their dispositive motions until the 20th of November, 2009. Plaintiff has until December 10, 2009 to file her response.

Signed and entered on _____ day of _____, 2009.

_____
U.S. District Judge, Honorable Nancy F. Atlas
Judge Presiding