IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| UNIVERSITY OF TEXAS MEDICAL<br>BRANCH, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER

It is hereby **ORDERED** that the Joint Motion to Extend Dispositive Motion Deadline [Doc. # 31] is **GRANTED** and the following deadlines apply:

| | |
|---|---|
| Motions Deadline | November 20, 2009 |
| Responses to Motions | December 10, 2009 |
| Replies | December 18, 2009 |
| Joint Pretrial Order | February 15, 2010 |
| Docket Call (4:00 p.m.) | February 22, 2010 |

SIGNED at Houston, Texas this **22nd** day of **September, 2009.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\1273NewSch.wpd   090922.1356