**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JACKIE FISHER,      §<br>    *Plaintiff,*       §<br>                         §<br>v.                       §<br>                         §<br>UNIVERSITY OF TEXAS MEDICAL  §<br>BRANCH AND DAVID WATSON,  §<br>    *Defendants.*    § | CIVIL ACTION NO. 4:08-CV-01273 |

**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

BE IT REMEMBERED that on this day, the Court considered the Defendants' Motion for Summary Judgment, and all responses thereto. After having considered said motion and responses, the Court is of the opinion that the Defendants' motion should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit is hereby **DISMISSED WITH PREJUDICE TO REFILE.**

All requested relief that is not herein granted is hereby DENIED.

This is a Final Order.

**SO ORDERED.**

SIGNED THIS _____ DAY OF _____, 20___.

_____
NANCY F. ATLAS, UNITED STATES
FEDERAL DISTRICT COURT JUDGE