# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JACKIE FISHER** | § | |
|     **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 4:08-CV-01273** |
| | § | |
| | § | **Jury Demanded** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
|     **Defendants.** | § | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME

After considering Plaintiff, Jackie Fisher's Unopposed Motion for Extensions of Time and the response, if any, the court GRANTS the unopposed motion and extends Plaintiff's deadline to respond to Defendants' Motion for Summary Judgement from December 10, 2009 until Monday December 14, 2009.

SIGNED on _____, 2009.

_____
Honorable Nancy F. Atlas
U.S. DISTRICT JUDGE