IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH, *et al.*, | § | |
|    Defendants. | § | |

### ORDER

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Extension of Time [Doc. # 34] is **GRANTED**. The deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment is extended to **December 14, 2009**. Defendants shall file any reply by **December 24, 2009**.

SIGNED at Houston, Texas, this **9th** day of **December, 2009**.

_____
Nancy F. Atlas
United States District Judge