**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JACKIE FISHER** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 4:08-CV-01273** |
| | § | |
| | § | **Jury Demanded** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
| Defendants. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE**
**IN EXCESS OF 25 PAGES TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff requests leave to file her Response to Defendants' Motion for Summary Judgment in excess of 25 pages. In support of her Motion, Plaintiff states as follows:

Plaintiff request leave to file a response in excess of 25 pages total pages. This case has extensive facts and multiple claims as well as affirmative defenses raised by Defendants. Plaintiff will be able to adequately respond to Defendants' Motion in 30 pages of argument and authority by not as to the overall response which includes facts and the items required by the Court's procedures. Plaintiff is able to adequately respond in the required in 13 point font in fewer than 50 total pages, or fewer than 15,000 words.

WHEREFORE, Plaintiff respectfully requests this Court to grant her Motion for Leave to file a response in excess of twenty-five pages to Defendants' Motion for Summary Judgment and for such other relief to which Plaintiff may be entitled.

> Respectfully submitted,
>
> LAW OFFICE OF JO MILLER, P.L.L.C.
>
> By: */s/    Jo Miller*
>     JO MILLER
>     Attorney-in-Charge for Plaintiff
>     Texas Bar No. 00791268
>     Southern District Bar No: 20385
>     505 North Main
>     Carriage House
>     Conroe, Texas 77301
>     Tel. (936) 539-4400
>     Fax: (936) 539-4409
>     jmiller@jomillerlaw.com

## **CERTIFICATE OF CONFERENCE**

I certify that on December 14, 2009, when asked, Defendants' counsel, Sam Lively, stated via e-mail that Defendants do not oppose this motion.

> /s/ *Jo Miller*
> Jo Miller

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 14th day of December, 2009.

/s/ *Jo Miller*
JO MILLER

## CERTIFICATE OF SERVICE

I hereby certify that, a true and correct copy of the foregoing *"Plaintiff's Un opposed Motion for Leave to File Response in Excess of 25 Pages to Defendants' Motion for Summary Judgment"* was served electronically to:

> Sam Lively
> sam.lively@oag.state.tx.us
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol station
> Austin, Texas 78711
> Tel: (512)463-2120
> Attorney for Defendants

/s/ *Jo Miller*
Jo Miller, Attorney for Plaintiff, Jackie Fisher