IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| | § | Jury Demanded |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|     Defendants. | § | |

**ORDER ON PLAINTIFF'S OPPOSED MOTION FOR LEAVE
TO FILE RESPONSE IN EXCESS OF 25 PAGES TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff's Opposed Motion for Leave to File Response in Excess of 25 Pages to Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's may file a response to Defendants' Motion for Summary Judgment not to exceed 50 pages or 15,000 words.

Signed on _____, 2009.

_____
The Honorable Nancy F. Atlas
United States District Judge