IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH, *et al.*, | § | |
|     Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave to File Response in Excess of 25 Pages [Doc. # 36] is **GRANTED**. In addition to filing the response electronically, counsel is directed to deliver a courtesy copy of the response to the Court's chambers.

SIGNED at Houston, Texas, this **14th** day of **December, 2009**.

_____
Nancy F. Atlas
United States District Judge