# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JACKIE FISHER** § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:08-CV-01273 |
| § | |
| § | **Jury Demanded** |
| § | |
| **UNIVERSITY OF TEXAS** § | |
| **MEDICAL BRANCH and** § | |
| **DAVID WATSON** § | |
| Defendants. § | |

## TABLE OF CONTENTS
## FOR PLAINTIFF'S APPENDICES

**APPENDIX I**

    Exhibit 1    Declaration of Jackie Fisher (Dec. 14, 2009).

**APPENDIX II**

    Exhibit 2    Deposition Jackie Fisher (August 26, 2009).

**APPENDIX III**

    Exhibit 3    Deposition of David Watson (August 28, 2009).

**APPENDIX IV**

    Exhibit 4    Deposition of Mary Gotcher (August 27, 2009).

**APPENDIX V**

    Exhibit 5    Fisher Position Announcements.

    Exhibit 6    E-mail re Watson's Resignation (Oct. 11, 2006).

    Exhibit 7    E-mail Exchange re Pipkin and Drake (Feb. 2005).

    Exhibit 8    E-mail Exchange re Parker, Brophy, and Wright (April 19, 2005).

| | |
|---|---|
| Exhibit 9 | E-mail to Watson re Equal treatment of white and African American Assistant Nurse Managers (May 18, 2005). |
| Exhibit 10 | Memo Watson to Gotcher re Request for Agency Staff (July 25, 2005). |
| Exhibit 11 | E-mail Watson to Gotcher, Radar & Melton (Jan. 9, 2006); Notice to Staff of Meetings (Jan. 9, 2006). |
| Exhibit 12 | Fisher's Hostile Environment Grievance against Watson  (April 10, 2006). |
| Exhibit 13 | E-mail from Watson to Wright re Ford (Jan. 5, 2006). |
| Exhibit 14 | Gotcher Meeting Agenda and attendance (Mar. 8, 2006). |
| Exhibit 15 | E-mail Exchange between Fisher and Watson (March 27, 2006). |
| Exhibit 16 | E-mail from Watson to Fisher (Apr. 3, 2006). |
| Exhibit 17 | Notice of Intent to Demote (April 11, 2006). |
| Exhibit 18 | Fisher's 2nd Harassment and Hostile Environment Grievance against Watson  (April 11, 2006). |
| Exhibit 19 | Appeal of Demotion (April 24, 2006). |
| Exhibit 20 | Radar letter to Fisher Re Demotion (April 12, 2006). |
| Exhibit 21 | Watson Letter re demotion to Assistant Nurse Manager (May 2, 2006). |
| Exhibit 22 | Fisher Appeal of Demotion to Assistant Nurse Manager (May 11, 2006). |
| Exhibit 23 | EEOC Intake Questionnaire (Apr. 24, 2006). |
| Exhibit 24 | EEOC Charge (June 2, 2006). |
| Exhibit 25 | Letter of Expectation from Roddey (June 26, 2006). |
| Exhibit 26 | Position Description for Assistant Nurse Manager at Wynne (June 28, 2006). |
| Exhibit 27 | Pemberton Letter to Fisher re OEO &D (June 26, 2006). |
| Exhibit 28 | Appeal of Demotion to Pemberton (July 3, 2006). |
| Exhibit 29 | UTMB Position statement to the EEOC (Aug. 8, 2006). |

**APPENDIX VI**

| | | |
|---|---|---|
| Exhibit 30 | Fisher's Quarterly Evaluation (March 7, 2006). |
| Exhibit 31 | Historical Detail Turnover Report 2005 & 2006. |
| Exhibit 32 | UTMB CMC Executive Summary August 2006. |
| Exhibit 33 | Vacancy Rates Watson's District Facilities 2005-2006. |
| Exhibit 34 | Fisher Letter to Radar re Time Frames for grievance Responses (April 24, 2006). |
| Exhibit 35 | Watson Letter to Nurse Darby sustaining grievance against Fisher purportedly filed March 3, 2006 (April 24, 2006). |
| Exhibit 36 | Letter from Nurse Sarah Benavides re 2004 Incident (April 11, 2006). |
| Exhibit 37 | Fisher's Meeting Agendas Estelle Unit (2005 & 2006). |
| Exhibit 38 | Kim Roddey's Meeting Agendas Wynne Unit (2005 & 2006). |
| Exhibit 39 | Fisher's Letter to Radar re Time frames for Grievances and Appeal (May 3, 2006). |
| Exhibit 40 | UTMB Grievance Policy IHOP 3.10.3. |
| Exhibit 41 | UTMB Appeals Policy IHOP 3.10.2. |
| Exhibit 42 | UTMB Discipline & Dismissal Policy IHOP 3.10.1. |
| Exhibit 43 | Fisher Discrimination Grievance (Sept. 11, 2006). |
| Exhibit 44 | Fisher Retaliation Grievance (Oct. 9, 2006). |
| Exhibit 45 | Watson's Responses to OEO&D (Dec. 2006). |
| Exhibit 46 | Melvin Williams OEO&D Findings re Fisher's Discrimination Complaints (February 7, 2007). |

**APPENDIX VII**

| | | |
|---|---|---|
| Exhibit 47 | Pemberton Letter re back pay (March 9, 2007). |
| Exhibit 48 | Demotion Letter from Gotcher (March 21, 2007). |

Exhibit 49     Watson Letter of Expectation (Sept. 17, 2004).

Exhibit 50     Notice of Peer Review (March 21, 2005).

Exhibit 51     UTMB Peer Review Policy (Aug. 1995).

Exhibit 52     BNE Letter (May 19, 2005).

Exhibit 53     Fisher Response (July 8, 2005).

Exhibit 54     BNE Letter (Oct. 18, 2005).

Exhibit 55     Death Summary (Dec. 15, 2005).

Exhibit 56     BNE Letter (Jan. 13, 2006)

Exhibit 57     Fisher Response (February 10, 2006).

Exhibit 58     Fisher Response to BNE (May 12, 2006).

Exhibit 59     Agreement to Order of BNE (Nov. 8, 2006).

Exhibit 60     Final Order of BNE (Dec. 1, 2006).

Exhibit 61     Fisher Compliance with Course work Requirement (Mar. 23-25 of 2006).

Exhibit 62     BNE Acknowledgment of Completion of Requirements (March 26, 2007).

Exhibit 63     First Amended EEOC Charge (April 3, 2007).

Exhibit 64     UTMB Position Statement (May 14, 2007).

Exhibit 65     EEOC Letter of Determination Discrimination & Retaliation (November 6, 2007).