# Plaintiff
# Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# APPENDIX III