Plaintiff
Jackie Fisher's

Response in Opposition
to Defendants'

# Motion for Summary Judgment

# EXHIBIT 5

```
*** REQUESTOR: TTAU518 - TAYLOR, THERESA      HEALTH SERVICES                    ***
**********************************************************************************
***                    S Y S M   O U T B A S K E T   P R I N T                   ***

MESSAGE ID: 662025       DATE: 10/11/00  TIME: 02:34pm  PRIORITY: 000

SUBJECT:    REQUEST FOR REQ DELETION


                           *** POSITION RESULTS ***
                             UTMB MANAGED CARE

   A.  JOB REQUISITION NO:        3484
       JOB TITLE:                 ASSISTANT NURSE MANAGER
       POSITION NO:               13786
       VACANCY LOCATION:          ESTELLE UNIT

   B.  ( X )  SELECTION MADE      (   )  NO APPLICANTS
       (   )  NO SELECTION MADE   (   )  NO QUALIFIED APPLICANTS
       (   )  SUBSEQUENT VACANCY FROM INTERVIEW HELD

   C.  SELECTED APPLICANT:        JACKLYN L. FISHER
       SS# (LAST 4 DIGITS ONLY):  1990
       FROM (UNIT/DEPT/OUT):      OUT
       EFFECTIVE/HIRE DATE:       10/02/00


   THERESA TAYLOR, HUMAN RESOURCES COORDINATOR II

   Sent to:   HSMA029          HENRY, CONNIE          (to)
              SRA3984          RADER, SANDRA          (to)
              GWR9643          WRIGHT, GAYLE          (to)
              POSTINGS         <list>                 (to)
              MEDICAL          <list>                 (to)
```

FISHER-100881

**********************************************************************************



**UTMB Correctional Managed Care**
264 FM 3478
Huntsville, Texas 77320-3322
Phone#: 936/291-4200 Ext 3604
Fax: 936/295-4026

August 21, 2003

Jackie Fisher
1150 FM 2296 Road
Huntsville, Texas 77340

Dear Ms. Fisher,

This letter is to offer you employment as a Cluster Nurse Manager at the University of Texas Medical Branch effective on a mutually agreed upon date. Your starting salary will be $67,000 per year.

We are very excited about having you join us at the Goree/Ferguson/Huntsville Cluster team. Please indicate your agreement and understanding of this letter by signing the statement below. Please feel free to contact Sandy Rader in Human Resources or myself should you have any questions.

Sincerely,

David Watson
Senior Cluster Nurse Manager

*I have received the letter confirming salary. I understand that no other promises, representations or agreements have been made by anyone with respect to the terms or conditions of my employment. I understand that this letter does no constitute an employment contract. I understand and agree that I am subject to the polices and procedures established by the Board of Regents of the university of Texas System and state laws regarding my employment.*

_____          _____
Signature                                Date

FISHER-100859

# Candidate Evaluation Form
## Complete on All Candidates Interviewed

| Candidate | Interview Date |
|---|---|
| Jackie Fisher | 08/19/03 @ 9:00 a.m. |

| Requisition # | Job Title | Position # |
|---|---|---|
| 34547 | Cluster Nurse Manager | 14189 |

**Instructions:** Rate the candidate using the established scale in the following categories.

### Knowledge of Specialty/Field etc.

Question: WHAT would your 1st ACT AS CNM BE?

Answer: GO TO UNITS, MEET STAFF AND ASSESS STATUS OF FACILITY & STAFF

| ☐ Poor | ☐ Less than Satisfactory | ☐ Satisfactory | ☒ More than Satisfactory | ☐ Excellent |
|---|---|---|---|---|

Question: How DO You Resolve CONFLICTS

Answer: FOCUS ON SOLVING PROBLEM THAT IS THE FOCUS OF THE COMPLAINT IN BEGINNING

| ☐ Poor | ☐ Less than Satisfactory | ☐ Satisfactory | ☒ More than Satisfactory | ☐ Excellent |
|---|---|---|---|---|

### Education and Equivalencies

Comments:

### Work Related Experience

1. Question: WHAT CAN YOU OFFER YOUR STAFF NURSES TO STAY c THE ORGANIZATION/ SUPPORT THE MISSION

Answer: LEAD BY EXAMPLE, EMPOWER THE People.

| ☐ Poor | ☐ Less than Satisfactory | ☒ Satisfactory ERROR DW | ☒ More than Satisfactory | ☐ Excellent |
|---|---|---|---|---|

2. Question

Answer

| ☐ Poor | ☐ Less than Satisfactory | ☐ Satisfactory | ☐ More than Satisfactory | ☐ Excellent |
|---|---|---|---|---|

### Leadership Experience/Skills

1. Question

Answer

| ☐ Poor | ☐ Less than Satisfactory | ☐ Satisfactory | ☐ More than Satisfactory | ☐ Excellent |
|---|---|---|---|---|

| **Communication** – Ability to express him/herself in an understandable manner (i.e. are questions answered directly or does the candidate waffle?) | | | | |
|---|---|---|---|---|
| ☐ Poor | ☐ Less than Satisfactory | ☐ Satisfactory | ☒ More than Satisfactory | ☐ Excellent |

Comments

| **Overall Assessment** | | | | |
|---|---|---|---|---|
| ☐ Poor | ☐ Less than Satisfactory | ☐ Satisfactory | ☒ More than Satisfactory | ☐ Excellent |

Comments: HAS WIDE RANGE OF CLINICAL AND SUPERVISORY EXPERIENCE.

EAGER TO WORK. EXCELLENT COMMUNICATION SKILLS

WORKS INDEPENDENTLY. BEST CANDIDATE FOR THIS POSITION FROM PRESENT POOL

FISHER-100851

Interviewer's Signature: [signature]
Date: 8/19/03

Revised 5-15-03

TO: John Pemberton

FROM: Sandy Rader

RE: Jackie Fisher
Assistant Nurse Manager – Wynne Facility

John, attached is a Salary Determination Worksheet for the Cluster Nurse Manager for Goree, Huntsville and Ferguson Facilities. The selected applicant is Jackie Fisher. Ms. Fisher has been an Assistant Nurse Manager for almost 3 years with UTMB.

As you can see, the proposed salary is a 13% increase for Ms. Fisher.

Proposed Salary         $67,000.00

Current Salary          $59,260.00

Ms. Fisher will be over 3 facilities in as the Cluster Nurse Manager

Please call to discuss.

Thanks.

FISHER-100843

# UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON / UTMB MANAGED CARE

**PERSONNEL STATUS REPORT** (PLEASE ✓ one)
- ___ NEW HIRE
- ___ RE-HIRE
- _X_ STATUS CHANGE
- ___ SEPARATION
- ___ LEAVE OF ABSENCE
- ___ RETURN LEAVE OF ABSENCE

G

| UTMB PERSON NO. | UTMB REQUISITION NO. | POSITION NO. | EFFECTIVE DATE* |
|---|---|---|---|
| 153966 | 34547 ✓ | 14189  no RFD | 08/30/03 |

| EMP. NAME (Last, First, MI) | SS# | SEX |
|---|---|---|
| Fisher, Jackie | 4 5 1 3 7 1 9 9 0 | ☐ MALE  ☒ FEMALE |

**TYPE OF FACILITY** X TDCJ  _ TYC  _ PSYCH
**BENEFIT PROFILE**  _ TRS  _ ERS

**NAME OF FACILITY:** Goree/Ferguson/Huntsville Cluster

**CLUSTER:** Huntsville

**NEW HIRE - CHECK ATTACHMENTS**
- ☐ Employment Application
- ☐ License Verification
- ☐ Compensation Worksheet

**JOB TITLE:** Cluster Nurse Manager

**MO. SALARY / ANNUALIZED RATE:** $67,000

## STATUS CHANGE

**TYPE OF CHANGE** (please ✓ one)
- ___ Address Change
- ___ Name Change
- _X_ Transfer
- _X_ Salary Change
  - ( ) Lateral
  - (X) Promotion
  - ( ) Reclassification
- ___ Leave of Absence
  - ( ) With Pay
  - ( ) Without Pay

POST #12646   CNC REG

**FROM:** Wynne
**TO:** Goree/Ferguson/Huntsville Cluster

| | FROM | TO |
|---|---|---|
| NAME | | |
| STREET ADDRESS | | |
| TEL. # | | |
| CITY & STATE & ZIP CODE | | |
| UNIT | ☐ PSYCH  ☐ HEALTH SERVICES/MEDICAL | ☐ PSYCH  ☐ HEALTH SERVICES/MEDICAL |
| JOB TITLE | Ast Nurse Mgr | |
| SALARY | 59,260.00 | |

**REASON FOR LEAVE OF ABSENCE:**

## SEPARATION

**RESIGNATION**
- ☐ Quit With Notice
- ☐ Quit Without Notice

**TERMINATION - ELIGIBLE FOR REHIRE**   ☐ Yes   ☐ No

**EMPLOYEE ELIGIBLE FOR ACCRUED SICK LEAVE** ___ WEEKS ___ DAYS ___ HOURS
**EMPLOYEE ELIGIBLE FOR ACCRUED VACATION TIME** ___ WEEKS ___ DAYS ___ HOURS

**BRIEF STATEMENT REQUIRED:**

**LAST DAY WORKED:**    **LAST RATE OF PAY:**

**MAIL FINAL CHECK TO:**

FATR 03-1695

**APPROVAL SIGNATURES**
Supervisor _____  Date 8/22/03
Supervisor _____  Date 9/22/03
Human Resources Representative _____ Date ___

*Effective date and last day worked should be the same.
DISTRIBUTION: UTMB MNGD CARE/H.R. (REGIONAL) *ORIGINATING UHA/DON    a:\hrforms\stchform.wpd\3-14-95

FISHER-100844

## Salary Determination Worksheet (New Hires, Promotions, Transfers)
Complete on Final Candidate Only

### STEP ONE – CANDIDATE SKILL LEVEL

A. Circle the appropriate skill level, training required and Compa-Ratio for the candidate.

| Skill Level | Training Required | Compa-Ratio |
|---|---|---|
| Meets minimum qualifications | Requires significant training | Up to 85% |
| Exceeds minimum qualifications | Requires moderate training | 85% to 92% |
| Prior direct experience, can "hit the ground running" | Needs brief introduction to UTMB policies and procedures | 92% to 104% |
| Possesses unique skills in an area vital to UTMB | Needs brief introduction to UTMB policies and procedures | 104% to 115% |

\* POSITION IN RANGE (COMPA-RATIO)

- Distance of a salary from the midpoint of the salary range, with midpoint equal to 100%
- Calculation: Compa Ratio = Salary / Midpoint x 100%

B. Enter the candidate's Years of Relevant Experience:  **5**

### STEP TWO – BENEFIT REPLACEMENT PAY (BRP)

Is the candidate BRP eligible? (Y/N)  **N**

Note: A new hire may be eligible for Benefit Replacement Pay (BRP) if they were 1) employed by a state agency on 8/31/95 and 2) were eligible on 8/31/95 for state payment of the employee tax under Govt. Code Section 606.064 as it then existed. If the candidate was a state employee on 8/31/95 with a subsequent break in service less than 12 months from the state agency, confirm that he/she is eligible for BRP. If yes, the Proposed Salary = Proposed + BRP amount.

### STEP THREE – INTERNAL EQUITY SALARY REVIEW

A. Enter your entity or department average salary for the job code:  **N/A**

B. List UTMB employees within your entity or dept who are in same job code or with similar qualifications, abilities and years of relevant experience. Order by highest to lowest years of relevant experience.

| Name | | Salary | BRP |
|---|---|---|---|
| 1. A. Wright | / | 62,676 | No |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

\* If the employee has multiple appointments, include the annualized salary of the current rate for the relevant appointment.

\*\* If the employee receives Benefit Replacement Pay (BRP), indicate the BRP amount. The salary comparison to the proposed candidate should be made against Current Salary Less BRP.

### STEP FOUR – PROPOSED SALARY

A. Enter proposed salary for candidate:  **67,000**

B. Does salary included BRP? (Y/N) (If yes, offer letter must state.)  **No**

### STEP FIVE – JUSTIFICATION

If proposed salary is 5% higher or lower than your entity or department average salary for the job code, indicate why it is necessary to compensate this candidate differently. If the proposed salary is 5% or more higher than the average salary, corrective action must be taken on current employees to ensure internal salary equity. Discuss planned actions. Attach additional documentation as necessary.

_____  _____
Authorized By/Date             Human Resources/Date

Revised 5-15-03

FISHER-100842