# Plaintiff Jackie Fisher's

# Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 6

**Fisher, Jacklyn L.**

**From:** Freeman, Patricia A.
**To:** Fisher, Jacklyn L.; Crawford, Shanta F.
**Cc:**
**Subject:** FW: To the best nurses
**Attachments:**

**Sent:** Wed 10/11/2006 4:53 PM

---

**From:** Doyle, Laura G.
**Sent:** Wed 10/11/2006 9:48 AM
**To:** Freeman, Patricia A.; Miller, Beverly D.; Lee, Rhonda S.; Somme, Henrietta L.; Priddy, Terri G.; Irving, Omeda ; Holmes, Rena N.; Philio, Katherine R.; Aguilera, Jose R.
**Subject:** FW: To the best nurses

*Heads up...*
*There seems to be a lot of changes coming down the pipe...*

---

**From:** Watson, David W.
**Sent:** Tue 10/10/2006 7:23 PM
**To:** Wright, Lavina D.; Bonds, Joyce D.; Smith, Toni L.; MacCartney, Gail E.; Upshaw, Judy C.
**Cc:** Mason, Norma F.; Elmore, Jennifer M.; Pipkin, Mary B.; Doyle, Laura G.; David, Laura D.
**Subject:** To the best nurses

Ladies,

I had wanted to be the one to tell you, but as a result of a phone conversation I had this evening it seems word is already out.

Monday afternoon I made a very difficult decision. After much deliberation and soul searching, I have concluded that I am no longer effective as the Huntsville District Nurse Manager. I feel there are several reasons for this, but rather than go into that let me just say it was one of the most difficult decision I have ever made. It was not made on the spur of the moment. I have been considering this for several weeks.

I submitted my resignation to Ms. Gotcher Monday evening and she has accepted it. It will become effective October 23, 2006. In the mean time I will be taking some vacation doing some reflection and spending some time with my wife while we consider our options for the future.

I want to say that I have never worked with a finer bunch of folks than I have had with me in this district. I have been blessed with friends that I expect to keep for life. I hope to see some of you "in the free world" soon.

Your jobs are not easy. In fact, in all of the places I have worked in health care you may well have some of the most difficult management jobs that there are. You have many challenges ahead of you, but if you remain together you will do fine. You have a wonderful Divisional Nurse Director. Please be as faithful to her as you have to me. I can promise you she truly cares about nursing and you as individuals.

I want to extend my gratitude to you all for making my job much easier than it would have otherwise been. I wish you all the best and abundant blessings.

With deep respect and gratitude,

**FISHER-100429**

David

FISHER-100430