# Plaintiff Jackie Fisher's

# Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 7

Date: 02/09/2005 13:34
From: DAVID WATSON
To: JACKLYN FISHER(E);
Cc: SANDRA RADER J(E);
Subject: RE: RE: Drake
Re: Administrative

OK I will copy Sandy.

-----Original Message-----

Date: 02/09/2005 12:21
From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: Drake
Re: Administrative

They both were here today. I was going to give you the information when I got to E2 today. They both have agreed on Wednesday, 2-16-05 at 0900am.

-----Original Message-----

Date: 02/09/2005 10:28
From: DAVID WATSON
To: JACKLYN FISHER L(E);
Subject: Drake
Re: Administrative

Did we ever determine a date/time to meet with Drake and Pipkin and Sandy?

Date: 02/02/2005 08:46
From: DAVID WATSON
To: JACKLYN FISHER L(E);
Subject: RE: Drake Meeting
Re: Administrative

Jackie,

0900 on Next Tuesday at the RMF is fine.

Ms. Pipkin is to be there. We will meet with Drake first as per below. It is up to you whether to tell Drake Pipkin will be available or not. She can take it or leave it. We are there to discuss the issues and not have her use it as a bashing session for her personal agenda.

Let me know if this is OK with all parties.
Thanks

David

Date: 02/02/2005 08:38
From: SANDRA RADER
To: DAVID WATSON(E);
Subject: RE: Drake Meeting
Re: Administrative

9:00 is ok with me. I agree that Ms. Pipkin should have the chance to defend herself so Ms. Drake does not have a choice in this. We may meet with Ms. Drake first to briefly discuss her concerns. But, I think Ms. Pipke should be waiting in the wings.

Sandy

-----Original Message-----

Date: 02/01/2005 16:27
From: DAVID WATSON
To: JACKLYN FISHER(E);
Cc: SANDRA RADER J(E);
Subject: Drake Meeting
Re: Administrative

I can agree to Tuesday at 0900, but I am not certain I can agree to say no pipkin. If she is making allegations against her she has a right to defend herself and we have the right to hear both sides of the story.

Date: 02/02/2005 16:08
From: DAVID WATSON
To: JACKLYN FISHER(E);
Cc: SANDRA RADER J(E);
Subject: RE: RE: Drake Meeting
Re: Administrative

Keep pitching we need both available. No huge hurry. We will be patient. Let Sandy and I know what can be aggreed to.

DW

-----Original Message-----

Date: 02/02/2005 11:38
From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: Drake Meeting
Re: Administrative

Tuesday is ok with Ms. Drake but Ms. Pipkin can't come on Tuesday, she has a doctor's appointment.

-----Original Message-----

Date: 02/01/2005 16:27
From: DAVID WATSON
To: JACKLYN FISHER(E);
Cc: SANDRA RADER J(E);
Subject: Drake Meeting
Re: Administrative

I can agree to Tuesday at 0900, but I am not certain I can agree to say no pipkin. If she is making allegations against her she has a right to defend herself and we have the right to hear both sides of the story.

Sandy how do you feel about it?

-----Original Message-----

Date: 02/01/2005 16:03

From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: RE: RE: RE: RE: RE: Drake Meeting
Re: Administrative

I spoke with Ms. Drake. She prefers 0900a on Tuesday and without Ms. Pipkin. There will be coverage until 1pm and if it runs over, one of the nurses will have to relieve in the pill room.

-----Original Message-----

*Date: 02/01/2005 14:59*
*From: DAVID WATSON*
*To: JACKLYN FISHER(E);*
*Subject: RE: RE: RE: RE: RE: Drake Meeting*
*Re: Administrative*

*My* preference would be to switch the shift so we are not pushed for time, but she should also be offered a choice if she wants to participate. You may want to let her know what the deal is and see what she says or if she has a preference...

-----Original Message-----

Date: 02/01/2005 14:55
From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: RE: RE: RE: Drake Meeting
Re: Administrative

Ms. Drake is scheduled to work "B" shift. Do you want to do it before her shift or would it be better to switch her and do it after she gets off at 11:15a?

-----Original Message-----

Date: 02/01/2005 14:13
From: DAVID WATSON
To: JACKLYN FISHER L(E);
Subject: RE: RE: RE: Drake Meeting
Re: Administrative

Jackie, suggest a time please.

*Subject: RE: RE: RE: RE: RE: Drake Meeting*
*Re: Administrative*

*My* preference would be to switch the shift so we are not pushed for time, but she should also be offered a choice if she wants to participate. You may want to let her know what the deal is and see what she says or if she has a preference...

-----Original Message-----

Date: 02/01/2005 14:55
From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: RE: RE: RE: Drake Meeting
Re: Administrative

Ms. Drake is scheduled to work "B" shift. Do you want to do it before her shift or would it be better to switch her and do it after she gets off at 11:15a?

-----Original Message-----

Date: 02/01/2005 14:13
From: DAVID WATSON
To: JACKLYN FISHER L(E);
Subject: RE: RE: RE: Drake Meeting
Re: Administrative

Jackie, suggest a time please.

Dave

Date: 02/01/2005 14:05
From: SANDRA RADER
To: DAVID WATSON(E);
Subject: RE: RE: RE: Drake Meeting
Re: Administrative


Tuesday will be good, but what time? I don't know they all work.

I'll keep the entire day free.

Thanks,
Sandy

FISHER-100224

Dave

Date: 02/01/2005 14:05
From: SANDRA RADER
To: DAVID WATSON(E);
Subject: RE: RE: RE: Drake Meeting
Re: Administrative

Tuesday will be good, but what time? I don't know they all work.

I'll keep the entire day free.

Thanks,
Sandy

-----Original Message-----

Date: 02/01/2005 12:29
From: DAVID WATSON
To: JACKLYN FISHER(E);
Cc: SANDRA RADER J(E);
Subject: RE: RE: Drake Meeting
Re: Administrative

OK I will forward to Sandy.

Sandy,

Pick your day & time and let us know. I will accomodate it in my calendar.

Thanks
David

-----Original Message-----

Date: 02/01/2005 11:17
From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: Drake Meeting
Re: Administrative

Tuesday or Thursday is good. Wednesday, I'm working "A" shift at FE but anytime after that is fine.

FISHER-100223

-----Original Message-----

Date: 02/01/2005 12:29
From: DAVID WATSON
To: JACKLYN FISHER(E);
Cc: SANDRA RADER J(E);
Subject: RE: RE: Drake Meeting
Re: Administrative

OK I will forward to Sandy.

Sandy,

Pick your day & time and let us know. I will accomodate it in my calendar.

Thanks
David


-----Original Message-----

Date: 02/01/2005 11:17
From: JACKLYN FISHER
To: DAVID WATSON(E);
Subject: RE: Drake Meeting
Re: Administrative

Tuesday or Thursday is good. Wednesday, I'm working "A" shift at FE but anytime after that is fine.


-----Original Message-----

Date: 02/01/2005 10:35
From: DAVID WATSON
To: JACKLYN FISHER L(E);
Subject: Drake Meeting
Re: Administrative

Jack,

Looks like this thur is not doable. How about next week on tue, wed, or thur?

Let me know what your schedule looks like it can accomodate.

FISHER-100222

-----Original Message-----

Date: 02/01/2005 10:35
From: DAVID WATSON
To: JACKLYN FISHER L(E);
Subject: Drake Meeting
Re: Administrative

Jack,

Looks like this thur is not doable. How about next week on tue, wed, or thur?

Let me know what your schedule looks like it can accomodate.

Thanks
Dave

FISHER-100221