# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 8

Date: 04/19/2005 11:04
From: SUZANNE PARKER
To: DAVID WATSON W(E);
Cc: JAMIE WILLIAMS D(E);
Subject: clinic ellis
Re: Administrative

      I do not know what is happening but the clinic is not functioning well. I am burned out from trying to make things work. People like to sit when Mr. Brophy or Ms wright are not present. The afternoon shift. ends up doing most of the sick call and dressing changes then turn around and have to do insulin and walk- ins. today evening shift who both came in at 0830 are having to do 12 to 13 nsc. We rarely get time to take a lunch break. The day shift comes in to do their 8 hrs and leave. the work load is not fair. I am upset today especially since I go by the nursing station 4 to 5 times and 2 nurses are sitting there talking and for over 30 to 45 min talking. you need to see the asginment sheet. I would like to address these and other issues with you. working 10 to 12 hr days is getting harder. Can I still transfer if we get others hired. I really would appreciate it. The work enviroment is not a good environment to be in at this time. We have no one but Ms. Williams to go to when we have issues and she has alot on her plate. It is hard to talk with Ms. wright I would like to talk with you as soon as possible. thankyou.

FISHER-100220

Date: 04/19/2005 21:30
From: DAVID WATSON
To: SUZANNE PARKER(E);
Cc: JAMIE WILLIAMS D(E); CAVAN BROPHY G(E); LAVINA WRIGHT(E); SANDRA RADER J(E);
Subject: RE: clinic ellis
Re: Administrative

I will speak with you *only* after you have met with and discussed your issues with Mr. Brophy and/or Ms. Wright. If that fails to resolve the problems then I will be happy to meet with you. They must have the opportunity to deal with the problems. It would be preferred that those problems be documented for everyones benefit.

While I understand that things can be trying I also have another email in my box from a co-worker of yours who described completely unacceptable behavior on your part. This includes threatening security staff, yelling and cursing with multiple witnesses.

Should this in fact be the case I find that **totally** unacceptable. There are proper ways to address things through the chian of command. If that fails then you come to me and then I will address it with your superiors and one way or the other things will get changed for the better. However, unprofessional and rude behavior serves no positive goal and demeans others as well as the speaker.

Should an opportunity to transfer come about I will consider that but it will also beconsidered along with your performance, including your *professional behavior*. Should I determine that it is not in the best interest of the cluster then I will deny the transfer.

-----Original Message-----