# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 9

Date: 05/18/2005 03:41
From: JACKLYN FISHER
To: DAVID WATSON W(E);
Cc: SANDRA RADER J(E);
Subject: Correction Action
Re: Administrative

In all fairness... has the other Assistant Nurse Manager (LG) that was in conversation of performance issues been given or is scheduled to recieve a corrective action plan in the near future as well?

FISHER-100293