# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 11



Date: 01/09/2006 09:32
From: DAVID WATSON
To: RMF NURSING GROUP(E); BUILDING NURSING GROUP(E); HIGH SECURITY/SAFPF NURSING GROUP(E);
Subject: Visit from the DON
Re: Administrative

For those of you who may not be aware of it, UTMB-CMC has been divided into two regions (North and South). Each of those regions is now subdivided into 3 districts (for a state wide total of 6 districts in the UTMB sector).

Mary Gotcher is the DON for the north which includes Huntsville and all points north. Ms Gotcher is and has always been a keen nursing advocate. In that light and in having a smaller area of responsibility she is making some calls on units to see how things are going. Ms. Gotcher is planning on being at the RMF on Tuesday, 1-17-06 from about 1300-1600. She will be in the small conference room in the admin area of the front offices (RM-107). Anyone who would like to drop by and visit, share opinions, concerns, ideas etc is welcome to do so. She is also hoping to be back on the 1-18-06, probably in the morning hours to give both rotations some time to visit with her. When I know the specific hours for 1-18-06 I will send out on EMR.

It is unusual for an organization of this size to be able to provide an opportunity to go to that level of management with direct communications. I strongly encourage all of you who desire to do so to drop by and visit her. She enjoys getting to know the staff and I am sure would appreciate and respect your perspectives, feedback and any ideas for improvement.

If you have any questions or comments please feel free to contact me directly.

Sincerely,

David Watson

FISHER-101617

Date: 01/09/2006 10:39
From: DAVID WATSON
To: MARY GOTCHER L(E); SANDRA RADER J(E); GEORGIA MELTON P(E);
Subject: Supplemental Staffing issues at the RMF
Re: Administrative

Last week I was visited by several little birds who wanted to talk. One of those said that they were hearing that the Supplemental Agency Nurses did not want to work at the RMF but I was not told why.

Today at 10:40 AM I called Supplemental Staffing and spoke with Geneva. I told her who I was and what I had heard. She said she worked in the office next to the previous account manager (Tricia) who had the RMF and she had overheard thru her that the reasons the nurses didn't want to work here was that:

#1 Ms. Fisher was rude to them and
#2 The patient load was too high (33-1)

I asked Geneva to please contact me directly in the future if she received any other complaints. I provided her with both my email address and phone number.

I am making this email for the record should it ever be needed at a later date.

David Watson

*[Handwritten notes:]*
Freeman friend of Fisher
David put stop to transfer
Freeman put in a transfer
David reluctant.
Freeman gave no reason for transfer.
Went out on health issue
Came back - lost her reapproval.

Fisher-200320