**Plaintiff Jackie Fisher's**

Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 14

3/8/06

# Estelle Staff Meeting

I want to thank each of you for taking the time and effort for meeting with me during my investigative trip to Estelle.

Make – up of this meeting is purposeful in that Ms. Fisher and all staff are invited to the same meeting. This is in an effort to display clarity and open communication.

Nursing Shortage and its effect in all facilities was discussed. This is then forcing the need to identify those tasks needed to be done by licensed staff and changing our skill mix of employees as appropriate.

Our focus at Estelle has been correctly guided to the work being done of the pods. Our ER work is important but not the largest part of our daily workload.

ER at Estelle will be moving to "HUB" status for an increased level of observation and care for our patients. This will be discussed in greater detail as the date for the proposed changes is closer.

The investigation was evaluated and the outcome has been that there was "fault" found on both sides – administrative and the employees. I have a list of expectations for both that will begin the process of improvement for the Estelle Facility.

## Expectations for Jackie Fisher with Estelle Staff

1. Ms. Fisher will seek advice from Estelle staff before significant changes are made. She will be open to suggestions and an active listener with the Estelle staff members.

2. Ms. Fisher will decrease her communication by email and strive to communicate with staff members face to face whenever it is possible.

3. All communication from Ms. Fisher will be professional.

Fisher-200199

4. Ms. Fisher will be fair to all Estelle employees. All staff members will be treated equally.

### Expectations for Estelle Staff

1. All staff members will use the chain of command for all issues.

2. All staff members are expected to "crosstrain" to the different areas at Estelle Facility. This is to include the pods, the ER, the building and high security. We will need this level of flexibility with the staff to meet our mission of patient care.

3. Each employee must have a willingness to change. This improvement process will require that each staff member be willing and an active participant in the changes for the Estelle Facility.

4. Treatment of new employees by the Estelle staff will change. New staff members report no support and unwillingness to help new staff members. Poor attitudes among Estelle employees has promoted an atmosphere that is not conducive to keeping new staff members and the turnover rate is very high.

5. All policies are to be followed. This includes the attendance and call-in policies. ALL staff are expected to follow these policies.

These expectations are a start for the improvement process at Estelle. It will take a commitment from each of you for this process to work. These guidelines will not work if you just read and hear them and not put them into practice at the facility level.

Thank you for allowing me to be a part of this process and I will plan follow up within the next 30 – 60 days to evaluate this improvement process.

Mary Gotcher, RN, FNP
DON – Northern Division Nursing
UTMB - CMC

Fisher-200200

Estelle Staff Meeting 3/8/06

| Time | Name | Number |
|---|---|---|
| 0:00 AM | Theresa Morning | 152590 |
| | Ruby Poyntu | 66506 |
| | Fred E. Hartley | 67098 |
| | C. Creation LVN | 65717 |
| | Sara McCay | 63252 |
| | E. Mysenik | 65706 |
| | Rocio Sevilla | 174146 |
| | Mike Fisher | 153966 |
| 7:15 PM | V. Agunlan | 206993 |
| | C. West CDA | 205330 |
| | Shelly | (illegible) |
| | M. Tampu | 163282 |
| 8:15 PM | K. Smith PCA | 120451 |
| | Shaw LVN | 135673 |
| | R. Rajan Jn | 219489 |
| | O. Bently | 65354 |
| | C. Snider PA | 201492 |
| | B. Jacobs CMA | 186851 |
| | Jupang | 152564 |

UTMB-579