# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 16

**Melton, Georgia P.**

| | |
|---|---|
| From: | Watson, David W. |
| To: | Fisher, Jacklyn L. |
| Cc: | |
| Subject: | Concerns |
| Attachments: | |

Sent: Mon 4/3/2006 1:14 PM

Ms. Fisher,

On 3-22-06 at approximately 3 PM you and I met in my office to discuss concerns with the situation regarding Supplemental Healthcare. During that conversation I made it very clear to you that if we chose to utilize that company for agency nurses, you were to assign another point of contact besides yourself. I was explicit regarding exactly why and what that contact was to be. I specified that you were not to interact with Supplemental Health Care nurses unless an emergency situation called for your attention. I specified that you could prescribe what needs were for the schedule, but that your contact, preferably Ms. MacCartney and/or Mr. Aguilar were to actually schedule the times with the agency and deal with the agency nurses while on the property.

Yesterday I received a message to contact Bryan Allsion with Supplemental Health Care and during our discussion I asked him if he had a point of contact person. He said yes that they were to contact Ms. MacCartney in the event you were not available. You have failed to follow my directions.

I advised Mr. Allison they were to use Ms. MacCartney, Mr. Aguilar or myself for contact without exception from this point forward.

I spoke with both Mr. Aguilar and Ms. MacCartney this date and advised them they or myself was to be the point of contact without exception. We will discuss this upon your return.

On March 10, 2006 when we met with the Assistant Nurse Managers and Ms. Box I was also very explicit that you were to meet with the ANM at a minimum of once per week, or more frequently if deemed necessary. In large part the scope of the meeting was to develop and improve your communications with the two ANMs. I asked both Ms. MacCartney and Mr. Aguilar if you had yet met with them and they said there have been no meetings. Once again you have failed to follow my explicit directions.

**Fisher-200202**

Furthermore you were instructed to create a CAT team and the first assignment should probably be to jointly develop a staffing pattern for the RMF that would reflect the change in status expected

https://webmail.utmb.edu/exchange/gpmelton/Inbox/Concerns-2.EML?Cmd=open         4/4/2006

with the soon to come acuity changes. We discussed that an alternate staffing pattern might well reflect more unlicensed assistive personnel and less licenses. We even discussed the possibility that we may desire to convert some licensed positions to unlicensed positions. You even mentioned nurse's aide position may be preferable. The staffing pattern you provided me reflects the same, if not heavier, staffing patterns as it relates to licensed staff with the addition of more unlicensed staff.

You were instructed to find additional EKG monitors for the ER for use with the coming observation beds. It was necessary of me to remind you about the monitors in a previous email prior to your departure for your medical leave.

We will need to revisit the staffing upon your return.

I am gravely troubled by these events. At the very least if you were unclear or unable to follow my direction due to unforeseen or unexpected problems I would expect an update from you as opposed to finding out on my own, after the fact. I have mentioned this same concern to you previously.

These issues will be further explored at a later date.

Please provide me with a detailed, written explanation as to why you failed to follow my directions.