# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 18

# THE UNIVERSITY OF TEXAS MEDICAL BRANCH
## AT GALVESTON
## UTMB MANAGED CARE

GRIEVANCE ✓   APPEAL ___

**RECEIVED**
**APR 1 2 2006**

TO:   Human Resources

FROM:   Jackie Fisher           KN, CNM
        (Employee Name/Complainant)   (Job Title)

   Medical - Estelle RMF
   (Department and Facility)

The following grievance/appeal is submitted in accordance with The University of Texas Medical Branch Managed Care Discipline and Dismissal, Grievance or Appeal Policy:

| **FOR GRIEVANCE ONLY** | **FOR APPEAL ONLY** |
|---|---|
| Reason for Grievance (Include UTMB Managed Care Policy violated, if any): Harassment and Hostile Work enviroment | Action being appealed: ___ Dismissed ___ Suspension without pay ✗ Demotion |
| Date occurred: On-going | Date occurred: ___ |

Employee's Statement (Additional pages may be attached, if needed):
See attachment - page 1 of 1

Desired Results:
A conducive work enviroment that does not tolerate harassment.

Jackie Fisher                    4-11-06
Employee's Signature             Date

Return the completed form and supporting information to your local UTMB Managed Care Human Resources Office.

## FOR USE BY HUMAN RESOURCES ONLY

Sandy Rader                                      Grievance No. 06-04-0003-6
Human Resources Representative

**MANAGEMENT CONTACT:**

Verbal Presentation: N/A
                    Date

|  | Date Rec'd | Date to Respondent | Due Date | Resolution |
|---|---|---|---|---|
| Level 1 | 4/12/06 | 4/17/06 * | 4/26/06 | |
| Level 2 | | | | |
| Level 3 | | | | |

M. Butcher on vacation until 4/17/06

FISHER-100305

April 11, 2006

To: Sandy Rader
HV Cluster HR Administrator
Huntsville, Tx. 77340

Ref: Hostile Working Environment

It was reported to me by the employee that on or around 3/29/06, Mr. Watson came to the Estelle RMF's South Pod work location without cause and requested to speak with Ms. Sevilla, Nurse Assistant in his office. When Ms. Sevilla arrived at his office, he commented to her, it has been reported that Ms. Fisher treats some of the employees bad. She (Ms. Fisher) yells and scream. Would you provide me a written statement of how Ms. Fisher treats you? According to Ms. Sevilla she reported that Ms. Fisher treats me fine, I don't have any problems with her or her supervision and declined to provide a written statement. At that time, Mr. Watson thanked her for coming and dismissed her from his office.

The constant solicitation and summons of my staff to complain about me is very unprofessional and has no positive impact in the workplace. This type of relationship empowers some of the staff and makes it hard to supervise them. While other staff view this behavior from Mr. Watson as initimidating and undesireable.

Mr. Watson has made mutliple attempts on several levels to identify short comings and pitfalls in my work performance and management abilities. In my opinion, his constant harassement is an act of retailation because of the meeting I had with the Northern Region's HR Administration and DON to discuss my concerns in regards to him. Mr. Watson's behavior continues to create a hostile work enviroment.

Respectfully submitted,

*Jackie Fisher*

Jackie Fisher, RN, CNM

cc: file

FISHER-100306