# Plaintiff
# Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 20



**The University of Texas Medical Branch**

Sandy Rader
Human Resources Administrator
UTMB Correctional Managed Care

3009A Hwy 30 West
Huntsville, Texas 77340
936/437-3503

*Here For The Health of Texas*

April 12, 2006

Ms. Jackie Fisher
1150 FM 2296 Road
Huntsville, TX 77340

Dear Ms. Fisher:

At the pre-disciplinary hearing held on April 12, 2006, at 1:00 PM, you requested ten (10) working days to file a written response to the specified charges in your Letter of Intent dated April 11, 2006. It was agreed that your response is due in Ms. Rader's office on April 26, 2006 no later than 5:00 PM.

You were notified of your temporary reassignment to the Wynne Facility as a Nurse Clinician III until further notice. You were also instructed to contact Ms. Kim Roddey, Cluster Nurse Manager regarding further reporting instructions.

Sincerely,

Sandy Rader
Human Resources Administrator

Cc: David Watson
    Mary Gotcher
    Georgia Melton

FISHER-100146