# Plaintiff Jackie Fisher's

# Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 21



The University of Texas Medical Branch

David Watson, RN
Huntsville District Nurse Manager

UTMB Correctional Managed Care

May 2, 2006

Jacklyn Fisher, RN
Estelle Facility
University of Texas Medical Branch at Galveston
UTMB Correctional Managed Care

Dear Ms. Fisher:

I have carefully reviewed your response regarding my intent to demote. I found nothing compelling in your response to alter the decision to demote you.

However, I have made the decision that you will be demoted to the position of Assistant Nurse Manager rather than Nurse Clinician III as originally intended. You will be assigned to the Wynne Unit and answer directly to Cluster Nurse Manager Kim Roddey. In addition, you will be reassigned to District Nurse Manager Carol Warren. Your salary will be $65,352.00, annualized. This action will be effective on May 6, 2006.

You have the right to appeal my decision under the UTMB Human Resources Appeal Policy 3.10.2. If you wish to do so, you must contact Sandy Rader, Human Resources Administrator within five (5) working days.

Sincerely,

David Watson, RN
District Nurse Manager



**UTMB MANAGED CARE**
Attn: Human Resources
3009 A Hwy 30 West
Huntsville, Tx 77340

7002 0510 0001 3917 9010

RETURN RECEIPT REQUESTED

Ms. Jackie Fisher
1150 FM 2296
Huntsville, Tx 77340

77340+2702-50 R004

FISHER-100213