# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 23

| HOUSTON DISTRICT OFFICE<br>CHARGE INTAKE QUESTIONNAIRE<br>This form is affected by the Privacy Act of 1974: see Privacy Act statement on back before completing this form. | EEOC Use Only<br>HLeO 2006<br>21987 | Name (Intake Officer) |
|---|---|---|

PLEASE ANSWER THE FOLLOWING QUESTIONS, TELLING US BRIEFLY WHY YOU BELIEVE YOU HAVE BEEN DISCRIMINATED AGAINST IN EMPLOYMENT. AN OFFICER OF THE EEOC WILL TALK WITH YOU AFTER YOU COMPLETE THIS FORM.

TODAY'S DATE: 4-24-06      SOCIAL SECURITY NUMBER: 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

FULL NAME: Jacklyn Lynette Fisher      DATE OF BIRTH: 6-8-66

RACE: African American-Black      NATIONAL ORIGIN:      SEX: female

ADDRESS: 1150 FM 2296 Road.

CITY, STATE AND ZIP CODE: Huntsville, TX, 77340

HOME TELEPHONE: 936-293-1347      CELL TELEPHONE: 936-661-8933      OTHER: N/A

E-MAIL ADDRESS: n/a

EMPLOYER FULL NAME: University of Texas Medical Branch—Correctional Managed Care

ADDRESS WHERE YOU WORKED: Estelle Regional Medical Facility      TELEPHONE NUMBER: 936-291-4200 Ext. 3609 or 3603
264 FM 3478

CITY, STATE AND ZIP CODE: Huntsville, TX, 77320

NUMBER OF EMPLOYEES IN THE COMPANY: Greater than 1,000.

DESCRIBE WHAT ACTION THE COMPANY TOOK AGAINST YOU

Demotion from Cluster Nurse Manager and reassigned as a Nurse Clinican III.

Fisher-200097

EEOC Form 283 (04/04)

**IDENTIFY WHETHER YOU BELIEVE THE ACTION WAS BECAUSE OF YOUR RACE, SEX, NATIONAL ORIGIN, RELIGION, COLOR, AGE OR DISABILITY, AND EXPLAIN WHY** Race.

Reasons and rational for my demotion are based soley upon intent and further subjection to different terms and condition of employment.

**PROVIDE THE NAME AND TITLE OF THE PERSON WHO TOOK THE ACTION AGAINST YOU.**

David Watson, Senior Cluster Nurse Manager

**WHAT DATE WAS THE ACTION TAKEN?**

Demotion effective April 12, 2006

**PROVIDE THE NAMES OF THE EMPLOYEES WHO WERE TREATED DIFFERENTLY THAN YOU (AS IT MAY APPLY TO RACE, NATIONAL ORIGIN, SEX AND AGE ISSUES)**

Mary Adams, Nurse Manager; Joyce Bonds, Nurse Manager; Kim Roddey, Nurse Manager; and Lavina Wright, Nurse Manager.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE: Julie Fisher    DATE: 4-24-06

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).
2. AUTHORITY. 42 U.S.C.§ 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requires to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to Charging parties in consideration of or in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.