Plaintiff
Jackie Fisher's

Response in Opposition
to Defendants'

# Motion for Summary Judgment

# EXHIBIT 25



# UTMB

## The University of Texas Medical Branch

Kim Roddey
Nurse Manager

Wynne Facility
UTMB Correctional Managed Care

*Here For The Health of Texas*

To: Jackie Fisher, RN/ANM
     Wynne Facility

From: Kim Roddey, RN/CNM
      Wy/Nf/Du Facilities

Date: June 26, 2006

Subject: Letter of Expectation

Due to your recent transfer to the Wynne Facility, I would like to outline specific job expectations that I have for you.

- You will work under the direct supervision of the Cluster Nurse Manager.
- You will be expected to have the skills and ability to float to all areas within this facility and may be cross-trained at the Byrd Facility also.
- You are expected to collect all count sheets/logs and monthly paperwork on the first working day of each month and file them after checking for completeness.
- You will be expected to monitor the nursing care delivered to ensure professional standards are met and report any problems to me.
- You are expected to monitor and assist with patient grievances, ensuring ethical practices.
- During down time you are expected to assist the nurses on the floor.
- You are expected to periodically review nursing staff documentation in the EMR to look for insufficiencies.
- You are expected to do periodic sharps/instrument counts to ensure all nurses are doing a physical count every shift (not a paper count).
- You will need to work effectively and efficiently to accomplish the tasks as described in the Assistant Nurse Manager Competency Based Orientation and job description (see attachment).
- You will be able to establish a positive interpersonal relationship marked by collaborative problem solving and mutual support of the Facility Management Team.
- As a supervisor, you are to be a role model for staff in establishing and facilitating team building.
- Use appropriate professional interaction with staff and patients, keeping security, safety, and health care in mind.
- Be professional, open and supportive in dealing with employees.
- You are to call me personally anytime you are unable to report to work as scheduled. Afterwards you will call the unit to notify the staff of your absence. You are to arrange staffing coverage if you were scheduled to work the clinic that day. If you are unable to arrange for coverage and you are not ill, you will have to report to work as scheduled.
- You are to email leave request forms to me for approval for scheduling time off. After I have

**FISHER-100114**

approved the leave you will be responsible for printing this form and putting it in the time book.

- You are responsible for posting the monthly schedules by the 20th of each month(both staffing and RN after hours).
- You will rotate through the RN after hours call. On all other weeks you will be responsible as the back up RN on call in case security can't reach the primary RN.
- You will be on administrative call during your shift hours and 24/7 during the week you are on RN after hours call. Administrative call will include covering staffing vacancies if no relief can be found by yourself.
- You will be responsible for working closely with the Management Team to prepare for ACA and Operational Review audits. This will include ensuring that staff are following proper processes and that all logs/signature sheets/crash cart are up to par.
- You will be responsible for doing all QI/QM nursing audits and FLC audits and submitting them after completion to the Admin Secretary. You will also need to be present at all QI meetings.
- Manage nursing problems as they arise using progressive disciplinary to correct inappropriate behavior. I will need to review any that reach the level of written or above before they are presented.
- You will need to review the time book on a daily basis to ensure that no overtime is being used. You will need to make arrangements for any overtime found to be taken off by Friday of the same work week (unless it happens on a Friday afternoon).
- You will be responsible for handling any security issues/problems on a daily basis. I expect to be notified if major issues arise such as missing sharps/instruments, disruptive behaviors, severe policy and procedure issues.
- Your hours will be 8 A.M. until 4:30 P.M. unless otherwise needed to fill in for staffing issues on the floor. You will be expected to work other shifts as needed to prevent overtime and fill vacancies.
- You will be responsible for new employee orientation, check-offs, CBO tools, mandatory inservices, and access to the computer systems. You will also need to perform reference checks and fill out salary worksheets for any new hires. There may be times when you will need to fill in for me to do job interviews.
- You will be responsible for filling out job requisitions for employees who resign.
- You will be responsible for conducting monthly staffing meetings with all the clinic staff and the pharmacy staff.

I have read and received a copy of this document and understand that a copy of this document will be placed in my personnel file. *Please include my submitted attachments*

_____          _____
Signature                                Date

FISHER-100115



Kim Roddey
Nurse Manager
Wynne Facility
UTMB Correctional Managed Care

FM 2821
Huntsville, Texas  77340
936/291-5239

*Here For The Health of Texas*

I have set some Developmental Goals for the next year for you as follows:

- Appropriately utilizing feedback from staff regarding process changes
- Appropriate delegation to subordinate staff
- Keeping supervisor(s) informed regarding unit functions and problems.

FISHER-100116