**Plaintiff Jackie Fisher's**

**Response in Opposition to Defendants'**

# Motion for Summary Judgment

# EXHIBIT 26

| ISSUED:   Revised/Reviewed 06/28/06 | DEPARTMENT: Health Services (Wynne) |
|---|---|
| Written by: K. Roddey, R.N., NM | POSITION: Assistant Nurse Manager Unit Outpatient Clinic |
|  | Page 1 of 4 |

## I. Job Summary:

Under the clinical supervision of the Nurse Manager, organizes and directs the nursing functions at the Wynne facilities. Assists in selecting personnel and makes recommendations for promotion, demotion, disciplinary and termination to the Nurse Manager. Expected to rotate nursing administrative call with the Nurse Manager.

## II. Essential Duties:

1. Support and assist with the development of the unit goals.

   a. Assess the needs of the unit and the patients it serves.
   b. Assists in communicating unit directions and expectations to nursing personnel.
   c. Effectively coordinates, participates, implements and evaluates special projects as assigned.

2. Assist with the operational management of the unit.

   a. Assists in the coordination of unit clinic activities as assigned.
   b. Employs effective problem solving techniques.
   c. Facilitates and promotes the delivery of competent and efficient patient care.
   d. Serves as a resource to nursing personnel. Ensures that good nursing standards are promoted.
   e. Promotes a safe and efficient work environment.
   f. Participates in unit meetings and as an active participant on assigned committees.

| UTMB MANAGED CARE<br>POSITION DESCRIPTION<br>Page 2 of 4 ||
|---|---|
| Position : Assistant Nurse Manager<br>Unit Outpatient Clinic | Position Description |

3.
- a. Responsible for the preparation and completion of the nursing staff schedule, and submitting to the Nurse Manager for review prior to publication. Ensures adequate staffing levels per shift.
- b. Monitors and assists with nursing shift assignments to ensure that work assignments are evenly distributed.
- c. Assist with the interviewing of perspective employees. Provides input into hiring and promote decisions.
- d. Assists with the application processing and all related activities and paperwork.
- e. Monitors nursing attendance and any overtime accrued.
- f. Coordinates, supervises and actively participates in the nursing orientation of new or transferred employees. Makes preceptor assignments and ensures that the orientation packet is completed. Assists in the development of action plans as indicated.
- g. Supervises and participates in the completion of nursing CBO tools.
- h. Management of nursing employees to include counseling when necessary with the appropriate documentation.

4. Serves as a patient advocate and promotes the concept.
5. Serves as a resource when ethnical dilemmas present.
6. Promotes the teamwork concept and effective and meaningful relationships with other departments.

a. Maintains and utilizes effective communication/conflict management and negotiations skills.
b. Addresses and resolves security concerns.
c. Participates in activities and projects that will enhance security relations.
d. Promotes teamwork, cohesiveness and builds morale between nursing staff and other health care providers. Assists the nursing staff in resolving problems/concerns.

7. Participates in unit Q.I.Q.M. program.

  a. Compiles data collection and the preparation of reports as assigned.
  b. Notes any deficiencies and takes the appropriate corrective action to resolve the issue(s).

| UTMB MANAGED CARE POSITION DESCRIPTION Page 3 of 4 ||
|---|---|
| Position: Assistant Nurse Manager Unit Outpatient Clinic | Position Description |

8. Remains current on job-related knowledge and skills, ongoing education/inservices/credentialing/certification/licensure requirements.

9. Schedules nurses for inservices and monitors continuing education compliance per accreditation standards.

10. Notifies and ensures that the Nurse Manager is kept informed of any significant issues. Reports any deviation from normal nursing operations and what corrective action will be taken to remedy the situation.

11. Ensures that all required counts (narcotics, needles, syringes and sterile instruments) are performed correctly with the prescribed documentation.

12. Oversees the procurement, storage and issuance of controlled substances per the Pharmacy Departmental Manual.

13. Oversees the personnel assigned to the unit pill room and serves as a liaison if any concerns/questions arise.

14. Ensures that an appropriate and meaningful report between the shift is carried out.

15. Ensures that the monthly <u>Correctional Medication Aide Inspection Report</u> is performed in a timely manner.

16. Ensures that the incoming chain health records re reviewed daily with the prescribed documentation and that the flow of these records moves to the other departments for their respective review.

17. Oversees that the emergency room forms (HSM-16) are properly documented, maintained in chronological order, transcribed for orders and stored in the prescribed manner in the office of the Nurse Manager.

18. Ensures that all off-site emergency forms are being monitored per OPES 1.11 standard. If any trend or pattern evolves as related to non-compliance intervenes with the appropriate corrective action.

| UTMB MANAGED CARE POSITION DESCRIPTION Page 4 of 4 ||
|---|---|
| Position : Assistant Nurse Manager Unit Outpatient Clinic | Position Description |

19. Has knowledge of the Use of Force and Security Detention policies.

20. Ensures that all supplies and equipment are maintained at stock level.

21. May be required to be on stand by and work extended shifts in situations deemed necessary for unit coverage.

22. Rotates nursing administrative call with the Nurse Manager.

Employee Signature: _Jackie Fisher_ Date: _6/28/06_

FISHER-100584