# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 27

# MANAGED CARE

301 University Boulevard (mailing address)
Galveston, Texas 77555-1008
Telephone: (409) 747-2600
Fax: (409) 762-0311

**UTMB**
The University of Texas Medical Branch

John S. Pemberton, SPHR
Director of Human Resources

6/26/2006

Ms. Jacklyn Fisher
1150 FM 2296
Huntsville, Texas 77340

Re:  Appeal dated 5/11/06
     Grievance # 06-04-002-G & 06-04-003-G

Ms. Fisher,

I have received copies of your grievances dated 4/10/06 and 4/11/06 and your appeal dated 5/11/06. In your letter of appeal, you have alleged that your demotion was based on racial discrimination and retaliation.

Because this issue has been raised, the grievances and appeal will be forwarded to the UTMB Office of Equal Opportunity and Diversity for review and investigation. If you have questions regarding this matter please contact:

Mr. Melvin Williams, Director
The University of Texas Medical Branch
Office of Equal Opportunity & Diversity
301 University Blvd.
Galveston, TX 77555-0106
Phone: (409) 772-1463  Fax: (406) 772-6932

Sincerely,

John S. Pemberton

cc: M. Williams
    S. Rader
    M. Gotcher

**FISHER-100122**

Suite 917 U.S. National Bank Building, 2201 Market Street (location)



The University of Texas Medical Branch
Correctional Managed Care
301 University Boulevard
Galveston, Texas 77555-1008

7734072702-50 R004

Ms. Jacklyn Fisher
1150 FM 2296
Huntsville, Texas 77340



UNITED STATES POSTAGE
02 1A
0004343371    $ 00.39⁰
MAILED FROM ZIP CODE   JUN 27 2006
77550
PITNEY BOWES

**FISHER-100123**