# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 28

To: Mr. John Pemberton, UTMB-CMC Director of Human Resources

Re: Demotion Appeal

Date: July 3, 2006

Mr. Pemberton,

I am in receipt of your response to my demotion appeal dated 5-11-06 and my grievance # 06-04-002-G and # 06-04-003-G.

There continues to be evidence that I am subjected to different terms and conditions of employment than those enjoyed by similarly situated Caucasian Nurse Managers. The staff at the Wynne Unit has and continues to complain about Ms. Roddey (Caucasian), Cluster Nurse Manager (NM). Mr. Watson has personally met and interviewed some of the staff (Ms. Winfrey, PCA; Ms. Jenkins, PCA; Ms. Hagan, PCA; Ms. Alexander, LVN; Ms. Delegia, LVN; Ms. Archie, RN; Ms. Cooper, RN, etc). In comparison as the situation relates to, Mr. Watson did not request or solicit any of their complaints. Per one of the employee (Ms. Winfrey), Mr. Watson requested that she not contact him as he expected her to handle her complaints at the Unit level. The staff continues to complain that Ms. Roddey, NM is never available on the Unit, she does not communicate with them, her communication is inappropriate at times, she shows favoritism (Ms. Patterson and Ms. Hughes), and she is not supportive or helpful to her staff. Six out of her twelve employees at the Wynne Unit presented complaints directly to Mr. Watson about Ms. Roddey, NM. The majority of the complaints presented were by African American employees. These complaints of staff dissatisfaction have gone without concern from Mr. Watson and the Northern Division Management Team (Ms. Gotcher, DON and Ms. Melton, HR Director). In my introduction to the Wynne Unit's Head Warden and in front of a witness (Ms. Rodriquez, AA) his opinion validated the staff complaints. Ms. Roddey, NM has not been cited for ineffective communication with subordinate staff and requested for demotion.

While Mr. Watson has focused on alleged complaints from the Supplemental Agency Mr. Watson has shown no concern for what our TDCJ-ID Contractors think about the way business is conducted. There was a Cultural Diversity survey conducted at the Eastham, medical ratings were all negative. The Warden's concerns and a copy of the survey were shared with the Huntsville Sr. Cluster Practice Manager (Ms. Box) and the Sr. Cluster Nurse Manager (Mr. Watson). In comparison, Mr. Watson has not requested a demotion in regards to the negative comments related to the Caucasian Nurse Managers (Ms. Roddey and Ms. Adams).

In my demotion letter, Mr. Watson stated he had expressed his request to all Nurse Managers regarding the need for regular staff meetings. In comparison, at Wynne Unit review of records show that formal staff meetings were held in August 2005, February 2006 and June 2006. There was no formal meeting participation in September 2005, October 2005, November 2005, December 2005, January 2006, March 2006, April 2006 or May 2006. In comparison, Mr. Watson has made a difference in treatment. He did not mandate Ms. Roddey to have staff meetings nor was she cited for ineffective management/leadership and requested for demotion.

All Nurse Managers are accountable to ensure departmental policies are being enforced. Per policy, it is required that counts are verified, accurate and two signatures at every shift change validate the count records. According to the narcotic shift count and instrument inventory records there is a lack of accountability on the Nurse Manager's part (see attachment #1, attachment 2,

FISHER-100126

attachment #3, attachment #4). The nursing retention records at Wynne are a concern. Some of the problems in regards to the poor management of records are continuously cited on Ms. Roddey's Quarterly Pharmacist inspections, mostly recently May 9, 2006. (see attachment #5). The May 9, 2006, Quarterly Facility Pharmacy Audit Report revealed the following deficiencies- pill window personnel need a direct line of communication with medical staff to address concerns, meeting should be held with all pill window staff to address concerns, need EMR training, shift expectations (see attachment #5).

Ms. Roddey, NM has taken no action to correct or monitor the CID Nurse (Ms. Hughes) who is nine months behind. In comparison, Mr. Watson has not cited Ms. Roddey for not providing guidance or spending adequate time working with staff to resolve deficits.

I feel that my demotion is based on retaliation and discrimination, per UTMB Appeal Policy, # 3.10.2, I am requesting that my appeal and all attachments be forwarded within two working days to the level three officials, the Executive Vice President.

In addition, I'm requesting: 1) all written complaints against me to include those received by the Northern Division Management Team (Ms. Gotcher, DON and Ms. Melton, HR Director); 2) the alleged employee grievance filed against me on March 9, 2006; and 3) any alleged coaching or formal disciplinary against me.

Sincerely,

Jacklyn Fisher

FISHER-000078


**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
HUNTSVILLE DOWNTOWN FIN
HUNTSVILLE, TX  77320-9998
       07/03/06 01:17PM

Store  USPS          Trans    87
Wkstn  sys5002       Cashier  KFKPVP
Cashier's Name       LINNIE
Stock Unit Id        SIALINNIE
PO Phone Number      936-295-3037
USPS #               4841490340

1. 7.80 Nd Lb/Flg Bk              7.80
2. Exp.(F.R.) PO-ADD             14.40
   Destination:   77565
   Weight:        3.90 oz.
   Postage Type:  PVI
   Total Cost:    14.40
   Base Rate:     14.40
   Label#:
   ED513112432US

Subtotal                         22.20
Total                            22.20

DebitCard                        32.20
   Purchase      22.20
   Cash Back     10.00

              23-903140515-98
  itCard
  CT. N                      CLERK ID
  368                        04
AUTH           DEBIT TRANS # 656
RECEIPT # 000236

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

                                10.00

          at USPS.com/shop or call
    tamp24.  Go to
      om/clicknship to print shipping
   abels with postage.  For other
   information call 1-800-ASK-USPS.

Number of Items Sold: 2

                  Please come again
                     you can call
1-800-275-8777, for all Postal related
  issues(hold mail,redeliveries,etc)
  Our hrs. 9am-5pm M-F 9am-12pm Sat
```

PHARMACY COUNT & KEY L
*Narcotic Count*

**MONTH:** January  **UNIT:** Wynne  **AREA:** Clinic

| DATE | 1ST SHIFT SIGNATURES | | 2ND SHIFT SIGNATURES | | 3RD SHIFT SIGNATURES | |
|---|---|---|---|---|---|---|
| | Departing (10-6 am) | Arriving (6-2 pm) | Departing (6-2 pm) | Arriving (2-10 pm) | Departing (2-10 pm) | Arriving (10-6 am) |
| 1st | | | | | | |
| 2nd | | | | | | |
| 3rd | | | | | | |
| 4th | | | | | | |
| 5th | | | | | | |
| 6th | | | | | | |
| 7th | | | | | | |
| 8th | | | | | | |
| 9th | | | | | | |
| 10th | | | | | | |
| 11th | | | | | | |
| 12th | | | | | | |
| 13th | | | | | | |
| 14th | | | | | | |
| 15th | | | | | | |
| 16th | | | | | | |
| 17th | | | | | | |
| 18th | | | | | | |
| 19th | | | | | | |
| 20th | | | | | | |
| 21st | | | | | | |
| 22nd | | | | | | |
| 23rd | [signature] | [signature] | [signature] | [signature] Aguilera | [signature] |
| 24th | loop | loop | loop | loop | loop | loop |
| 25th | loop | loop | loop | [signature] | loop | [signature] |
| 26th | [signature] | Aguilera | [signature] | [signature] | [signature] | [signature] |
| 27th | [signature] | | [signature] | [signature] | [signature] | [signature] |
| 28th | [signature] | [signature] Aguilera | [signature] | [signature] | [signature] |
| 29th | [signature] | | Aguilera | [signature] | [signature] | [signature] |
| 30th | [signature] | [signature] | [signature] | [signature] | [signature] | [signature] |
| 31st | [signature] | Aguilera | [signature] | [signature] | [signature] | [signature] |

FISHER-100128

## CONTROLLED SUBSTANCE SHIFT COUNT RECORD

MONTH: February 2006  UNIT: Wynne   AREA: Pharmacy

| DATE | 1ST SHIFT SIGNATURES | | 1ST & 2ND SHIFT SIGNATURES | | 2ND SHIFT SIGNATURES | |
|---|---|---|---|---|---|---|
| | Arriving (0330-12) (0400) | Arriving (0330-12) (0400) | Departing (0330-12) | Arriving (11-730p) | Departing (11-730p) (1630) | Departing (11-730p) |
| 1st | | | | CDeglia | Moffett | CDeglia |
| 2nd | | | | CDeglia | Moffett | CDeglia |
| 3rd | | | | CDeglia | Moffett | CDeglia |
| 4th | | | | | | |
| 5th | | | | | | |
| 6th | | | | CDeglia | Moffett | CDeglia |
| 7th | | | | CDeglia | Moffett | CDeglia |
| 8th | | | | CDeglia | Moffett | CDeglia |
| 9th | Hoop | Hoop | Hoop | | | |
| 10th | Hoop | Hoop | | | | |
| 11th | Hoop | | | CDeglia | Moffett | CDeglia |
| 12th | Hoop | | | CDeglia | Moffett | CDeglia |
| 13th | | | | CDeglia | Moffett | CDeglia |
| 14th | | | | CDeglia | Moffett | CDeglia |
| 15th | | | | CDeglia | Moffett | CDeglia |
| 16th | | | | CDeglia | | CDeglia |
| 17th | | | | CDeglia | | CDeglia |
| 18th | CDeglia | | | CDeglia | | CDeglia |
| 19th | CDeglia | | | CDeglia | | CDeglia |
| 20th | CDeglia | | | CDeglia | Moffett | CDeglia |
| 21st | | | | | | |
| 22nd | | | | | | |
| 23rd | | | | | | |
| 24th | | | | | | |
| 25th | | | | | | |
| 26th | | | | | | |
| 27th | | | | | | |
| 28th | | | | | | |
| 29th | | | | | | |
| 30th | | | | | | |
| 31st | | | | | | |

FISHER-100129

# STERILE INSTRUMENT INVENTORY RECORD

MONTH: **April 2006** UNIT: **Wynne** AREA: **Sterilizing Room**

| DATE | 1ST SHIFT SIGNATURES | | 1ST & 2ND SHIFT SIGNATURES | | 2ND SHIFT SIGNATURES | |
|---|---|---|---|---|---|---|
| | Arriving (3:30 – 12:00) (0400) | Arriving (3:30 – 12:00) (0400) | Departing (3:30 – 12:00) | Arriving (11:00 – 7:30 p) | Departing (11:00 – 7:30 p) (1630) | Departing (11:00 – 7:30 p) (1630) |
| 1st | J Loop | [sig] | X | X | J Loop | [sig] |
| 2nd | [sig] | J Loop | X | X | [sig] | J Loop |
| 3rd | [sig] | [sig] | [sig] | [sig] | [sig] | J Loop |
| 4th | [sig] | [sig] | [sig] | [sig] | [sig] | [sig] |
| 5th | [sig] | [sig] | [sig] | [sig] | [sig] | [sig] |
| 6th | [sig] | D Aguilar | J Loop | [sig] | [sig] | [sig] |
| 7th | J Loop | J Loop | J Loop | [sig] | [sig] | [sig] |
| 8th | J Loop | [sig] | | | | |
| 9th | [sig] | J Loop | | | J Loop | [sig] |
| 10th | | | | [sig] | [sig] | [sig] |
| 11th | | | | [sig] | [sig] | [sig] |
| 12th | | | | [sig] | [sig] | [sig] |
| 13th | | | | J Loop | J Loop | J Loop |
| 14th | | | | J Loop | J Loop | J Loop |
| 15th | J Loop | [sig] | X | X | [sig] | J Loop |
| 16th | [sig] | J Loop | X | X | [sig] | [sig] |
| 17th | | | [sig] | [sig] | [sig] | [sig] |
| 18th | | | [sig] | [sig] | [sig] | [sig] |
| 19th | | | | [sig] | [sig] | [sig] |
| 20th | J Loop | J Loop | | [sig] | [sig] | [sig] |
| 21st | | | | [sig] | | |
| 22nd | J Loop | [sig] | X | X | [sig] | [sig] |
| 23rd | | J Loop | X | X | J Loop | [sig] |
| 24th | [sig] | [sig] | | [sig] | [sig] | [sig] |
| 25th | | | | [sig] | [sig] | [sig] |
| 26th | | | | [sig] | [sig] | [sig] |
| 27th | | | | J Loop | J Loop | [sig] |
| 28th | | | | J Loop | J Loop | J Loop |
| 29th | [sig] | J Loop | X | X | [sig] | J Loop |
| 30th | J Loop | [sig] | X | X | J Loop | J Loop |
| 31st | | | | | J Loop | [sig] |

FISHER-100130

## STERILE INSTRUMENT INVENTORY RECORD

MONTH: May 2006  UNIT: Wynne   AREA: Sterilizing Room

| DATE | 1ST SHIFT SIGNATURES | | 1ST & 2ND SHIFT SIGNATURES | | 2ND SHIFT SIGNATURES | |
|---|---|---|---|---|---|---|
| | Arriving (3:30 – 12:00) (0400) | Arriving (3:30 – 12:00) (0400) | Departing (3:30 – 12:00) | Arriving (11:00 – 7:30 p) | Departing (11:00 – 7:30 p) (1630) | Departing (11:00 – 7:30 p) (1630) |
| 1st | *sig* | *sig* | *sig* | *sig* | *sig* | *sig* |
| 2nd | *sig* | *sig* | *sig* | *sig* | *sig* | *sig* |
| 3rd | *sig* | *sig* | *sig* | *sig* | *sig* | *sig* |
| 4th | *sig* | *sig* | | *sig* | *sig* | *sig* |
| 5th | *sig* | *sig* | | *sig* | *sig* | *sig* |
| 6th | *sig* | *sig* | X | X | *sig* | *sig* |
| 7th | *sig* | *sig* | X | X | *sig* | *sig* |
| 8th | *sig* | *sig* | *sig* | *sig* | *sig* | *sig* |
| 9th | | *sig* | | *sig* | *sig* | *sig* |
| 10th | | *sig* | | *sig* | | *sig* |
| 11th | | *sig* | | *sig* | *sig* | *sig* |
| 12th | | *sig* | | *sig* | *sig* | *sig* |
| 13th | *sig* | *sig* | X | X | *sig* | *sig* |
| 14th | *sig* | *sig* | X | X | *sig* | *sig* |
| 15th | *sig* | | | *sig* | *sig* | *sig* |
| 16th | *sig* | | | *sig* | *sig* | *sig* |
| 17th | *sig* | | | | | |
| 18th | *sig* | | | *sig* | *sig* | *sig* |
| 19th | *sig* | | | *sig* | *sig* | *sig* |
| 20th | *sig* | *sig* | X | X | *sig* | *sig* |
| 21st | *sig* | *sig* | X | | *sig* | *sig* |
| 22nd | | *sig* | *sig* | | *sig* | |
| 23rd | | *sig* | *sig* | | *sig* | |
| 24th | | | | | | |
| 25th | | | | | | |
| 26th | | | | | | |
| 27th | *sig* | *sig* | | | *sig* | *sig* |
| 28th | *sig* | *sig* | | | *sig* | *sig* |
| 29th | | | | *sig* | *sig* | |
| 30th | | | | | | |
| 31st | | | | | | |

FISHER-100131

APPENDIX A.        QUARTERLY FACILITY PHARMACY AUDIT REPORT

FACILITY AUDITED __Wynne Unit_____ AUDIT DATE(S) __5-9-06__

PHARMACY AGENT __LaTanya Armstead, PharmD.__

DIRECTOR OF PHARMACY __Dick M. Cason, M.S., R.Ph.__

TO:    FACILITY NURSE MANAGER/DIRECTOR OF NURSING: __K. Roddy, RN__

Following is the report of the quarterly facility pharmacy audit report that was conducted on-site on the above date. Please review the audit report and provide a written response regarding the actions that you will take to correct any areas of non-compliance or failure to meet minimum standards as documented in the report.

The written response must be completed and submitted to the Director of the UTMB CMC Department of Pharmacy in no later than 2 weeks (__5/29/06__). Copies are to be forwarded to the individuals named at the bottom of page 1.

Findings and Recommendations:

cc.
All Sectors
Facility nurse manager/director of nursing
Director of Pharmacy

UTMB Sector
Division Director of Nursing Services
Division Medical Director
Division Director of Operations
District Director of Nursing
District Medical Director
District Manager

Texas Tech Sector
Regional Medical Director
Regional Administrator
Director of Quality Improvement
Chief, MHCPS, School of Pharmacy

FISHER-100132

| CRITERIA | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMENT |
|---|---|---|---|---|---|

## I. DRUG STORAGE AND MEDICATION ADMINISTRATION AREAS

### A. General

1. Individual designated for control/operation of drug products and drug room? (75-15; 20-10) — ✓
2. Posted and current security notice of personnel authorized entry into the drug room?(75-15;15-10;20-10) **Date:** _____ — ✓
3. Secure entry with minimum access?(75-15;20-10) — ✓
4. Designated individual assigned key to drug room?   Keys limited to the nurse-in-charge or licensed/permitted/certified designated agent? (20-10) — ✓
5. Unit DEA and DPS permits current and conspicuously displayed? (20-10) — ✓
   DEA ✓   EXP 10-31-10   DPS ✓   EXP 11-31-04
6. Current editions of required references available including a hard copy of the CMC Formulary? (05-05) — ✓
7. Metric/apothecary equivalents chart, poison center phone number posted? (75-15) — (Problem ✓)
8. Posted one card policy notice in drug room? — (Problem ✓)

### B. Physical Environment

1. Adequate space, equipment and supplies properly organized and arranged? (75-15;15-10) — ✓
2. Proper lighting, ventilation and room temperature range (15°C/59°F - 30°C/86°F)? (75-15;15-10) — ✓
3. Area(s) clean and orderly? (75-15;15-10) — ✓
4. Sharps and needles not maintained in unit pill room(s)? (75-15) — ✓

### C. Inventory

1. All medication inventories secured properly; systematically stored for fast review?(15-10) — ✓
2. External and internal preparations stored separately? (15-10) — ✓
3. Medication order dates current and medication stock not expired including prescription and unit stock items? (15-10;15-30) — ✓
4. Initials and entry date on all multi-dose vials and stock bottles? Reconstitution and expiration dates on all applicable medications? (30-10) — ✓
5. Containers with unauthorized, worn, missing, illegible, or expired labels are quarantined for return by a Pharmacist? (10-05;15-10;15-30;40-10) — ✓
6. Appropriate levels of stock medications are maintained in accordance with established guidelines? (15-10;15-30) — ✓
7. No unauthorized Formulary or Non-formulary medications? (15-05;25-05) — ✓
8. All medications labeled correctly?(40-10) — ✓
9. HIV exposure kits in date? Replace and return kits that have less than 2 months dating. SEE LISTING OF UNITS, WHICH SERVE AS HIV HUB UNITS. — (Not Applicable ✓)

FISHER-100133

| CRITERIA | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMENT |
|---|---|---|---|---|---|

### II. TREATMENT AREAS

| Criteria | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMENT |
|---|---|---|---|---|---|
| A. External and internal preparations stored separately? (15-10) | ✓ | | | | |
| B. Medications not expired? (15-10; 15-30) | ✓ | | | | |
| C. Initials and entry date on all multi-dose vials and stock bottles? (30-10) | ✓ | | | | |
| D. Appropriate levels of stock medication maintained? (15-10; 15-30) | ✓ | | | | |
| E. No unauthorized formulary or non-formulary medications? (05-05; 25-05) | ✓ | | | | |
| F. All medications labeled correctly? (15-10; 40-10) | ✓ | | | | |
| G. Medications properly stored when not in use? (75-15; 15-10; 60-05) | ✓ | | | | |

### III. EMERGENCY CART

| Criteria | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMENT |
|---|---|---|---|---|---|
| A. Required drugs and appropriate levels maintained? (60-05) | | ✓ | | | see last pg |
| B. Medication not expired? (60-05) | ✓ | | | | |
| C. No unauthorized formulary or non-formulary medications? (05-05; 25-05; 60-05) | ✓ | | | | |
| D. All medications labeled correctly? (15-10; 40-10) | | ✓ | | | ativan not in fridge |
| E. Medications properly stored when not in use? (75-15; 15-10; 60-05) | ✓ | | | | |
| F. Cart properly sealed or secured? (15-10) | | | | | |

### IV. REFRIGERATORS

| Criteria | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMENT |
|---|---|---|---|---|---|
| A. Working thermometer present in all refrigerators and temperature maintained between 36°-46°F as evidenced by documentation on a daily temperature log? (15-10) Temperature: 5° C | ✓ | | | | |
| B. Refrigerators clean and orderly with monthly defrost schedule posted and maintained? (15-10) | ✓ | | | | Defrost freez |
| C. Supplemental feedings dated and covered? (15-10) | ✓ | | | | |
| D. Foods limited to medical adjuncts? (15-10) | ✓ | | | | |
| E. Appropriate medications stored in the refrigerator? (15-10) | ✓ | | | | |
| F. All medications labeled correctly to include entry date and initials on all opened vials and bottles? (30-10) | ✓ | | | | |
| G. Medications not expired? (15-10; 15-30) | ✓ | | | | 0 |
| H. Refrigerators equipped with locking system for storage of controlled drugs? | ✓ | | | | |

| CRITERIA | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMEN' |
|---|---|---|---|---|---|

V. CONTROLLED SUBSTANCES
   A. All controlled substances properly secured? (20-10)
   B. Keys to controlled substances maintained by the nurse in charge or the licensed designated/permitted/certified agent only? (20-10)
   C. Perpetual inventory is maintained? (20-15)
   D. Damaged, contaminated or unusable portions of controlled substances recorded correctly and quarantined for proper disposition? (15-30; 20-10; 20-15)
   E. Shift change count verification properly documented with nurse signatures?
   F. Administration records complete and current?
      1. All records properly signed and correct? (20-15)
      2. Inventory correct? (20-10; 20-15)
   G. Bulk stock records complete and current?
      1. DEA-222 forms complete? (20-15)
      2. Computer shipping documents complete? (20-15)
      3. Inventory correct? (20-15)
   H. Drug records available and properly maintained for three years? (20-15)
   I. Annual inventory readily available and current and maintained indefinitely? (20-15) Date: _____
   J. Unit destruction records complete and available, including the date completed/mailed? (15-30)
   K. Incident reports (e.g., loss, theft, tampering) submitted in accordance with policy? (20-15)
   L. Copy of weekly controlled substances inventories [Bulk stock (HO-116) and/or administration stock (HSA-4)] sent to the pharmacy monthly? (20-15)
   M. Controlled substances inventory check of bulk stock (i.e., closed stock).

G.2 — Problem (arrow down); G.3 — Comment: ④ - Depo

| Bulk/Closed Stock Item | Count on Records | Audit Count |
|---|---|---|
| APAP w/ codeine elixir | 90 (10% expired) | 90 (10% exp) |
| Darvocet-N | 170 | 170 |
| APAP w/ codeine tabs | (10% expired) 200 | 200 (10% exp) |
| MSO4 ER 30y tabs | 100 | 100 |
| MSO4 ER 15y tabs | 89 | 89 |
| Morphine elixir | 20 | 20 |

FISHER-100135

| CRITERIA | COMPLIANT | PROBLEM | REPEAT | NOT APPLICABLE | COMMENT |
|---|---|---|---|---|---|

N. Controlled substances inventory check of administration stock (i.e., open stock).

| Administration/Open Stock Item | Count on Records | Audit Count |
|---|---|---|
| Morphine SO4 elixir | 6 | 6 |
| APAP w/ codeine | 3 | 3 |
| Darvocet-N | 42 | 42 |
| APAP w/ codeine tabs | 57 | 57 |
| MSO4 15mg ER tabs | 14 | 14 |

VI. REPORTS -- The following reports are completed and current.
 A. Adverse drug reactions reported? (20-10) — ✓ (Not Applicable)
 * B. Crash cart medication expiration report? (15-10) — ✓ Compliant
 C. Computer down time log? (40-05) — ✓ Compliant
 * D. Monthly Correctional Medication Aide Audit Report. Technician audit from previous month received at the pharmacy? (75-15) — ✓ Compliant
 * E. Weekly controlled substances inventories (Bulk stock HO-116 and/or administration stock HSA-4)? Inventories received monthly at the pharmacy? (20-15) — ✓ Compliant
 F. Quarterly Facility Pharmacy Audit Report? (75-15) — ✓ Compliant
 G. Log indicating removal of stock medications for administration maintained? (40-10) — ✓ Compliant

* Reports <u>must</u> be sent to the pharmacy monthly.

VII. OTHER RECORDS
 A. Practitioner has initialed the "print pass" for all orders entered into the computer system by personnel other than the prescriber? (40-10) — ✓ Compliant — scanned into
 B. Initialed "print pass" maintained for at least 90 days? (40-10) — ✓ Compliant — scanned into compute

VIII. ADDITIONAL COMMENTS AND SUGGESTIONS:

- Pill window personnel need a direct line of communication with medical staff to address concerns
- Meeting should be held with all pill window staff to address concerns.
    - not getting print passes for Ad-Seg
    - MSDS pads
    - EMR training ←
  → - giving both doses at one pill window ←
    - checking meds received against manifest
    - narcotic stock manifest
    - duplicate orders on forms
  7. - shift expectations ?

① 3 expired peggys in nursing station refrigerator.
② not all of the controlled substance DEA forms & manifests were available for inspection

- Crash cart –
    consider tabbing areas in each drawer for each item with par levels.
    - 4 extra ammonia inhalants without exp. date
    - 2 Dextrose 50 cc syringes instead of one
    - HC injection instead of methyl prednisolone in drawer
    - 2 bottles of NTG instead of one
    - 2 bags of D5W 500ml instead of one and one 1L bag
    - 1 bag of NaCl 500ml bag

controlled substance:
|  |  | count on record |  |
|---|---|---|---|
| Ativan | 8 vials | 8 |  |
| Tylenol* | 74 tabs | 74 |  |
| dil inj | 7 vials | 7 |  |
| M SO4 inj. | 19 vials | 19 |  |
| Depo | ~16mls | 2 units | – Depo measured according to bottles, not volume |
| Darvocet-N | 62 tabs | 62 |  |

FISHER-100137

# UTMB Correctional Managed Care

## Wynne Unit

To: Dick Cason, M.S., R.Ph.                Date: May 22, 2006

From: Kim Roddey, RN/CNM                   Subject: Pharmacy Audit

---

1. **Section IA.7&8 – Metric/ apothecary equivalents chart, poison center phone number and one card policy posted.**

Deficiency: No metric list posted in pharmacy.

Corrective Action Plan: Metric/Apothecary equivalents chart, poison center phone number and one card policy to be obtained and posted in ER.

2. **Section III A – (Emergency cart) Required drugs and appropriate levels maintained? (60-05).**

Deficiency: 4 extra ammonia inhalants, 1 extra Dextrose 50cc, HC inj instead of methylprednisolone, 1 extra bottle of NTG, 1 extra bag of D5W,

Corrective Action Plan: Will remove excess medications and maintain required levels of each drug on the crash cart.

3. **Section III D – All medications labeled correctly? (13-10;40-10).**

Deficiency: Ativan not in refrigerator.

Corrective Action Plan: Ativan will be disposed of and replaced. New lock box ordered for refrigerator storage of this medication.

4. **Section IV G – Medications not expired**

Deficiency: Pegasys in nursing station refrigerator expired.

Corrective Action Plan: Appropriate measures will be taken as related to the proper return process of expired medications to the regional pharmacy.

FISHER-100138

### 5. *Section V. G1-3 Bulk stock records complete and current?*

<u>Deficiency:</u> Not all of the controlled substance DEA forms and manifests were available for inspection.

<u>Corrective Action Plan:</u> Duplicate binders (one from pharmacy and one from NM office) will be combined and stored in the pharmacy for easy accessibility.

### 6. *V. G.3 Inventory correct?*

<u>Deficiency:</u> Depotestosterone measured according to bottles, not volume.

<u>Corrective Action Plan:</u> Depotestosterone vials marked according to # of milliliters. Staff inserviced on the process of subtracting used ml from total.

**Addendum:**

Auditor felt the need for the pharmacy staff to have a direct line of communication with the medical staff to address concerns. Their direct line of communication normally would be the Assistant Nurse Manager. This position is currently vacant. The staff has been told they can contact Ms Roddey anytime by email or phone. Another option for them was explained as contacting Ms Rodriguez, Administrative Associate who will then contact Ms Roddey if needed.

An effort will be made to include the pharmacy staff in monthly meetings to address their concerns.