# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 31

## FY 05 and FY 06 Detail Turnover Report

Attached for your review is the FY 05 and FY 06 Turnover Report for CMC. The data in this report is sorted in descending order by the number of FTEs in the FY 06 "FTE COUNT" column heading. As you can see, CMC's aggregate turnover for FY 05 was 21.89% and roughly the same for FY 06 at 21.79%.

Please review this historical data and discuss it at your next local team meeting. While the CMC central office will continue to design and implement programs directed at lowering CMC's turnover rate, I encourage each facility to take a local, personal interest in becoming part of the turnover solution.

In August of 06 (the start of FY 07), UTMB and CMC moved to a new employee management system and as such, the data for the first quarter of FY 07 is not available at this time. I will instruct the HR and fiscal groups to continue to update turnover reports and make them available as soon as possible.

FISHER-100431

FISHER-100432

Correctional Managed Care
Turnover Report
FY 05 and 06

| OrgID | OrgName | FY 2005 |||||| FY 2006 ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FTE Count | Vol | Separations Invol | Total | Vol | Turnover Invol | Total | FTE Count | Vol | Separations Invol | Total | Vol | Turnover Invol | Total |
| 9160012 | GOREE UNIT | 19.58 | 6.00 | 1.00 | 7.00 | 30.64% | 6.11% | 35.74% | 18.25 | 4.00 | 1.00 | 5.00 | 21.92% | 5.48% | 27.40% |
| 9160079 | MOORE UNIT | 18.58 | 0.00 | 1.00 | 1.00 | 0.00% | 5.38% | 5.38% | 18.33 | 1.00 | 0.00 | 1.00 | 5.45% | 0.00% | 5.45% |
| 9160078 | SEGOVIA UNIT | 17.58 | 5.00 | 1.00 | 6.00 | 28.44% | 5.69% | 34.12% | 18.76 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9160102 | COLE UNIT | 17.78 | 4.50 | 0.00 | 4.50 | 25.30% | 0.00% | 25.30% | 18.87 | 2.00 | 0.00 | 2.00 | 10.60% | 0.00% | 10.60% |
| 9160071 | STEVENSON UNIT | 20.33 | 2.00 | 0.00 | 2.00 | 9.84% | 0.00% | 9.84% | 20.00 | 3.00 | 0.00 | 3.00 | 15.00% | 0.00% | 15.00% |
| 9160019 | SCOTT UNIT | 22.83 | 5.00 | 2.00 | 7.00 | 21.90% | 8.76% | 30.66% | 20.58 | 2.00 | 1.00 | 3.00 | 9.72% | 4.86% | 14.57% |
| 9160018 | STRINGFELLOW UNIT | 25.33 | 2.00 | 1.00 | 3.00 | 7.89% | 3.95% | 11.84% | 21.67 | 4.00 | 0.00 | 4.00 | 18.46% | 0.00% | 18.46% |
| 9160013 | HUNTSVILLE UNIT | 25.17 | 7.00 | 0.00 | 7.00 | 27.81% | 0.00% | 27.81% | 22.83 | 5.00 | 1.00 | 6.00 | 21.90% | 4.38% | 26.28% |
| 9160011 | FERGUSON UNIT | 22.42 | 6.00 | 3.00 | 9.00 | 26.77% | 13.38% | 40.15% | 23.79 | 2.00 | 2.00 | 4.00 | 8.41% | 8.41% | 16.81% |
| 9160005 | CLEMENS UNIT | 23.83 | 1.00 | 0.00 | 1.00 | 4.20% | 0.00% | 4.20% | 24.42 | 2.00 | 0.00 | 2.00 | 8.19% | 0.00% | 8.19% |
| 9162704 | EMS-REGIONAL MEDICAL FACILITY | 30.58 | 6.00 | 2.00 | 8.00 | 19.62% | 6.54% | 26.16% | 24.83 | 7.00 | 1.00 | 8.00 | 28.19% | 4.03% | 32.21% |
| 9160029 | LUTHER UNIT | 25.25 | 3.00 | 1.00 | 4.00 | 11.86% | 3.96% | 15.84% | 25.08 | 2.00 | 1.00 | 3.00 | 7.97% | 3.99% | 11.96% |
| 9160016 | MOUNTAIN VIEW UNIT | 25.58 | 5.00 | 2.00 | 7.00 | 19.54% | 7.82% | 27.36% | 25.67 | 3.00 | 1.00 | 4.00 | 11.69% | 3.90% | 15.58% |
| 9160051 | BOYD UNIT | 26.67 | 3.00 | 1.00 | 4.00 | 11.25% | 3.75% | 15.00% | 25.87 | 6.00 | 2.00 | 8.00 | 23.19% | 7.73% | 30.92% |
| 9160038 | HOBBY UNIT | 26.08 | 7.00 | 1.00 | 8.00 | 26.84% | 3.83% | 30.67% | 25.92 | 6.00 | 2.00 | 8.00 | 23.16% | 7.72% | 30.87% |
| 9160028 | POWLEDGE UNIT | 24.92 | 3.00 | 0.00 | 3.00 | 12.04% | 0.00% | 12.04% | 26.42 | 1.00 | 0.00 | 1.00 | 3.79% | 0.00% | 3.79% |
| 9160107 | WOODMAN UNIT | 28.00 | 5.00 | 2.00 | 7.00 | 17.86% | 7.14% | 25.00% | 28.50 | 5.00 | 1.00 | 6.00 | 18.87% | 3.77% | 22.64% |
| 9160009 | EASTHAM UNIT | 30.92 | 4.00 | 1.00 | 5.00 | 12.94% | 3.23% | 16.17% | 28.75 | 8.00 | 5.00 | 13.00 | 28.81% | 18.89% | 45.66% |
| 9160059 | TDCJ PRIVATE-BRADSHAW | 27.57 | 8.00 | 0.00 | 8.00 | 29.02% | 0.00% | 29.02% | 27.01 | 7.80 | 2.00 | 9.60 | 28.88% | 7.41% | 36.28% |
| 9160026 | PACK I UNIT | 28.17 | 6.00 | 0.00 | 6.00 | 21.30% | 0.00% | 21.30% | 27.37 | 4.50 | 0.00 | 4.50 | 16.44% | 0.00% | 16.44% |
| 9160075 | HODGE UNIT | 30.92 | 1.00 | 2.00 | 3.00 | 3.23% | 6.47% | 9.70% | 28.33 | 2.00 | 1.00 | 3.00 | 6.82% | 3.41% | 10.23% |
| 9017080 | CORRECTIONAL MGMD H.C.-JTL REVIEW | 61.28 | 8.00 | 5.00 | 14.00 | 17.66% | 9.75% | 27.29% | 28.92 | 2.00 | 0.00 | 2.00 | 6.89% | 0.00% | 6.89% |
| 9160027 | TERRELL (ROSHARON) UNIT | 31.00 | 7.00 | 1.00 | 8.00 | 22.58% | 3.23% | 25.81% | 30.08 | 3.00 | 4.00 | 7.00 | 9.97% | 13.30% | 23.27% |
| 9160058 | TDCJ PRIVATE-DAWSON | 31.00 | 0.00 | 2.00 | 2.00 | 0.00% | 6.46% | 6.46% | 30.17 | 14.00 | 5.00 | 19.00 | 46.41% | 16.57% | 62.98% |
| 9160010 | ELLIS I UNIT | 32.00 | 4.00 | 1.00 | 5.00 | 12.50% | 3.13% | 15.63% | 30.25 | 11.00 | 2.00 | 13.00 | 36.36% | 6.61% | 42.98% |
| 9160008 | BYRD UNIT | 33.25 | 1.00 | 1.00 | 2.00 | 3.01% | 3.01% | 6.02% | 30.83 | 8.00 | 0.00 | 8.00 | 25.95% | 0.00% | 25.95% |
| 9163154 | EMS-DARRINGTON | 35.75 | 5.00 | 1.00 | 6.00 | 13.99% | 2.80% | 16.78% | 31.33 | 8.00 | 1.00 | 9.00 | 25.53% | 3.19% | 28.72% |
| 9160096 | DOMINGUEZ UNIT | 32.75 | 6.00 | 2.00 | 8.00 | 18.32% | 6.11% | 24.43% | 31.50 | 7.00 | 0.00 | 7.00 | 22.22% | 0.00% | 22.22% |
| 9160017 | RAMSEY UNIT | 33.17 | 13.00 | 1.00 | 14.00 | 39.20% | 3.02% | 42.21% | 31.58 | 7.00 | 0.00 | 7.00 | 22.16% | 0.00% | 22.16% |
| 9164046 | TRAVIS COUNTY UNIT | 31.83 | 2.00 | 0.00 | 2.00 | 6.28% | 0.00% | 6.28% | 32.33 | 2.00 | 0.00 | 2.00 | 6.19% | 0.00% | 6.19% |
| 9160097 | GIST UNIT | 33.08 | 7.00 | 1.00 | 8.00 | 21.16% | 3.02% | 24.18% | 33.50 | 10.00 | 0.00 | 10.00 | 29.85% | 0.00% | 29.85% |
| 9160099 | HUTCHINS STATE JAIL FACILITY | 32.83 | 4.00 | 3.00 | 7.00 | 12.18% | 9.14% | 21.32% | 34.08 | 7.00 | 1.00 | 8.00 | 20.54% | 2.93% | 23.47% |
| 9160007 | DARRINGTON UNIT | 33.00 | 11.00 | 1.00 | 12.00 | 33.33% | 3.03% | 36.36% | 34.17 | 7.00 | 2.00 | 9.00 | 20.49% | 5.85% | 26.34% |
| 9160092 | HOLLIDAY UNIT | 31.08 | 12.00 | 2.00 | 14.00 | 38.61% | 6.43% | 45.04% | 34.42 | 9.00 | 2.00 | 11.00 | 26.15% | 5.81% | 31.96% |
| 9160105 | MURRAY UNIT | 34.50 | 8.00 | 2.00 | 10.00 | 23.19% | 5.80% | 28.99% | 34.58 | 8.00 | 3.00 | 11.00 | 23.19% | 8.67% | 31.86% |
| 9160094 | GURNEY UNIT | 35.92 | 1.00 | 1.00 | 2.00 | 2.78% | 2.78% | 5.57% | 35.25 | 6.00 | 2.00 | 8.00 | 17.02% | 5.67% | 22.70% |
| 9160020 | WYNNE UNIT | 35.17 | 7.00 | 1.00 | 8.00 | 19.91% | 2.84% | 22.76% | 35.42 | 2.00 | 1.00 | 3.00 | 5.65% | 2.82% | 8.47% |
| 9160100 | LYCHNER UNIT | 40.00 | 8.00 | 4.00 | 12.00 | 20.00% | 10.00% | 30.00% | 40.83 | 7.00 | 1.00 | 8.00 | 17.14% | 2.45% | 19.59% |
| 9017000 | CORRECTIONAL MNGD H.C.-ADMINISTRATION | 70.70 | 3.60 | 3.00 | 6.60 | 5.09% | 4.24% | 9.34% | 41.42 | 2.00 | 2.00 | 4.00 | 4.83% | 4.83% | 9.66% |
| 9160040 | LEWIS UNIT | 44.00 | 10.00 | 1.00 | 11.00 | 22.73% | 2.27% | 25.00% | 41.58 | 5.00 | 0.00 | 5.00 | 12.02% | 0.00% | 12.02% |
| 9160101 | PLANE UNIT | 47.73 | 17.00 | 4.00 | 21.00 | 35.61% | 8.38% | 43.99% | 44.75 | 11.00 | 4.00 | 15.00 | 24.58% | 8.94% | 33.52% |
| 9160030 | JESTER III UNIT | 48.92 | 7.00 | 2.00 | 9.00 | 14.92% | 4.26% | 19.18% | 49.42 | 8.00 | 0.00 | 8.00 | 16.19% | 0.00% | 16.19% |
| 9160048 | MCCONNELL UNIT | 48.25 | 11.00 | 3.00 | 14.00 | 22.80% | 6.22% | 29.02% | 50.04 | 7.00 | 1.00 | 8.00 | 13.99% | 2.00% | 15.99% |
| 9160054 | COFFIELD UNIT | 53.23 | 8.00 | 1.00 | 9.00 | 15.03% | 1.88% | 16.91% | 54.12 | 8.00 | 2.00 | 10.00 | 14.78% | 3.70% | 18.48% |
| 9160067 | POLUNSKY UNIT | 62.87 | 17.00 | 6.50 | 23.50 | 27.04% | 10.34% | 37.38% | 55.50 | 9.00 | 4.00 | 13.00 | 16.22% | 7.21% | 23.42% |
| 9160038 | TELFORD UNIT | 56.92 | 5.60 | 4.00 | 9.60 | 9.84% | 7.03% | 16.87% | 56.52 | 11.00 | 2.00 | 13.00 | 19.46% | 3.54% | 23.00% |
| 9160068 | MICHAEL UNIT | 57.67 | 10.00 | 1.00 | 11.00 | 17.34% | 1.73% | 19.08% | 57.76 | 8.00 | 2.00 | 10.00 | 10.39% | 3.46% | 13.85% |
| 9160042 | CONNALLY UNIT | 60.42 | 10.00 | 1.00 | 11.00 | 16.55% | 1.66% | 18.21% | 58.25 | 12.00 | 1.00 | 13.00 | 20.60% | 1.72% | 22.32% |
| 9160099 | HUGHES UNIT | 62.42 | 16.00 | 3.00 | 19.00 | 25.63% | 4.81% | 30.44% | 60.58 | 22.00 | 3.00 | 25.00 | 36.31% | 4.95% | 41.27% |
| 9160091 | CENTRAL MEDICAL ADMINISTRATION | 66.00 | 6.00 | 2.00 | 8.00 | 9.09% | 3.03% | 12.12% | 61.98 | 3.00 | 1.00 | 4.00 | 4.84% | 1.61% | 6.45% |
| 9160061 | GARZA UNIT (CHASE FIELD) | 66.50 | 4.00 | 3.00 | 7.00 | 6.02% | 4.51% | 10.53% | 62.25 | 14.00 | 2.00 | 16.00 | 22.49% | 3.21% | 25.70% |

Page 2 of 3

FISHER-100433

Correctional Managed Care
Turnover Report
FY 05 and 06

| OrgID | OrgName | FTE Count | FY 2005 Separations Vol | FY 2005 Separations Invol | FY 2005 Separations Total | Turnover Vol | Turnover Invol | Turnover Total | FTE Count | FY 2006 Separations Vol | FY 2006 Separations Invol | FY 2006 Separations Total | Turnover Vol | Turnover Invol | Turnover Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8210194 | TYC-MC FADDEN RANCH | 2.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 0.58 | 2.00 | 0.00 | 2.00 | 342.86% | 0.00% | 342.86% |
| 9160065 | KEGAN UNIT | 2.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 2.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017007 | HR CMC GATESVILLE | 0.16 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 3.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017008 | HR CMC BEEVILLE | 0.25 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 3.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017210 | FEDERAL PRISON - SECURITY GUARDS | 3.17 | 1.00 | 1.00 | 2.00 | 31.58% | 31.58% | 63.16% | 3.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017001 | HR CMC | 6.33 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 3.75 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017006 | HR CMC HUNTSVILLE | 0.33 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 3.92 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9161004 | SOUTHERN REGION ADMINISTRATION | 8.50 | 2.00 | 0.00 | 2.00 | 23.53% | 0.00% | 23.53% | 4.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017009 | HR CMC SUGARLAND | 0.33 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 4.67 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9017005 | HR CMC PALESTINE | 0.33 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 4.83 | 1.00 | 0.00 | 1.00 | 20.69% | 0.00% | 20.69% |
| 9160015 | VANCE UNIT | 6.42 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 4.83 | 1.00 | 0.00 | 1.00 | 20.69% | 0.00% | 20.69% |
| 9160085 | NEY UNIT | 6.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 5.33 | 3.00 | 0.00 | 3.00 | 56.25% | 0.00% | 56.25% |
| 9160083 | HENLEY UNIT | 6.33 | 3.00 | 0.00 | 3.00 | 47.37% | 0.00% | 47.37% | 5.83 | 2.00 | 0.00 | 2.00 | 34.29% | 0.00% | 34.29% |
| 9160061 | COTULLA | 5.50 | 1.00 | 0.00 | 1.00 | 18.18% | 0.00% | 18.18% | 5.83 | 1.00 | 0.00 | 1.00 | 17.14% | 0.00% | 17.14% |
| 9160086 | GLOSSBRENNER UNIT | 3.50 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 6.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9160021 | ELLIS COUNTY JAIL | 2.50 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 6.12 | 2.00 | 1.00 | 3.00 | 32.65% | 16.33% | 48.98% |
| 9160086 | GOODMAN UNIT | 6.76 | 2.00 | 0.00 | 2.00 | 29.63% | 0.00% | 29.63% | 6.42 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9160063 | DUNCAN UNIT | 7.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 6.67 | 1.00 | 0.00 | 1.00 | 15.00% | 0.00% | 15.00% |
| 9210030 | TYC-AL PRICE JUVENILE CORRECTIONAL FAC | 11.75 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 8.17 | 0.00 | 3.00 | 3.00 | 0.00% | 36.73% | 36.73% |
| 8210080 | TYC-EVINS REGIONAL JUVENILE CTR | 9.17 | 3.00 | 0.00 | 3.00 | 32.73% | 0.00% | 32.73% | 8.50 | 3.00 | 3.00 | 6.00 | 35.29% | 35.29% | 70.59% |
| 9162604 | EMS-CENTRAL ADMINISTRATION | 9.83 | 1.00 | 1.00 | 2.00 | 10.17% | 10.17% | 20.34% | 8.67 | 2.00 | 2.00 | 4.00 | 23.08% | 23.08% | 46.15% |
| 9160043 | CLEVELAND CORRECTIONAL CENTER | 7.67 | 3.00 | 0.00 | 3.00 | 39.13% | 0.00% | 39.13% | 8.75 | 1.00 | 0.00 | 1.00 | 11.43% | 0.00% | 11.43% |
| 9160014 | JESTER I UNIT | 10.92 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 9.00 | 3.00 | 1.00 | 4.00 | 33.33% | 11.11% | 44.44% |
| 9160064 | BRIDGEPORT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 9.12 | 2.50 | 2.00 | 4.50 | 27.40% | 21.92% | 49.32% |
| 9160056 | TDCJ PRIVATE-B.MOORE UNIT | 8.17 | 1.00 | 2.00 | 3.00 | 12.24% | 24.49% | 36.73% | 9.58 | 1.00 | 0.00 | 1.00 | 10.43% | 0.00% | 10.43% |
| 9160069 | JOHNSTON UNIT | 9.13 | 2.00 | 0.00 | 2.00 | 21.90% | 0.00% | 21.90% | 9.80 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9210080 | TYC-GAINESVILLE STATE SCHOOL | 10.42 | 2.00 | 0.00 | 2.00 | 19.20% | 0.00% | 19.20% | 9.83 | 5.00 | 2.00 | 7.00 | 50.85% | 20.34% | 71.19% |
| 9160057 | TDCJ PRIVATE-DIBOLL | 9.58 | 1.00 | 1.00 | 2.00 | 10.43% | 10.43% | 20.87% | 10.33 | 1.00 | 1.00 | 2.00 | 9.68% | 9.68% | 19.35% |
| 9160084 | HALBERT UNIT | 11.17 | 4.00 | 1.00 | 5.00 | 35.82% | 8.96% | 44.78% | 10.68 | 3.00 | 1.00 | 4.00 | 28.35% | 9.46% | 37.80% |
| 9210100 | TYC-SAN SABA STATE SCHOOL | 10.83 | 1.00 | 0.00 | 1.00 | 9.23% | 0.00% | 9.23% | 10.83 | 3.00 | 0.00 | 3.00 | 27.69% | 0.00% | 27.69% |
| 9160023 | KYLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% | 10.82 | 1.00 | 0.00 | 1.00 | 9.18% | 0.00% | 9.18% |
| 9160004 | CENTRAL UNIT | 14.50 | 2.00 | 0.00 | 2.00 | 13.79% | 0.00% | 13.79% | 11.42 | 2.00 | 1.00 | 3.00 | 17.52% | 8.76% | 26.28% |
| 9161204 | EMS-COFFIELD | 12.92 | 8.00 | 1.00 | 9.00 | 61.94% | 7.74% | 69.66% | 11.42 | 4.00 | 1.00 | 5.00 | 35.04% | 8.76% | 43.80% |
| 9210070 | TYC-GIDDINGS STATE SCHOOL | 11.67 | 2.00 | 2.00 | 4.00 | 17.14% | 17.14% | 34.29% | 11.82 | 2.00 | 0.00 | 2.00 | 16.78% | 0.00% | 16.78% |
| 9160103 | LOPEZ UNIT | 13.04 | 3.00 | 0.00 | 3.00 | 23.00% | 0.00% | 23.00% | 12.67 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9160025 | WILLACY STATE JAIL | 13.03 | 4.90 | 0.00 | 4.90 | 37.60% | 0.00% | 37.60% | 13.35 | 3.00 | 2.00 | 5.00 | 22.46% | 14.98% | 37.44% |
| 9210040 | TYC-CORSICANA STATE HOME | 13.25 | 4.00 | 5.00 | 9.00 | 30.19% | 37.74% | 67.92% | 13.42 | 5.00 | 3.00 | 8.00 | 37.27% | 22.36% | 59.63% |
| 9160003 | BRAZORIA COUNTY JAIL | 11.42 | 0.00 | 1.00 | 1.00 | 0.00% | 8.76% | 8.76% | 14.25 | 2.00 | 0.00 | 2.00 | 14.04% | 0.00% | 14.04% |
| 9160037 | ESTES CORRECTIONAL CENTER | 13.58 | 7.00 | 1.00 | 8.00 | 51.55% | 7.36% | 58.90% | 14.67 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00% | 0.00% |
| 9160055 | TORRES UNIT | 13.58 | 4.00 | 0.00 | 4.00 | 29.45% | 0.00% | 29.45% | 14.75 | 1.00 | 0.00 | 1.00 | 6.78% | 0.00% | 6.78% |
| 9210050 | TYC-CROCKETT STATE SCHOOL | 14.58 | 1.00 | 0.00 | 1.00 | 6.86% | 0.00% | 6.86% | 14.83 | 1.00 | 0.00 | 1.00 | 6.74% | 0.00% | 6.74% |
| 9210020 | TYC-MARLIN RECEPTION CENTER | 15.42 | 1.00 | 1.00 | 2.00 | 6.49% | 6.49% | 12.97% | 15.00 | 2.00 | 1.00 | 3.00 | 13.33% | 6.67% | 20.00% |
| 9160046 | HAMILTON | 17.28 | 2.00 | 0.00 | 2.00 | 11.57% | 0.00% | 11.57% | 15.18 | 3.00 | 0.00 | 3.00 | 19.76% | 0.00% | 19.76% |
| 9210095 | TYC-MCLENNAN STATE JUVENILE FACILITY | 13.17 | 5.00 | 2.00 | 7.00 | 37.97% | 15.19% | 53.16% | 15.58 | 6.00 | 0.00 | 6.00 | 38.50% | 0.00% | 38.50% |
| 9160038 | BARTLETT STATE JAIL | 15.58 | 4.00 | 0.00 | 4.00 | 25.67% | 0.00% | 25.67% | 15.75 | 3.00 | 1.00 | 4.00 | 19.05% | 6.35% | 25.40% |
| 9160032 | LINDSEY STATE JAIL | 16.10 | 4.00 | 4.00 | 8.00 | 24.84% | 24.84% | 49.68% | 15.97 | 5.00 | 0.00 | 5.00 | 31.32% | 6.26% | 37.58% |
| 9160052 | BRISCOE UNIT | 15.08 | 5.00 | 0.00 | 5.00 | 33.15% | 0.00% | 33.15% | 16.00 | 0.00 | 1.00 | 1.00 | 0.00% | 6.25% | 6.25% |
| 9160041 | HIGHTOWER UNIT | 17.07 | 5.00 | 0.00 | 5.00 | 29.30% | 0.00% | 29.30% | 16.27 | 4.80 | 2.00 | 6.80 | 29.51% | 12.30% | 41.80% |
| 9160035 | LOCKHART PRE RELEASE CENTER | 16.17 | 1.50 | 0.00 | 1.50 | 9.28% | 0.00% | 9.28% | 16.33 | 2.00 | 0.00 | 2.00 | 12.24% | 0.00% | 12.24% |
| 9160091 | HILLTOP UNIT | 19.42 | 1.00 | 0.00 | 1.00 | 5.15% | 0.00% | 5.15% | 16.58 | 4.00 | 0.00 | 4.00 | 24.12% | 0.00% | 24.12% |
| 9160078 | LE BLANC UNIT | 16.25 | 5.00 | 1.00 | 6.00 | 30.77% | 6.15% | 36.92% | 17.83 | 2.00 | 0.00 | 2.00 | 11.21% | 0.00% | 11.21% |

Page 1 of 3

Correctional Managed Care
Turnover Report
FY 05 and 06

| OrgID | OrgName | FY 2005 | | | | | | | FY 2006 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FTE Count | Separations | | | Turnover | | | FTE Count | Separations | | | Turnover | | |
| | | | Vol | Invol | Total | Vol | Invol | Total | | Vol | Invol | Total | Vol | Invol | Total |
| 9160022 | BETO I UNIT | 73.75 | 10.00 | 3.00 | 13.00 | 13.56% | 4.07% | 17.63% | 71.22 | 4.00 | 5.00 | 9.00 | 5.62% | 7.02% | 12.64% |
| 9160024 | GATESVILLE UNIT | 73.92 | 13.00 | 1.00 | 14.00 | 17.59% | 1.35% | 18.94% | 73.17 | 15.00 | 1.00 | 16.00 | 20.50% | 1.37% | 21.87% |
| 9160049 | STILES UNIT | 78.17 | 9.00 | 6.00 | 15.00 | 11.37% | 7.58% | 18.95% | 76.00 | 11.00 | 1.00 | 12.00 | 14.47% | 1.32% | 15.79% |
| 9160096 | SRMF/YOUNG MEDICAL FACILITY | 80.55 | 9.00 | 4.80 | 13.80 | 11.17% | 5.96% | 17.13% | 80.38 | 13.50 | 1.00 | 14.50 | 16.79% | 1.24% | 18.04% |
| 9160033 | JESTER IV UNIT | 89.00 | 16.00 | 1.00 | 17.00 | 18.18% | 1.01% | 17.17% | 95.58 | 12.00 | 1.00 | 13.00 | 12.55% | 1.05% | 13.60% |
| 9160002 | CENTRAL PHARMACY | 91.30 | 9.00 | 1.00 | 10.00 | 9.86% | 1.10% | 10.95% | 98.33 | 9.00 | 4.00 | 13.00 | 9.15% | 4.07% | 13.22% |
| 9160034 | SKYVIEW UNIT | 106.78 | 23.76 | 6.00 | 29.76 | 22.24% | 5.62% | 27.86% | 106.65 | 14.50 | 7.00 | 21.50 | 13.60% | 6.56% | 20.16% |
| 9017200 | FEDERAL PRISON – BEAUMONT | 116.17 | 16.00 | 4.00 | 20.00 | 13.77% | 3.44% | 17.22% | 114.92 | 22.00 | 1.00 | 23.00 | 19.14% | 0.87% | 20.01% |
| 9180001 | CRMF/ESTELLE UNIT | 188.42 | 44.00 | 7.00 | 51.00 | 22.40% | 3.56% | 25.97% | 186.83 | 40.00 | 12.00 | 52.00 | 21.41% | 6.42% | 27.83% |
| | Total CMC Turnover | 3234.55 | 585.85 | 142.30 | 708.15 | 17.49% | 4.40% | 21.89% | 3152.78 | 544.60 | 131.00 | 675.60 | 17.27% | 4.16% | 21.43% |

FISHER-100434