# Plaintiff Jackie Fisher's

# Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 34

April 24, 2006

To: Sandy Rader
HV Cluster HR Administrator
Huntsville, Tx. 77340

Ref: Grievances/Time Lines

Per UTMB Grievance Policy 3.10.3, if an employee elects to proceed with a written grievance, the written grievance must be submitted by the employee, within five working days to the appropriate department head or administrative equivalent.

A written decision, from the appropriate department head or administrative equivalent, will be mailed to the employee within five working days of receipt of the grievance.

The time lines set forth in the grievance procedure must be adhered to by both the employee and the appropriate supervisory and administrative personnel unless extended for good causes by the OEO&D Director. A request for an extension of time for a response may be made by either party to the OEO&D. The OEO&D will obtain mutual agreement to the extension of time and will prepare an agreement form, stating the date of the new time limit.

In light of Ms. Gotcher's leave during the week of April 10 thru April 14, 2006, there was no request for a time line extension made through your office that I'm aware of.

Ms. Gotcher returned on April 17, 2006. Since her return, it has been an additional six working days and as of today, April 24, 2006; I have not received a written decision for either grievance, dated April 10, 2006 or April 11, 2006.

The failure of a supervisory or administrative personnel to respond in a timely manner shall constitute authorization for the employee to process the grievance to the next level.

For failure to respond in a timely manner, I'm requesting that both grievances, dated April 10, 2006 and April 11, 2006 be forwarded to the Step II respondent.

Sincerely,

Jacklyn Fisher

Jacklyn Fisher, RN

FISHER-100211

RECEIVED
APR 2 4 2006