# Plaintiff
# Jackie Fisher's

## Response in Opposition
## to Defendants'

# Motion for

# Summary

# Judgment

# EXHIBIT

# 35



**The University of Texas Medical Branch**

David Watson, RN, BSN
District Nurse Manager
Huntsville District
UTMB Correctional Managed Care
Estelle Regional Medical Facility
264 FM-3478
Huntsville, Texas 77320-3322

April 24, 2006

**TO:**     Ann Darby, RN, Estelle Regional Medical Facility

**FROM:**   David Watson, Huntsville District Nurse Manager

**RE:**     Grievance

Pursuant to the grievance you filed with Human Resources, I undertook an investigation of same. Following the investigation I feel that evidence supports your allegations. Therefore I am sustaining your grievance. Actions to correct the problem are in progress.

Thank you for bringing this situation to my attention. I appreciate the extension in dealing with this matter that you so graciously granted me.

**CC:**   Sandy Rader, District HR Administrator
         G. P. Melton, Northern Division HR Administrator

Fisher-200198