# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 36

## SARAH BENAVIDES

144 I 45 North #1320
Huntsville, TX 77320
936-577-8130
936-291-2242

April 11, 2006

To Whom It May Concern,

This letter is in response to an event said to have occurred in 2004 "during cold and flu season" regarding inmates who were supposedly refused treatment, at which time I was present. Ms. Jackie Fisher registered all of the sick calls, and I saw 99% of the patients and the other nurse saw approximately 1% (she was continuing to run the other daily activities of the clinic). At no time did Ms. Fisher dismiss any patients without being seen by myself or the provider, unless it was at the patient's request. I recollect this event because I was frustrated that the system was setup that all patients would have to be seen at one time, instead of staggering appointments.

Sincerely,

*Sarah Benavides RN, BSN*

Sarah Y. Benavides, RN, BSN