# Plaintiff Jackie Fisher's

# Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 38



Kim Roddey
Nurse Manager
Wynne Facility
UTMB Correctional Managed Care

FM 2821
Huntsville, Texas 77340
936/291-5239

*Here For The Health of Texas*

### WYNNE UNIT NURSING STAFF MEETING
### August 2005

1. Pharmacy Audit for Wynne on 8/15/05 results, and corrective action plan.
2. Nursing Diagnosis no longer required now. (SOP now)
3. Sterilization Policy is being added to the WEB.
4. EMR Summary is only to be sent if the clinic is in operation, not after hours.
5. DEPD has a new director – John Allen
6. PIE has to be completed within 90 days on newly hired LVN's
7. Drixoral/Sudafed update. MD Julye's plan for August and September.
8. Signing all count sheets. Nurses are responsible for sterilization, ER sheets, Needle and Syringe, and on occasion Narcotic Count in the Pharmacy. (only if one PCA is working, and only to cosign)
9. PCAs are responsible for Narcotic count everyday.
10. PCAs are required to check expiration dates on all meds, including ER, Nurses Station, Narcotics in Managers office, and Pharmacy.
11. Nursing Staff Shortage at Holliday, and helping out where needed.
12. Submitting leave requests before the 15th of each month.
13. New physician on staff MD Austin.
14. Mr. Nagel to return to Wynne on 9/6/05, and Ms. Isbell will be going to Ferguson.
15. Ms. O'Bryant new CMA, she is to be mainly assigned to CID. For her 1st couple months she will be primarily CID, and then she will be trained for DMS.
16. New CCAs to the unit are Ms. Dawson and Ms. Dowdy.
17. Wynne has been set to go through ACA in 2007. So, we need to start getting ready now, to prevent a huge workload later.
18. Professionalism in regards to charting. Make sure you are using terminology that is medically appropriate, no slang terms should be used unless you are quoting the patient. (SHOW VIDEO)
19. When responding to an emergency involving security or offenders, make sure you take all appropriate measures necessary to ensure safety and maintain licensure. Lunsford vs. Texas (BNE)
20. It has been approved to stay over when security has a use of force in order to maintain a positive relationship with security.
21. Self Scheduling – Including both Pharmacy and Clinic, there will be some criteria to follow, but will start in October. You will still send leave requests through myself, and blank schedules with your days requested off will be marked. But, it will be your responsibility to make sure that the unit is covered, no overtime can be used to make sure the unit is covered.
22. Job Abandonment – You must not leave your area until there is ample coverage. Meaning that you must notify your coworker and wait until someone is there to cover you. Do not leave your area without any coverage.
23. Sexual Assault Nurse – Charma Blount: Work – 437-3568, Cell – 661-8121
24. New Sharp Instrument Count Sheet
25. New Assignment Sheet
26. New Pharmacy located by A hall – old mechanical room. Awaiting Forvus and EMR lines.

FISHER-100166

27. Dating injectable medicines when newly opened
28. Teamwork and Morale
29. Changes in medications regarding formulary and nonformulary (see attachment)
30. Please do not create reminders on weekends anymore. Causes too much confusion.
31. DMS – there will be times when each and every one of us will have to do DMS, especially cardio. If you have any questions, let me know.
32. Instructions on how to pull up A3 Rounds off of Forvus.
33. MD Julye new schedule FYI.
34. UTMB has implemented zero tolerance for poor attitudes, which will start at the top with management and trickle down.
35. Always notify Ms Roddey and Mr. Chavers as soon as you find out about any offender deaths.
36. Discussion of one policy, as a refresher for all of us.
37. Open Discussion

38. Make sure when leaving the unit (lunch, end of shift) that you report off to the oncoming RN or any RN & make sure they are aware (completely) of what is going on with the patient.



FISHER-100167

# ATTENDANCE ROSTER
# NURSING MEETING
# AUGUST 29, 2005

| NAME | SIGNATURE | DATE |
|---|---|---|
| BENAVIDES | S. Benavides | |
| ASHBY | L.O.A. | |
| HENRY | K Henry | |
| JENKINS | were did not sign | |
| WINFREY | M. Winfrey | |
| PATTERSON | SM Patterson | |
| MCLAUGHLIN | JM Laughlin | |
| AUSTIN | [signature] | |
| COOPER | | |
| MOFFETT | J Moffett | |
| DEGELIA | C Degelia | |
| HAGAN | Hagen | |
| PANDYA | MH Pandya | |
| CALDERON | O. Calderon | |
| HUGHES | S. Hughes | |
| O'BRYANT | C. O'Bryant | |
| WALKER | [signature] | |

FISHER-100168



**UTMB**
The University of Texas Medical Branch
*Here For The Health of Texas*

Kim Roddey
Nurse Manager
Wynne Facility
UTMB Correctional Managed Care

FM 2821
Huntsville, Texas 77340
936/291-5239

## WYNNE UNIT NURSES MEETING
## JUNE 10, 2006

1. PLEASE MAKE SURE THAT IF YOU ACCRUE OVERTIME THAT YOU LEAVE EARLY OR ARRIVE LATE TO WORK SOMETIME BEFORE FRIDAY OF THAT SAME WEEK. MAKE SURE YOU LET YOUR CO-WORKERS KNOW, SO THAT YOU CAN BE ACCOUNTED FOR. IF FOR ANY REASON YOU DON'T SEE A WAY OF TAKING IT OFF, LET MS RODDEY KNOW SO ARRANGEMENTS CAN BE MADE..
2. MAKE SURE YOU FILL OUT YOUR TIME SHEET COMPLETELY AND ACCURATELY. FILL IT OUT ON A DAILY BASIS. IF IT IS NOT FILLED OUT COMPLETELY, YOU MAY NOT BE PAID IN A TIMELY FASHION. ALSO, IF YOU ARE TO BE HERE AT 4:30 AM YOU MUST SIGN IN AT THAT TIME ON YOUR TIME SHEET, AND START WORK AT THAT TIME. PLEASE DO NOT SIGN IN EARLY.
3. ALL CHAIN INS SHOULD BE REGISTERED AS CHAIN IN AND DISCHARGED AS PT SEEN RETURN TO CELL. THESE CHAIN INS ARE TO BE DONE ON EMR NOT PAPER.
4. CONTINUE TO CLEAN/ORGANIZE AND LABEL IN ORDER TO GET READY FOR ACA, WE ARE SCHEDULED FOR OCT. 2007, BUT COULD POSSIBLY BE SOONER.
5. MAKE SURE THE ER SHEETS ARE COMPLETELY FILLED OUT. HAVE ANOTHER NURSE REVIEW THE SHEET TO MAKE SURE IT IS FILLED OUT COMPLETELY.
6. BEFORE ASKING FOR PERMISSION TO COMBINE ANY PILL LINES (TC OR BUILDING) YOU MUST CALL MS RODDEY FOR APPROVAL. THEN AT THAT POINT YOU HAVE TO GET WRITTEN APPROVAL FROM THE CPT. SEVERAL GRIEVANCES HAVE BEEN SUSTAINED BECAUSE OF THIS.
7. THE REFRIGERATOR LOG AT THE TRUSTY CAMP, NURSES STATION AND PHARMACY MUST BE DOCUMENTED EVERY DAY.
8. THE RN's MUST TURN IN THEIR AFTER HOURS CALL LOG THE DAY AFTER THEIR WEEK ENDS IN ORDER TO BE PAID FOR THOSE CALLS.
9. WHEN A CHART IS CHAINED IN FROM A 911 TRANSFER, HE MUST BE SEEN BY A PROVIDER THE SAME DAY AS THEY RETURN TO THE UNIT.
10. ALSO MAKE SURE YOU ARE CHECKING THE EMR REMINDER NOTES AND MSRS SCREEN FOR ANY FOLLOW-UPS, TREATMENTS, ETC WHEN DOING CHAIN INS.
11. FOR CALL-INS, YOU NEED TO NOTIFY THE UNIT AND ALSO THE RN ON CALL IF IT IS AFTER CLINIC HOURS. DURING CLINIC HOURS YOU CAN CALL MS RODDEY AT NF/WY/DU.
12. BE SURE TO DOCUMENT THE NAME OF THE INTERPRETER IF THE PATIENT IS SPANISH SPEAKING. WE ARE NOT DOCUMENTING THIS APPROPRIATELY, AND AUDIT SCORES ARE TERRIBLE.
13. WHEN RECEIVING A CALL REGARDING AN OFFENDER THAT SECURITY IS WANTING TO SEND TO THE INFIRMARY, MAKE SURE YOU DOCUMENT IT IN THE WALK IN BOOK. THIS WILL HELP US TO KEEP A RUNNING LOG AND PREVENT AS MUCH MISCOMMUNICATION AS POSSIBLE.
14. DO NOT ACCEPT ANY SECURITY TO SECURITY CALL IN's REGARDING OFFENDERS, SECURITY MUST SPEAK WITH A NURSE IN ORDER FOR AN OFFENDER TO BE EVALUATED.
15. REMEMBER TO HAVE ALL LEAVE REQUESTS TURNED IN BY THE 20TH OF THE MONTH FOR

FISHER-100170

NEW MONTH'S SCHEDULE. IF YOU ASK FOR A DAY OFF AFTER THE SCHEDULE IS POSTED, YOU MAY HAVE TO FIND COVERAGE IF STAFFING IS TOO LOW ON THAT DAY.
16. EMERGENCY PREPAREDNESS FORMS.
17. ACCU-CHECK QUALITY CONTROL LOG DOCUMENTATION.
18. PLEASE COMPLETE THE INSERVICE BIOHAZARDOUS WASTE ON THE CLP
19. PLEASE DO NOT FORGET TO REMOVE YOUR REMINDERS AFTER COMPLETING TREATMENTS/BP CHECKS/EKG
20. STANDING DELEGATION ORDERS. NURSING P&P D. 27.5. CHEST PAIN PROTOCOL RECENTLY ADDED, PLEASE MAKE YOURSELF FAMILIAR WITH IT.
21. MONTHLY SAFETY TRAINING NOW TO BE DONE ON CLP. ACA REQUIRES 40 HR/YR
22. ALWAYS DO A FULL ASSESSMENT WHEN RESPONDING TO EMERGENCY. UNLESS THE PT CAN BE PROVED TO BE A/O X 3, PUPILS RESPONSIVE, GAIT STEADY ETC ETC DO YOU LEAVE HIM IN HIS CELL FOLLOWING A SEIZURE REPORT. PROTECT YOUR LICENSE!
23. DON'T FORGET CALL-INS ON A HOLIDAY OR WEEKENDS NEED TO HAVE A DOCTORS NOTE TO BE TURNED IN THE DAY THE EMPLOYEE RETURNS TO WORK.
24. FOR ALL NO-SHOWS, A NO SHOW EMAIL MUST BE SENT IN ORDER FOR CCA TO KNOW IF SHE IS TO RESCHEDULE THE APPT OR NOT. THIS ALSO SERVES AS DOCUMENTATION IN THE CHART TO EXPLAIN TO AUDITORS WHY THEY WEREN'T SEEN THAT DAY.
25. ALL FINGERSTICKS MUST BE DOCUMENTED IN THE EMR AND CONNECTED TO AN ORDER.
26. RN'S PLEASE MAKE SURE YOU CALL UR IF YOU'RE NOTIFIED OF AN AFTERHOURS 911 CALL BY SECURITY
27. DISCUSSION ON CLIPPER SHAVE CLINIC
28. WHEN TRIAGING SCR YOU MUST SIGN (LEGIBLY) AND DATE/TIME THE REQUEST. THE STAMP DATE DOESN'T QUALIFY.
29. DISCUSSION ON SUICIDAL PATIENTS
30. ALL IV'S ARE TO BE STARTED WITH A HEP-LOCK PER POLICY
31. CHARTING OF INTERFERON INJECTIONS IS EXTREMELY IMPORTANT. THIS MED COULD BE DC'D IF COMPUTER DOESN'T SHOW 90% COMPLIANCE.
32. IF YOU USE ANYTHING FROM THE CRASH CART, PLEASE EMAIL OR WRITE A NOTE FOR MS JENKINS SO SHE CAN HAVE IT REPLACED IMMEDIATELY.
33. DUE TO THE STAFFING SITUATION AT THIS TIME, I NEED EVERYONE TO BE TEAM PLAYERS AND BE FLEXIBLE WITH YOUR SCHEDULING. HOPEFULLY WE WILL SEE SOME RELIEF IN THE COMING WEEKS.
34. ASHCRAFT LVN WILL BE TRANSFERRING FROM POLUNSKY ON JUNE 20.
35. HYFRECATOR NEEDLES HAVE BEEN ADDED TO THE SHARPS COUNT (ACA) AND SHOULD BE COUNTED EVERY SHIFT.
36. REVIEW OF ACCESS TO CARE GUIDELINES: WE HAVE 48 HOURS SUNDAY THRU THURSDAY TO SEE SICK CALL AND 72 HOURS FRIDAY THRU SATURDAY. IT DOESN'T MATTER IF A HOLIDAY FALLS ON THESE DAYS, THE TIME FRAME IS STILL ALWAYS THE SAME.
37. EMPLOYEE RESPONSIBLE FOR PRINTING THEIR LEAVE REQUEST AFTER I SIGN AND APPROVE IT AND PUT IT IN THE TIME BOOK.
38.



**UTMB**
The University of Texas Medical Branch

Kim Roddey
Nurse Manager
Wynne Facility
UTMB Correctional Managed Care

FM 2821
Huntsville, Texas 77340
936/291-5239

**WYNNE UNIT NURSES MEETING**
**February 07, 2006**

*Here For The Health of Texas*

1. PLEASE MAKE SURE THAT IF YOU ACCRUE OVERTIME THAT YOU LEAVE EARLY OR ARRIVE LATE TO WORK SOMETIME DURING THE SAME WEEK. MAKE SURE YOU LET YOUR SUPERVISOR KNOW, SO THAT YOU CAN BE ACCOUNTED FOR.
2. MAKE SURE YOU FILL OUT YOUR TIME SHEET COMPLETELY AND ACCURATELY. FILL IT OUT ON A DAILY BASIS. IF IT IS NOT FILLED OUT COMPLETELY, YOU MAY NOT BE PAID IN A TIMELY FASHION. ALSO, IF YOU ARE TO BE HERE AT 4:30 AM YOU MUST SIGN IN AT THAT TIME ON YOUR TIME SHEET, AND START WORK AT THAT TIME. PLEASE DO NOT SIGN IN EARLY.
3. AS OF RIGHT NOW THERE ARE NO MORE TROPONIN TESTS TO BE DONE.
4. CONTINUE TO CLEAN AND LABEL IN ORDER TO GET READY FOR ACA, WE ARE SCHEDULED FOR OCT. 2007, BUT COULD POSSIBLY BE SOONER.
5. MAKE SURE THE ER SHEETS ARE COMPLETELY FILLED OUT. HAVE ANOTHER NURSE REVIEW THE SHEET TO MAKE SURE IT IS FILLED OUT COMPLETELY.
6. CRASH CART AND JUMP-BAG CHECKLISTS NEED TO BE DONE WEEKLY.
7. THE REFRIGERATOR LOG AT THE TRUSTY CAMP NEEDS TO BE DOCUMENTED EVERY DAY.
8. THE RN's MUST TURN IN THEIR AFTER HOURS CALL LOG THE DAY AFTER THEIR WEEK ENDS IN ORDER TO BE PAID FOR THOSE CALLS.
9. WHEN A CHART IS CHAINED IN FROM A 911 TRANSFER, HE MUST BE SEEN BY A PROVIDER THE SAME DAY AS THEY RETURN TO THE UNIT.
10. ALSO MAKE SURE YOU ARE CHECKING THE EMR REMINDER NOTES AND MSRS SCREEN FOR ANY FOLLOW-UPS, TREATMENTS, ETC.
11. FOR CALL-INS, YOU NEED TO NOTIFY THE UNIT AND ALSO THE RN ON CALL IF IT IS AFTER CLINIC HOURS. DURING CLINIC HOURS YOU CAN CALL MS RODDEY AT NF/WY/DU.
12. BE SURE TO DOCUMENT THE NAME OF THE INTERPRETER IF THE PATIENT IS SPANISH SPEAKING. WE ARE NOT DOCUMENTING THIS APPROPRIATELY, AND AUDIT SCORES ARE TERRIBLE.
13. WHEN RECEIVING A CALL REGARDING AN OFFENDER THAT SECURITY IS WANTING TO SEND TO THE INFIRMARY, MAKE SURE YOU DOCUMENT IT IN THE WALK IN BOOK. THIS WILL HELP US TO KEEP A RUNNING LOG AND PREVENT AS MUCH MISCOMMUNICATION AS POSSIBLE.
14. DO NOT ACCEPT ANY SECURITY TO SECURITY CALL IN's REGARDING OFFENDERS, SECURITY MUST SPEAK WITH A NURSE IN ORDER FOR AN OFFENDER TO BE EVALUATED.
15. REMEMBER TO HAVE ALL LEAVE REQUESTS TURNED IN BY THE 20TH OF THE MONTH FOR NEW MONTH'S SCHEDULE.
16. MS. RODRIGUEZ IS GETTING TOGETHER AN EMERGENCY BAG FOR LOCKDOWN PURPOSES ONLY. THIS WILL HELP US START THE LOCK DOWN PROCESS WITH LITTLE PROBLEMS.
17. TARDIES, PLEASE MAKE SURE YOU ARE ON TIME TO WORK PLACE. WHEN YOU ARE LATE YOU PUT A LOT OF PEOPLE BEHIND.
18. OFFENDER COPAYS, WE ARE GETTING A LOT OF COMPLAINTS. WHAT YOU NEED TO

FISHER-100169

Nurses Mtg   2/7/06 @ 10:45AM

Jovilla E Ashley LVN                D Benavides RN

Olga Aguilar CMA

Cathryn Bryant RMA

Krissy Henry, LVN

Judythe McLaughlin

Connie Argelia LVN

M Pardys PA

B Hughes RN

FISHER-100172



# PCA Meeting

Date: 5/30/06
Time: 10:00

Meeting called by: K. RODDEY, RN/CNM

1. Pharmacy Audit conducted May 9, 2006 findings:
   - Metric apothecary equivalent chart (will get a copy from Holliday unit)
   - 1 card policy needs to be written in Spanish.
   - Crash cart has too much in it.
   - Need lock box for Ativan
   - Check refrigerator each month for medication expirations
   - Bulk stock record sheet had a problem
   - Narcotic must be brought to Pharmacy before going to ER
   - Testosterone must be measured by milliliter
   - Better communication with nurses

2. Best way to contact Ms. Roddey is by Email.
3. Familiarize yourself with UTMB email.
4. There will be a PCA meeting every other month.
5. Check the manifest with the order that comes in.
6. If CCA enters meds incorrectly let Ms. Rodriguez know.
7. EMR training for Ms. Winfrey, Ms. Jenkins, & Ms. Fulton will be scheduled.
8. Do not give both doses at one pill window – give only one dose at a time at the pill window.
9. Grievance about Ribovarin. Make sure offender gets his Ribovarin.
10. Leave Request – If you have a leave request after the schedule is out put it in the time book after Ms. Roddey has signed it.
11. If call in sick on the weekend or holiday – must have a doctor's note.
12. Overtime – Weekdays: Make your own arrangements for time off – let your partner know.
13. If you have spare time during the weekdays call the clinic and ask if they need help.
14. Put all meds including KOP in alphabetical order and. All kop's and non-kop's must be stored together.
15. If two pill lines run together – send email to Ms. Roddey with the name of who approved it.


Problems mentioned by PCA's:
1. PCA's are not getting med passes for Ad Seg
2. Some orders are being backdated. (Ex. not to start on the 30th and put it in on the 25th.) Need to check with the clerks.
3. Duplicate orders – give list to Ms. Rodriguez.
4. Window at Trusty Camp is propped by stick. Needs repaired.
5. Order for 90 day Drixoral (Karim) can only have one blister pack. Darvocet (Dentist ordering); KOP? – Ibu, Bactrim and CTM; No order for HG
6. Need pill window times listed in Spanish & English

FISHER-100173