# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 43

# THE UNIVERSITY OF TEXAS MEDICAL BRANCH
## AT GALVESTON
## UTMB MANAGED CARE

GRIEVANCE ✓   APPEAL ____

TO: Human Resources
FROM: _Jackie Fisher_   _ANM_
(Employee Name/Complainant)   (Job Title)

_Medical – Wynne_
(Department and Facility)

The following grievance/appeal is submitted in accordance with The University of Texas Medical Branch Managed Care Discipline and Dismissal, Grievance or Appeal Policy:

**FOR GRIEVANCE ONLY**                       **FOR APPEAL ONLY**

Reason for Grievance (Include UTMB Managed Care Policy violated, if any):       Action being appealed:
_Discrimination_                              ____ Dismissed
                                              ____ Suspension without pay
                                              ____ Demotion

Date occurred: _9-1-06_       Date occurred: _____

Employee's Statement (Additional pages may be attached, if needed):
_See attached_

Desired Results:
_Review & action_

_Jackie Fisher_           _9-11-06_
Employee's Signature      Date

Return the completed form and supporting information to your local UTMB Managed Care Human Resources Office.

---

## FOR USE BY HUMAN RESOURCES ONLY

_____         Grievance No. _____
Human Resources Representative
                                 Appeal No. _____
MANAGEMENT CONTACT:

Verbal Presentation: _____
              Date                                    Resolution
Level 1  _____
         Date Rec'd    Date to Respondent    Due Date    Resolution
Level 2  _____
         Date Rec'd    Date to Respondent    Due Date    Resolution
Level 3  _____
         Date Rec'd    Date to Respondent    Due Date    Resolution

FISHER-100303

To: Sandy Rader, HV Human Resource Administrator
Re: Internal Grievance
Date: September 11, 2006

This internal grievance is filed against David Watson, Huntsville District Nurse Manager. I have been subjected to different terms and condition of employment than those of different gender (male) and race (Caucasian).

I (female, African American) was demoted from Cluster Nurse Manager in April 2006 by David Watson. His decision and action taken against me was an act of retaliation and racial discrimation as highlighted by specific facts. The decision was not deferred to the Estelle Management Team.

Mr. Cavan Brophy, (male, Caucasian) was demoted from Assistant Nurse Manager in September 2006. Mr. Watson deferred Mr. Brophy's level of disciplinary for decision making to the Ellis/Eastham Management Team. Inspite of Mr. Brophy's obvious continued failure to meet performance expectations, the decision/recommendation to demote Mr. Brophy was that of the Ellis/Eastham Medical Management Team. Why did the HV District Nurse Manager, (Mr. Watson) and/or the Northern Division Director of Nurses, (Ms. Gotcher) defer the decision? The last two demotions of African Americans were not deferred to the management teams.

In comparison, Mr. Watson has shown preferential treatment, he did not allow or provide the Estelle Management Team an opportunity to provide a recommendation(s) prior to his decision to demote me.

I submit this formal grievance due to Mr. Watson's discriminatory practices and inconsistent disciplinary actions for further review.

Sincerely,
Jackie Fisher
Jacklyn Fisher

RECEIVED
SEP 11 2006

FISHER-100304