**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JACKIE FISHER** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:08-CV-01273** |
| | § | |
| | § | **Jury Demanded** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
| **Defendants.** | § | |

**TABLE OF CONTENTS
FOR PLAINTIFF'S APPENDICES**

**<u>APPENDIX I</u>**

    Exhibit 1    Declaration of Jackie Fisher (Dec. 14, 2009).

**<u>APPENDIX II</u>**

    Exhibit 2    Deposition Jackie Fisher (August 26, 2009).

**<u>APPENDIX III</u>**

    Exhibit 3    Deposition of David Watson (August 28, 2009).

**<u>APPENDIX IV</u>**

    Exhibit 4    Deposition of Mary Gotcher (August 27, 2009).

**<u>APPENDIX V</u>**

    Exhibit 5    Fisher Position Announcements.

    Exhibit 6    E-mail re Watson's Resignation (Oct. 11, 2006).

    Exhibit 7    E-mail Exchange re Pipkin and Drake (Feb. 2005).

    Exhibit 8    E-mail Exchange re Parker, Brophy, and Wright (April 19, 2005).

Exhibit 9       E-mail to Watson re Equal treatment of white and African American Assistant Nurse Managers (May 18, 2005).

Exhibit 10      Memo Watson to Gotcher re Request for Agency Staff (July 25, 2005).

Exhibit 11      E-mail Watson to Gotcher, Radar & Melton (Jan. 9, 2006); Notice to Staff of Meetings (Jan. 9, 2006).

Exhibit 12      Fisher's Hostile Environment Grievance against Watson  (April 10, 2006).

Exhibit 13      E-mail from Watson to Wright re Ford (Jan. 5, 2006).

Exhibit 14      Gotcher Meeting Agenda and attendance (Mar. 8, 2006).

Exhibit 15      E-mail Exchange between Fisher and Watson (March 27, 2006).

Exhibit 16      E-mail from Watson to Fisher (Apr. 3, 2006).

Exhibit 17      Notice of Intent to Demote (April 11, 2006).

Exhibit 18      Fisher's 2nd Harassment and Hostile Environment Grievance against Watson  (April 11, 2006).

Exhibit 19      Appeal of Demotion (April 24, 2006).

Exhibit 20      Radar letter to Fisher Re Demotion (April 12, 2006).

Exhibit 21      Watson Letter re demotion to Assistant Nurse Manager (May 2, 2006).

Exhibit 22      Fisher Appeal of Demotion to Assistant Nurse Manager (May 11, 2006).

Exhibit 23      EEOC Intake Questionnaire (Apr. 24, 2006).

Exhibit 24      EEOC Charge (June 2, 2006).

Exhibit 25      Letter of Expectation from Roddey (June 26, 2006).

Exhibit 26      Position Description for Assistant Nurse Manager at Wynne (June 28,2006).

Exhibit 27      Pemberton Letter to Fisher re OEO &D (June 26, 2006).

Exhibit 28      Appeal of Demotion to Pemberton (July 3, 2006).

Exhibit 29      UTMB Position statement to the EEOC (Aug. 8, 2006).

**APPENDIX VI**

Exhibit 30   Fisher's Quarterly Evaluation  (March 7, 2006).

Exhibit 31   Historical Detail Turnover Report 2005 & 2006.

Exhibit 32   UTMB CMC Executive Summary August 2006.

Exhibit 33   Vacancy Rates Watson's District Facilities 2005-2006.

Exhibit 34   Fisher Letter to Radar re Time Frames for grievance Responses ( April 24, 2006).

Exhibit 35   Watson Letter to Nurse Darby sustaining grievance against Fisher purportedly filed March 3, 2006 (April 24, 2006).

Exhibit 36   Letter from Nurse Sarah Benavides re 2004 Incident (April 11, 2006).

Exhibit 37   Fisher's Meeting Agendas Estelle Unit (2005 & 2006).

Exhibit 38   Kim Roddey's Meeting Agendas Wynne Unit (2005 & 2006).

Exhibit 39   Fisher's Letter to Radar re Time frames for Grievances and Appeal (May 3, 2006).

Exhibit 40   UTMB Grievance Policy IHOP 3.10.3.

Exhibit 41   UTMB Appeals Policy IHOP 3.10.2.

Exhibit 42   UTMB Discipline & Dismissal Policy IHOP 3.10.1.

Exhibit 43   Fisher Discrimination Grievance (Sept. 11, 2006).

Exhibit 44   Fisher Retaliation Grievance (Oct. 9, 2006).

Exhibit 45   Watson's Responses to OEO&D (Dec. 2006).

Exhibit 46   Melvin Williams OEO&D Findings re Fisher's Discrimination Complaints (February 7, 2007).

**APPENDIX VII**

Exhibit 47   Pemberton Letter re back pay (March 9, 2007).

Exhibit 48   Demotion Letter from Gotcher (March 21, 2007).

Exhibit 49    Watson Letter of Expectation (Sept. 17, 2004).

Exhibit 50    Notice of Peer Review  (March 21, 2005).

Exhibit 51    UTMB Peer Review Policy (Aug. 1995).

Exhibit 52    BNE Letter (May 19, 2005).

Exhibit 53    Fisher Response (July 8, 2005).

Exhibit 54    BNE Letter (Oct. 18, 2005).

Exhibit 55    Death Summary (Dec. 15, 2005).

Exhibit 56    BNE Letter (Jan. 13, 2006)

Exhibit 57    Fisher Response (February 10, 2006).

Exhibit 58    Fisher Response to BNE (May 12, 2006).

Exhibit 59    Agreement to Order of BNE (Nov. 8, 2006).

Exhibit 60    Final Order of BNE (Dec. 1, 2006).

Exhibit 61    Fisher Compliance with Course work Requirement (Mar. 23-25 of 2006).

Exhibit 62    BNE Acknowledgment of Completion of Requirements (March 26, 2007).

Exhibit 63    First Amended EEOC Charge (April 3, 2007).

Exhibit 64    UTMB Position Statement (May 14, 2007).

Exhibit 65    EEOC Letter of Determination Discrimination & Retaliation (November 6, 2007).