# Plaintiff Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 48

Mary Gotcher, RN, FNP
Northern Division Director of Nursing
UTMB Correctional Managed Care
Palestine, Texas
Telephone: (903) 928-2217



March 21, 2007

Ms. Jackie Fisher
1150 FM 2296 Road
Huntsville, TX 77340

Dear Ms. Fisher:

This letter is to notify you of my intent to demote you to the position of Nurse Clinician III as a result of sanctions placed on your nursing license by the Board of Nurse Examiners (BNE).

UTMB Correctional Managed Care has been notified of the sanctions placed on your license pursuant to Section 301.469, Texas occupations Code through the Order of the Board issued by the Board of Nurse Examiners.

The BNE establishes the standards of nursing practice and monitors the practice of professional nurses in the State of Texas. The current sanctions on your license impacts your role as a manager with UTMB Correctional Managed Care, therefore, we intend to remove you from a management position.

If you would like to respond either in person or in writing, please contact Sandy Rader, Human Resources Administrator by 5:00 PM on Monday, March 26, 2007. Ms. Rader can be reached at (936) 437-3501. If we do not hear from you by that time, we will make a final decision regarding this matter.

Sincerely,

*Mary Gotcher, RN, FNP*
Northern Division Director of Nursing
UTMB Correctional Managed Care

Fisher-200049