# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 55

# DEATH SUMMARY

## December 15, 2005

| | |
|---|---|
| Offender Name: | |
| TDCJ #: | 676660 |
| Age: | 55 |
| Race: | black |
| Date of Admission: | 09/09/2005 |
| Date of Incarceration: | 7/20/1994 |
| Date and Hour of Death: | 12/15/05 @ 2101 |
| Facility of Assignment: | TDCJ Estelle RMF, ECU |
| Place of Death: | HMH Huntsville Texas |
| Reviewer: | V. Aguilar, RN, ANM |
| Documentation Reviewed: | Offender Medical Records |
| HSM-18 Restrictions: | |
| P | 3MP |
| U | 1A |
| L | 1A |
| H | 1A |
| E | 2BP |
| S | 1AH |

| | |
|---|---|
| II Housing Assignment | B2C2-Basic housing, low bunk, low row |
| III Work restrictions | 1-Medically unassigned, 3-Sedentary work only, 5-Four hour limited work restriction, 7-Limited standing, 15 no food service, 18 Do not assign to medical |
| IV Disciplinary Process | A-No restrictions |
| V Individualized Treatment Plan | A-No restriction |
| VI Transportation Restriction | A-No Restriction |

**Brief Summary of Medical History and Physical Examination:**
The offender was admitted to the RMF on 09/09/2005, with the following diagnoses: Hx of ESRD on hemodialysis, AIDS, IDDM, HTN, Hepatitis C, Activity intolerance

**Mental Health Summary:**
The offender was screened in by the Mental Health department on arrival to the Estelle RMF, and had possible mental health needs, non-urgent.

**Outpatient Course:**
Has been an inpatient since September 2005.

**Inpatient Course:**
Offender was moved here from E2 to the RMF after determining he needed to be in an infirmary setting due to reports that the patient was extremely forgetful, forgetting where he is, how to get to the pill window, how to get to dialysis etc. He was dialyzed 3 X's a week during his infirmary stay and assisted with his ADL's while at the RMF.

**Emergency Room Visit(s):**
ER report on 3/26/2005 from the Stiles unit for respiratory distress resulting in a transfer to a local ER.
ER report on 4/25/2005 from the Stiles for a seizure.

**Current Medications:** Insulin 70/30   15 units every morning,   12 units every evening
Felodipine 10 mg tablet daily
Aspirin Enteric 325 mg 1 tab daily
Nephro-vite tablet 1 tab daily

FISHER-101245

Minoxidil 10 mg tab 1 tab daily
Metoprolol 100mg tab 1 tab twice daily
Azithromycin 1 gm suspension once a week (Wednesday)
Folic Acid 1 mg tab  2 tabs daily
Iron Dextran Infed 50 mg, Inj  IV every week
Epogen 10,000/ml Inject  Inject q HD
Lubrisoft Lotion
Sevelmar 800 mg tab 4 tabs po tid w/meals
Zemplar 5.0 mcg  5.0 mcg Inject IVP q HD

**Terminal Event:**
Pt found submerged in bathtub- possibly for as long as 15 minutes. Pt was pulled from tub, no pulse or respirations noted. Blood coming from Pt's nose and mouth. CPR initiated on pod- the patient was then transferred to ER where staff continued CPR. EMS arrived and transferred the offender to HMH Huntsville ER where patient was pronounced dead by ER doctor.

**Autopsy Findings:**
Autopsy findings are not available at this time.

**Action Taken by Nurses:**
The nurse on the Pod acted immediately when she was informed that the offender was submerged under water. CPR was started immediately and the patient was transferred to the ER.

**Nursing Documentation:**
Nursing documentation could have been more thorough by the nurse on the pod. Code record was not completed.

**Concerns in Regards to Treatment:**
The offender allowed by security into the bathtub for an extended period of time.
The nurse assigned to the pod was not aware that the offender was allowed into the bathtub.
There is no concern on part of the nurse, as allowing and monitoring offenders in the bathtub and shower is the responsibility of security staff.

**Corrective Action Taken:**
The tub room has restricted use to all offenders as of 12/16/2005. There was an inservice during January nurse's meeting on the importance and existence of a code record.

FISHER-101246