**Plaintiff**
**Jackie Fisher's**

**Response in Opposition**
**to Defendants'**

# Motion for
# Summary
# Judgment

# EXHIBIT
# 56



## Board of Nurse Examiners For the State of Texas

Location Address: William P. Hobby Building, Ste. 3-460, 333 Guadalupe Street, Austin, Texas 78701
Phone: (512) 305-7400   Fax: (512) 305-7401   Web: www.bne.state.tx.us

**Katherine A. Thomas, MN, RN**
*Executive Director*

January 13, 2006

Certified Mail No. 7001 1940 0003 0216 5258
Return Receipt Requested

Jacklyn Lynette Fisher
1150 FM 2296 Road
Huntsville, Texas 77340

Dear Ms. Fisher:

In addition to your alleged violations of the Nursing Practice Act of the State of Texas, of which you were previously informed in a letter dated May 19, 2005, we are initiating an investigation based on the further alleged facts or conduct specified below:

On or about December 15, 2005, while employed with The University of Texas Medical Branch, Correctional Managed Care, Estelle Regional Medical Facility, Huntsville, Texas, you, as the Cluster Nurse Manger, failed to ensure adequate nursing staff to provide safe care to inmates in that Inmate Number 676660 was found submerged in a bathtub on an extended care unit. Cardiopulmonary Resuscitation (CPR) was initiated, the inmate was transferred to a hospital and did not survive.

You are hereby afforded the opportunity to provide the Board with a written statement in response to the allegations stated above and to provide any other information showing compliance with the Nursing Practice Act and Rules and Regulations Relating to Professional and/or Vocational Nurse Education, Licensure and Practice of the Board of Nurse Examiners.

You have thirty (30) days from the date of this letter to respond.

You may be represented by an attorney of your choice, at your own expense.

**FISHER-101257**

Members of the Board

Joyce Adams, PhD, RN          Deborah Bell, CLU, ChFC          George Buchanan, Jr., BSN, RN, MBA          Virginia Campbell, BSN, RN, CNOR          Bianca Rosa Garcia, PhD, RN
Houston                       Abilkur                          Amarillo                                   Mesquite                                   Corpus Christi

          Richard Gibbs, LVN               Rachel Gomez, LVN               Brenda Jackson, PhD, RN          Beverley Jean Nutall, LVN
          Mesquite                         Harlingen                       San Antonia                      Bryan

Anita Palmer, ME, MA          Phyllis Rawley, CPC                                                Linda Rounds, PhD, FNP, RN          Frank Sandoval, Jr., J.D.
Olney                          Vice-President                                                    President                            San Antonio

Jacklyn Lynette Fisher
January 13, 2006
Page 2

**Please include your current address and telephone number in your response and direct it to the attention of Kim Williamson. Please be aware that 217.7(b) states that: "A nurse/applicant for licensure shall notify the Board in writing within 10 days of a change of address, providing the new address and his or her license number."**

Please be aware that information regarding the statutes and rules cited above, the investigatory and disciplinary process, including 22 Texas Administrative Code §213 Practice and Procedure, Guidelines for Nurses under Investigation, and the time line utilized by Board staff for investigations can be found at the Board's website, *www.bne.state.tx.us.*

If you have any questions, please contact me at (512) 305-6831.

Sincerely,

Kim L. Williamson, RN

Kim L. Williamson
Investigator

KLW/klw

1096-A25b