# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 61

Board of Nurse Examiners for the State of Texas
Box 430
Austin, Texas 78767-0430
(512) 305-6838

## VERIFICATION OF COURSE COMPLETION

Regarding: __Jackie Fisher__   License Number: __595688__
(Name of Registered Nurse)

This is to certify that the above identified Registered Nurse has successfully
completed the course entitled __Physical Assessment didactic on__
(Name of Course)
__3-23-07 + clinicals on 3/25/07 + 3/24/07 - total 24"__
(Date)

Signature: __Yvett Checks RN__

Title: __Instructor__

Name of Sponsoring Institution: __Professional Healthcare Education Service__

Telephone Number: __281-313-7437__

Should you have any questions, please do not hesitate to contact the Board's office at the above address or phone number.

Return to:   Monitoring
Board of Nurse Examiners
P.O. Box 430
Austin, Texas 78767-0430

FISHER-101425