# Plaintiff Jackie Fisher's Response in Opposition to Defendants' Motion for Summary Judgment

# EXHIBIT 62



# Board of Nurse Examiners For the State of Texas

Location Address: William P. Hobby Building, Ste. 3-460, 333 Guadalupe Street, Austin, Texas 78701
Phone: (512) 305-7400   Fax: (512) 305-7401   Web: www.bne.state.tx.us

Katherine A. Thomas, MN, RN
*Executive Director*

March 26, 2007

Jacklyn Fisher
1150 FM 2296
Huntsville, Texas 77340

Dear Ms. Fisher:

Our file reflects that all requirements of the Order of the Board entered on December 1, 2006, have been met.

Should you wish to reinstate your multi-state privileges, you will need to complete the Sworn Declaration of Primary State of Residence form that can be found on the Board's website at www.bne.state.tx.us under the forms category.

Please return your current wallet-sized license and the sworn declaration, if applicable, along with a copy of this letter. We will then issue you a license without the stipulated designation.

Good luck in any future endeavors and should you have any questions, please contact me at (512) 305-6827.

Sincerely,

Diane E. Burell
Investigator
Monitoring

:deb

0994/I60

FISHER-101424

**Members of the Board**

| Joyce Adams, PhD, RN | Deborah Bell, CLU, ChFC | George Buchanan, Jr., BSN, RN, MBA | Virginia Campbell, BSN, RN, CNOR | Blanca Rosa Garcia, PhD, RN |
| Houston | Abilene | Amarillo | Mesquite | Corpus Christi |
| | Richard Gibbs, LVN | Rachel Gomez, LVN | Brenda Jackson, PhD, RN | Beverly Jean Nutall, LVN |
| | Mesquite | Harlingen | San Antonio | Bryan |
| Anita Palmer, MT, MA | Phyllis Rawley, CPC | | Linda Rounds, PhD, FNP, RN | Frank Sandoval, Jr., J.D. |
| Olney | *Vice-President* | | *President* | San Antonio |