# Plaintiff
# Jackie Fisher's

## Response in Opposition to Defendants'

# Motion for Summary Judgment

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|       Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| | § | Jury Demanded |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|       Defendants. | § | |

## PLAINTIFF'S DECLARATION UNDER PENALTY OF PERJURY

1  "My name is Jacklyn "Jackie" Fisher.  I am competent to make this declaration.  The
2  facts stated in this declaration are within my personal knowledge.

3  "I am the Plaintiff in this case against University of Texas Medical Branch and David
4  Watson.

5  "I was first hired in October of 2000 as Assistant Nurse Manager for UTMB
6  Managed Care at the Estelle Unit.

7  "I had been an Assistant Nurse Manager for UTMB for almost three years, most
8  recently at the Wynne Facility,  when I applied and was selected as the Cluster Nurse
9  Manager for Goree-Huntsville-Ferguson Facilities in August of 2003.

10  "I was transferred to the Estelle Regional Medical facility (ERMF) in August of
11  2005, also as Nurse Manager.

12  "Until his resignation in October 2006, David W. Watson, Senior Cluster Nurse
13  Manager, Caucasian, was my immediate supervisor.

14        "I was the only Black Nurse Manager under Watson's supervision in the local
15   units.

16        "In August of 2003, Watson expressed to me concerns he had about an African
17   American Assistant Nurse Manager, Ms. Kelly.

18        "Three months later Watson directed me to prepare a Corrective Action Plan
19   and write up for Kelly. Yet, Watson would support me in writing up white employees
20   who needed disciplinary action.

21        "In May of 2005, African American employee Hagan requested a transfer to my
22   unit and Watson denied the transfer citing current disciplinary violation for attendance,
23   yet white employees with written disciplinaries were permitted to transfer on request.

24        "In August of 2005, Watson shuffled the Cluster Nurse Mangers around and I
25   was transferred to the Estelle Regional Medical Facility (ERMF).  When I was
26   transferred to ERMF morale was already a problem, staffing was low and agency nurses had
27   already been utilized, and high needs pay had been offered to encourage employment.

28        "Most of the Nurse Managers were administratively reassigned, except for
29   Kim Roddey, white, for whom Watson excused not moving because she was "new,"
30   even though she had been hired as Cluster Nurse Manager about the same time I had
31   been hired in 2003.

32        "Sometime during the week of October 24, 2005, Watson confronted me
33   directly and asked if I thought he was prejudiced.  It really took me back and I thought
34   the comment was totally inappropriate, but it made me wonder why he would ask such
35   a question.

36 "I replied that some of his decisions were discriminatory and that he was biased
37 in the exercise of authority. I also added that he focused on the person instead of the
38 problem.

39 "During applicant interviews on January 4, 2006, Watson proposed rehiring
40 Nurse Ford, white, at the request of Nurse Manager Wright, white.
41 "After the 1/04/06 incident concerning Ms. Ford, Mr. Watson requested during
42 January 2006 that I be demoted.

43 "I was quite vocal about the disparate treatment Watson showed between black
44 and white employees and reminded Watson that he had refused a requested transfer to
45 Nurse Freeman, black, purportedly for the same reasons that previously led to Ford's
46 departure.

47 "On January 9, 2006, Watson sent a e-mail to the Estelle RMF Building, High
48 Security and SAFP nursing staffs informing them that Mary Gotcher, Director of
49 Nursing, Northern Region, would be at the Estelle's RMF on January 17, 2006 and
50 January 18, 2006 to hear opinions, concerns and ideas, while I was not available.
51 "He requested and arranged the meetings for anyone who wished to participate. The
52 meetings were held by Ms. Gotcher and Ms. Melton with the intent to provide disgruntled
53 staff an opportunity to sabotage me.

54 "Watson even stated he was attempting to build evidence to support his intent to
55 demote.

56 "The invitation included the entire Estelle Complex. The Building Nursing Group
57 works under a Caucasian Nurse Manger (Ms. Bonds), but Ms. Bond's employees were not
58 summoned or interviewed. Nor did they even go to the building where Ms. Bonds and her
59 staff worked to interview her staff .

60 "Ms. Gotcher and Ms. Melton, Northern Division Human Resource Director met only
61 with the staff at the Estelle Regional Medical Facility (ERMF), whom had been encourage by
62 Watson to participate and had previously complained to him. ERMF was only one of the
63 three facilities that I supervised.

64    "Some of the employees even reported to me they felt attacked in efforts to support
65    my administration during their interviews.

66    "One of the employees (Mr. Aguilera. ANM) was summoned in front of witnesses and
67    interviewed by Ms. Gotcher, even though he had already spoken to Watson behind my back.

68    "Ms. Gotcher and Ms. Melton failed to interview any of the other staff in the
69    Huntsville Cluster as the nursing vacancy and turnover rates against the Caucasian Nurse
70    Mangers in comparison were approximately the same and were even higher in some months.

71    "There are disgruntled employees with racial allegations and staff complaints
72    throughout the Huntsville (HV) Cluster in which Mr. Watson, Ms. Gotcher and Ms. Rader,
73    HV Human Resource Administrator is very aware but those complaints against the Caucasian
74    Nurse Managers have gone without interviewing their staff and/or assistance from Ms.
75    Gotcher or Ms. Melton.

76    "During January 2006, and prior to the staff at the ERMF being interviewed, two of
77    the Caucasian Nurse Manager's vacancy and turnover rates resulted in staffing levels much
78    more critical than mine, but went without the humiliation, demotion or attention from Mr.
79    Watson and/or the Northern District Director of Nursing, Ms. Gotcher and Human Resource
80    Director, Ms. Melton.

81    "According to the findings from UTMB's own investigation, there were no facts to
82    support Mr. Watson's request for my demotion.

83    "I requested a meeting with Ms. Gotcher and Ms. Melton to express my concerning
84    relating to my working conditions surrounding the poor and unfair treatment I received from
85    Mr. Watson.

86    "After complaining about Mr. Watson and raising discrimination issues, he presented
87    me with a poor evaluation on 3/13/06.

88    "According to HR policy evaluations are given bi-annually in June and December

89    each year.  The 3/13/06 evaluation I received was due in December 2005.

90    "When the evaluation was presented, I expressed my concern to Mr. Watson and Ms.
91    Box again that I felt a lack of trust and support from Mr. Watson to manage the Unit, which
92    seemed to empower the employees who did not want to work under my administration an
93    demands.

94    "Despite my complaints against Mr. Watson and my efforts to rectify the situation
95    through the proper chain of HR Director (Ms. Melton),  his behavior worsened.

96    "Without further means of resolution, I filed two internal grievances on the basis of
97    retaliation, harassment and a  hostile work environment.

98    "During my almost six years of employment with UTMB, I had never filed a
99    formal grievance or appeal of any matter, prior to April 10, 2006.

100   "Although Watson cited incidents as far back as 2003, none of the issues he
101   cited had been the subject of prior disciplinary action.

102   "On 4/11/2006, I received from Mr. Watson a notice of intent to demote.

103   "On 4/24/2006, I submitted my written response to Mr. Watson's intended demotion to
104   Nurse Clinician.

105   "In May, 2006, I received a letter advising that I was demoted to an Assistant Nurse
106   Manger (ANM) and not to a Nurse Clinician III as stated in Mr. Watson's 4/11/2006 letter.

107   "After careful review, Mr. Watson notified me that I was being demoted to position of
108   ANM rather than to Nurse Clinician as initially stated. (The position of ANM is a higher level
109   position.)

110   "I was replaced by Nurse McCartney, white, in the interim.  I was then replaced by
111   Judy Upshaw, white who was awarded my Nurse Manager position over the Estelle REF after
112   I was demoted.

113        "The demotion was an act of retaliation and discrimination.

114        "I feel that I have been subjected to different terms and conditions than those enjoyed
115   by similar situated Caucasian Nurse Managers.

116        "During the meeting that I requested, Ms. Gotcher pointed out that six to eight
117   employees made complaints, but there was no written documentation.

118        "Rebuttals and comments were made on my behalf.  There was no factual evidence
119   presented.

120        "Despite the expectations identified by Ms. Gotcher in the meeting  around 3/08/06
121   meeting, Mr. Watson continued to solicit and allow staff to circumvent the chain of command
122   and did not communicate with me at all.

123        "In comparison, he did not allow staff to circumvent the chain of command when he
124   received complaints against the similar situated white Nurse Managers.

125        "Mr. Watson's involvement caused a great lack of cohesiveness among the staff and
126   myself on the Unit level.

127        "Mr. Watson, as well as Ms. Gotcher,  has made it known that staff does not
128   voluntarily come to him, Mr. Watson calls for them.  He solicited their comments when it
129   came to me.

130        "Although I had planned to come back to work early from FMLA leave, because
131   of the demotion and reassignment, I  then chose not to do so and took the remaining
132   FMLA leave to which I was entitled and did not return to work until June 21, 2006.

133        "Roddey left her employment with UTMB in August of 2006 and was not
134   replaced, so I then functioned as the Nurse Manager while still being paid and titled as
135   Assistant Nurse Manager.

136        "Prior to my opposition of to Watson's discriminatory practices,  my performance was
137   not an issue.

"I swear under penalty of perjury that the foregoing is true and correct."

Dated: December 14, 2009.

_____
Jacklyn Fisher