IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID Watson | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

CAME ON THIS DAY to be considered is Defendants,' David Watson and University of Texas Medicine Branch, Correctional Managed Care, Unopposed Motion for Extension of Time to file Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment. Having considered said motion the Court is of the opinion that said motion is meritorious.

IT IS THEREFORE ORDERED that Defendants' deadline to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment is December 30, 2009.

SIGNED this the ___ day of _____, 2009.

 

_____
HONORABLE NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE