IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS<br>MEDICAL BRANCH, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER

It is hereby **ORDERED** that Defendant's Unopposed Motion for Extension of Time [Doc. # 45] is **GRANTED**. The deadline for Defendant to file its reply in support of its Motion for Summary Judgment is extended to **December 30, 2009**.

SIGNED at Houston, Texas, this **23rd** day of **December, 2009**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\1273Extension4.wpd   091223.1456