```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    HOUSTON DIVISION

JACKIE FISHER,                    *
     Plaintiff                    *
                                  *    CIVIL ACTION NO.
     v.                           *    4:08-CV-01273
                                  *
UNIVERSITY OF TEXAS               *
MEDICAL BRANCH and DAVID          *
WATSON,                           *
     Defendants                   *
```

******************************************************

ORAL DEPOSITION OF
JACKIE FISHER
AUGUST 26, 2009

******************************************************

THE ORAL DEPOSITION OF JACKIE FISHER, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on August 26, 2009, from 9:59 A.M. to 2:41 P.M., before Angelica Rodriguez, Notary Public in and for the State of Texas, reported by electronic reporting and transcription, at the offices of Jo Miller, 505 N. Main, Carriage House, Conroe, Texas 77301 pursuant to the Federal Rules of Civil Procedure and the provisions stated in the record or attached hereto.

1  Q.  Okay.
2  A.  I went from an inpatient facility to an
3  outpatient facility.
4  Q.  Okay.
5  A.  Okay.  And then in 2003, I was promoted to
6  nurse manager at Ferguson, Goree and Huntsville
7  Cluster.
8  Q.  **Just to make sure I've got the basics of this,**
9  **before your promotion, you were transferred to the**
10 **Wynne Unit?**
11 A.  I put in an application to do a lateral
12 transfer, and this is assistant nurse manager to the
13 Wynne Unit.
14 Q.  Okay.
15 A.  'Cause I was going from an inpatient to an
16 outpatient facility.
17 Q.  **Okay.  So, this was done at your -- you**
18 **requested a transfer from your old unit to the Wynne**
19 **Unit to deal, I guess, a little bit different medicine?**
20 A.  Actually, to -- for different learning
21 opportunity --
22 Q.  Okay.
23 A.  -- because most of the facilities are
24 outpatient in the area.
25 Q.  **And just so we're clear, outpatient is not**