IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JACKIE FISHER,                      )
                                    )
        Plaintiff,                  )
                                    )
VS.                                 ) C.A. NO. 4:08-cv-01273
                                    )
UNIVERSITY OF TEXAS MEDICAL         )
BRANCH and DAVID WATSON,            )
                                    )
        Defendants.                 )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
DAVID W. WATSON
AUGUST 28, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF DAVID W. WATSON, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on August 28, 2009, from 10:43 a.m. to 4:13 p.m., before Lorri Lucas, CSR in and for the State of Texas, reported by machine shorthand, at the offices of TDCJ Conference Center, Huntsville, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



Bayou City Reporting inc.

1135 East 11th Street ● Houston, TX 77009
Phone: (713) 861-8589 ●Toll Free: (888) 577-5048 ● Fax: (713) 861-1729 ● Email: bcrdepo@sbcglobal.net

1   A   All except the building.
2   Q   Okay. All except the building. Who was
3   in charge of the building?
4   A   I believe it was Joyce Bonds.
5   Q   And what went on in the building?
6   A   Oh, they had their own little medical
7   clinic. I think they a two-bed ER and some exam
8   rooms.
9   Q   And Joyce Bond was a nurse manager?
10  A   She was the only nurse manager.
11  Q   All right.
12  A   And by way of distinction, Ms. Fisher was
13  a cluster nurse manager. Now, even though the
14  Estelle Unit wasn't scattered out geographically
15  over two or three counties as some of them were, it
16  was so big that it was considered -- or that
17  position was a cluster nurse manager position.
18  Ms. Bonds was a nurse manager position, which would
19  be like a step below.
20  Q   And as a cluster nurse manager, Ms. Fisher
21  didn't have any responsibilities that extended
22  beyond the Estelle Unit at that time.
23  A   She was responsible for everything except
24  the building.
25  Q   Okay.