IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JACKIE FISHER** | § | **CIVIL ACTION NO. 4:08-CV-01273** |
| Plaintiff, | § | **Jury Demanded** |
| | § | |
| vs. | § | **Judge: Nancy F. Atlas** |
| | § | **Case Manager: Sheila Ashabranner** |
| | § | |
| | § | **Court Deputy:**_____ |
| **UNIVERSITY OF TEXAS** | § | **Court Reporter:**_____ |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
| Defendants. | § | **Proceeding: Trial** |

**EXHIBIT LIST OF PLAINTIFF, JACKIE FISHER**

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| **P-1** | Fisher Position Announcements | | | | |
| **P-2** | E-mail re Watson's Resignation (Oct. 11, 2006) | | | | |
| **P-3** | E-mail Exchange re Pipkin and Drake (Feb. 2005) | | | | |
| **P-4** | E-mail Exchange re Parker, Brophy, and Wright (April 19, 2005) | | | | |
| **P-5** | E-mail to Watson re Equal treatment of white and African American Assistant Nurse Managers (May 18, 2005) | | | | |
| **P-6** | Memo Watson to Gotcher re Request for Agency Staff (July 25, 2005) | | | | |
| **P-7** | E-mail Watson to Gotcher, Radar & Melton (Jan. 9, 2006); Notice to Staff of Meetings (Jan. 9, 2006) | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| P-8 | Fisher's Hostile Environment Grievance against Watson (April 10, 2006) | | | | |
| P-9 | E-mail from Watson to Wright re Ford (Jan. 5, 2006) | | | | |
| P-10 | Gotcher Meeting Agenda and attendance (Mar. 8, 2006) | | | | |
| P-11 | E-mail Exchange between Fisher and Watson (March 27, 2006) | | | | |
| P-12 | E-mail from Watson to Fisher (Apr. 3, 2006) | | | | |
| P-13 | Notice of Intent to Demote (April 11, 2006) | | | | |
| P-14 | Fisher's 2nd Harassment and Hostile Environment Grievance against Watson (April 11, 2006) | | | | |
| P-15 | Appeal of Demotion (April 24, 2006) | | | | |
| P-16 | Radar letter to Fisher Re Demotion (April 12, 2006) | | | | |
| P-17 | Watson Letter re demotion to Assistant Nurse Manager (May 2, 2006) | | | | |
| P-18 | Fisher Appeal of Demotion to Assistant Nurse Manager (May 11, 2006) | | | | |
| P-19 | EEOC Intake Questionnaire (Apr. 24, 2006) | | | | |
| P-20 | EEOC Charge (June 2, 2006) | | | | |
| P-21 | Letter of Expectation from Roddey (June 26, 2006) | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| P-22 | Position Description for Assistant Nurse Manager at Wynne (June 28,2006) | | | | |
| P-23 | Pemberton Letter to Fisher re OEO &D (June 26, 2006) | | | | |
| P-24 | Appeal of Demotion to Pemberton (July 3, 2006) | | | | |
| P-25 | UTMB Position statement to the EEOC (Aug. 8, 2006) | | | | |
| P-26 | Fisher's Quarterly Evaluation (March 7, 2006) | | | | |
| P-27 | Historical Detail Turnover Report 2005 & 2006 | | | | |
| P-28 | S. Hicks Email re Nursing Positions (February 2, 2005). | | | | |
| P-29 | UTMB CMC Executive Summary August 2006 | | | | |
| P-30 | Vacancy Rates Watson's District Facilities 2005-2006 | | | | |
| P-31 | Fisher Letter to Radar re Time Frames for grievance Responses ( April 24, 2006) | | | | |
| P-32 | Watson Letter to Nurse Darby sustaining grievance against Fisher purportedly filed March 3, 2006 (April 24, 2006) | | | | |
| P-33 | Letter from Nurse Sarah Benavides re 2004 Incident (April 11, 2006) | | | | |
| P-34 | Fisher's Meeting Agendas Estelle Unit (2005 & 2006) | | | | |
| P-35 | Kim Roddey's Meeting Agendas Wynne Unit (2005 & 2006) | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| P-36 | Fisher's Letter to Radar re Time frames for Grievances and Appeal (May 3, 2006) | | | | |
| P-37 | UTMB Grievance Policy IHOP 3.10.3. | | | | |
| P-38 | UTMB Appeals Policy IHOP 3.10.2. | | | | |
| P-39 | UTMB Discipline & Dismissal Policy IHOP 3.10.1. | | | | |
| P-40 | Fisher Discrimination Grievance (Sept. 11, 2006) | | | | |
| P-41 | Letter re Grievance (August 31, 2006) | | | | |
| P-42 | Fisher Retaliation Grievance (Oct. 9, 2006) | | | | |
| P-43 | Watson's Responses to OEO&D (Dec. 2006) | | | | |
| P-44 | Melvin Williams OEO&D Findings re Fisher's Discrimination Complaints (February 7, 2007) | | | | |
| P-45 | Pemberton Letter re back pay (March 9, 2007) | | | | |
| P-46 | Demotion Letter from Gotcher (March 21, 2007) | | | | |
| P-47 | Watson Letter of Expectation (Sept. 17, 2004) | | | | |
| P-48 | Notice of Peer Review (March 21, 2005) | | | | |
| P-49 | UTMB Peer Review Policy (Aug. 1995) | | | | |
| P-50 | Provisions of § 217.15 re Minor Incidents | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| P-51 | Email re Inmate Death (May 25, 2006) | | | | |
| P-52 | Email re Inmate Death (May 26, 2006) | | | | |
| P-53 | Email re Inmate Death (June 30, 2006) | | | | |
| P-54 | Email re Inmate Death (August 9, 2006) | | | | |
| P-55 | Email re Inmate Death (September 18, 2006) | | | | |
| P-56 | Email re Inmate Death (September 29, 2006) | | | | |
| P-57 | BNE Letter (May 19, 2005) | | | | |
| P-58 | Fisher Response (July 8, 2005) | | | | |
| P-59 | BNE Letter (Oct. 18, 2005) | | | | |
| P-60 | Death Summary (Dec. 15, 2005) | | | | |
| P-61 | BNE Letter (Jan. 13, 2006) | | | | |
| P-62 | Fisher Response (February 10, 2006) | | | | |
| P-63 | Fisher Response to BNE (May 12, 2006) | | | | |
| P-64 | Agreement to Order of BNE (Nov. 8, 2006) | | | | |
| P-65 | Final Order of BNE (Dec. 1, 2006) | | | | |
| P-66 | Fisher Compliance with Course work Requirement (Mar. 23-25 of 2006) | | | | |
| P-67 | BNE Acknowledgment of Completion of Requirements (March 26, 2007) | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| P-68 | First Amended EEOC Charge (April 3, 2007) | | | | |
| P-69 | UTMB Position Statement (May 14, 2007) | | | | |
| P-70 | EEOC Letter of Determination Discrimination & Retaliation (November 6, 2007) | | | | |
| P-71 | DOL Notice of Right to Sue | | | | |
| P-72 | Email from Lela Shaw dated 11/07/2005. | | | | |
| P-73 | Email from Marilyn Peters | | | | |
| P-74 | **Ineligibility for Merit Increase** | | | | |
| P-75 | **Performance Evaluation 06-06** | | | | |
| P-76 | **Quarterly Evaluation 03-07-06** | | | | |
| P-77 | **Performance Evaluation 06-05** | | | | |
| P-78 | **Performance Evaluation 06-04** | | | | |
| P-79 | **Quarterly Evaluation 12-10-04** | | | | |
| P-80 | **Quarterly Evaluation 12-01-03** | | | | |
| P-81 | **Performance Evaluation 04-03** | | | | |
| P-82 | **Quarterly Evaluation 03-28-02** | | | | |
| P-83 | **Quarterly Evaluation 12-18-01** | | | | |
| P-84 | **Performance Evaluation 06-01** | | | | |
| P-85 | **UTMB Letter 04-05-07** | | | | |
| P-86 | **UTMB Letter 06-26-06** | | | | |
| P-87 | **Grievance 10-09-06** | | | | |
| P-88 | **Grievance 09-11-06** | | | | |

| P-89 | Paid by Letter 10-26-06 | | | | |
|------|-------------------------|--|--|--|--|
| P-90 | High Needs Positions 02-01-05 | | | | |
| P-91 | Position Description Nurse Manager | | | | |
| P-92 | Performance Evaluation 04-02 | | | | |
| P-93 | BNE Minor Incidents | | | | |
| P-94 | Letter to Peer Review 04-13-05 | | | | |
| P-95 | Medical Records Jonathan Hulme, MD | | | | |
| P-96 | Grievance 03-16-06 | | | | |
| P-97 | Salary Increase 04-02-07 | | | | |
| P-98 | Estelle Staff Meeting 03-08-06 | | | | |
| P-99 | Letter to Darby 04-24-06 | | | | |
| P-100 | Re Darby 03-30-06 | | | | |

Respectfully submitted,

LAW OFFICE OF JO MILLER, P.L.L.C.
505 North Main
Carriage House
Conroe, Texas 77301
(936) 539-4400 Tel.
(936) 539-4409 Fax

By: /s/ *Jo Miller*
    JO MILLER
    State Bar No. 00791268
    Federal Bar No. 20385
    Attorney-in-Charge for Plaintiff
    Jackie Fisher
    jmiller@jomillerlaw.com

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on the 23nd day of January, 2010.

    /s/ *Jo Miller*
    Jo Miller
    Attorney-in-Charge for Plaintiff,
    Jackie Fisher

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served electronically on January 23, 2010 to:

Sam Lively
sam.lively@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol station
Austin, Texas 78711
Tel: (512)463-2120
Attorney for Defendants

    /s/ *Jo Miller*
    Jo Miller
    Attorney-in-Charge for Plaintiff,
    Jackie Fisher