IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER § | |
|     Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:08-CV-01273 |
| § | |
| § | Jury Demanded |
| § | |
| UNIVERSITY OF TEXAS § | |
| MEDICAL BRANCH and § | |
| DAVID WATSON § | |
|     Defendants. § | |

**TRIAL WITNESS LIST OF PLAINTIFF, JACKIE FISHER**

Plaintiff, JACKIE FISHER, hereby serves and files this, her Trial Witness List, as required by the FEDERAL RULES OF CIVIL PROCEDURE, Rules 26(a)(3)(A)(i) & (ii).

*Plaintiff Expects to Present:*

1. Jackie Fisher, Plaintiff
   c/o The Law Office of Jo Miller, P.L.L.C.
   505 North Main Street
   Carriage House
   Conroe, Texas 77301
   (936) 539-4400
   Plaintiff will testify concerning all material allegations and facts of this case.

2. David Watson
   c/o Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol station
   Austin, Texas 78711
   Tel: (512)463-2120
   Plaintiff expects to present this witness at trial. Defendant-Plaintiff's former supervisor- will testify concerning the material aspects and factual basis of this case as well as UTMB's procedures and practices.

3.  Mary Gotcher
    c/o Assistant Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol station
    Austin, Texas 78711
    Tel: (512)463-2120
    Plaintiff expects to present this witness at trial. Witness is expected to testify concerning Plaintiff's complaints and demotion, and treatment by Defendants and the on-site investigation conducted by Melton and Gotcher, as well as UTMB's procedures and practices.

4.  Melvin Williams
    UTMB Correctional Managed Care
    Director of EEO
    301 University Boulevard
    Galveston, Texas 77555-1008
    409/747-2600
    Plaintiff expects to present this witness at trial. Witness is expected to testify concerning Plaintiff's complaints of discrimination and retaliation, his investigation and findings, and UTMB's response, as well as UTMB's procedures and practices.

5.  Craig Fisher
    c/o LAW OFFICE OF JO MILLER, P.L.L.C.
    505 North Main Street
    Conroe, Texas 77301
    (936) 539-4400
    Plaintiff expects to present this witness at trial. Plaintiff's husband–he will testify concerning Plaintiff's mental anguish damages and the impact on Plaintiff's family.

6.  Sandy Radar
    UTMB - Human Resource
    3009A Highway 30 West
    Huntsville, Texas 77340
    **Last known telephone number requested**.
    Plaintiff expects to present this witness at trial. Huntsville HR Administrator– is expected to testify concerning Plaintiff's complaints and demotion, and treatment by Defendants and the on-site investigation conducted by Melton and Gotcher, as well as UTMB's procedures and practices.

7. Georgia Melton
Address and telephone number unknown at this time.
Former Northern Division HR Director
**Last known address and telephone number requested.**
Plaintiff expects to present this witness at trial. Witness is expected to testify concerning Plaintiff's complaints and demotion, and treatment by Defendants and the on-site investigation conducted by Melton and Gotcher, as well as UTMB's procedures and practices.

8. William Samarneh, Practice Manager
Estelle Unit- Facility Manager
264 FM 3478
Huntsville, Texas 77320-3320
936/231-4200
Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker, may testify concerning the events cited in Plaintiff's appeals to UTMB, as well as UTMB's procedures and practices.

9. Bobby Vincent, Medical Director, MD
Estelle Unit- Facility Management
264 FM 3478
Huntsville, Texas 77320-3320
936/231-4200
Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker, may testify concerning the events cited in Plaintiff's appeals to UTMB, as well as UTMB's procedures and practices.

10. Patricia Freeman, Licensed Vocational Nurse (LVN)
Estelle Unit (currently) (formerly at the Estelle and Goree Units)
264 FM 3478
Huntsville, Texas 77320-3320
936/231-4200
Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and was referenced in Plaintiff's appeal to UTMB. She may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

*Plaintiff May Call if the Need Arises:*

11. Denise Box, District Practice Manager
    Estelle Unit - District Manager
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Mr. Watson's co-worker, may testify concerning the events cited in Plaintiff's appeals to UTMB, as well as UTMB's procedures and practices.

12. Carol Warren, Register Nurse (RN)
    Palestine District Nurse Manager
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was reassigned as Fisher's direct supervisor and is Mr. Watson's equal, may testify concerning the events cited in Plaintiff's fourth grievance, as well as UTMB's procedures and practices.

13. Rocia Sevilla, former Nurse Assistant
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher, and may testify concerning the request of her to provide a negative statement and her refusal, and has discoverable information concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

14. Ruby Proctor, Nurse Assistant
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

15. Jo Ann Mosley, Patient Care Assistant (PCA)
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

16. Theresa Morning, Patient Care Assistant
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

17. Patricia Pope, Patient Care Assistant
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

18. Lela Shaw, License Vocational Nurse
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

19. Shirley Fields, Security Officer
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning the daily activities on the Unit and Plaintiff's supervisory skills and leadership style, as well as UTMB's procedures and practices.

20. Michael Shaw, Security Officer
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning the daily activities on the Unit and Plaintiff's supervisory skills and leadership style, as well as UTMB's procedures and practices.

21. Norma Mason, RN
    Nurse Manager
    Pack, Luther and Hamilton Units
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker- may testify concerning Plaintiff's demotion and appeal; has discoverable information concerning Defendant Watson's management style, as well as UTMB's procedures and practices.

22. Suzanne Hicks, Information Specialist, CMC EMR USERS
    UTMB-Correctional Manager Care- Texas Tech Sector
    Former HV District CCA
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning the to failure of the HV Provider Assisted Sick Call that's cited in Plaintiff's demotion letter, as well as UTMB's procedures and practices.

23. Kimberly Cotton
    Program Manager, ADS
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker, may testify concerning Plaintiff's management abilities, her demotion and appeal, and UTMB's procedures and practices.

24. Sarah Benavides, RN, Staff Nurse
    Huntsville Unit
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period, was cited as witness letter in Plaintiff's appeal, and may testify concerning Plaintiff's supervision and the daily activities on the Unit.  Also may testify concerning Defendant Watson's management and leadership style, as well as UTMB's procedures and practices.

25. Carolynn Hicks,  LVN
    Huntsville Unit
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

26. Gerlitha Perry, CCA
    Huntsville Unit
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial, if the need arises. Facility level staff, may testify concerning Plaintiff's supervision and the daily activities on the Unit.  Also may testify concerning Julie Lawson and Gene McMaster's management and leadership styles, as well as UTMB's procedures and practices.

27. Carolyn Ross, PCA
    Goree Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's former subordinate, may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

28. Delois Simms, PCA
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

29. Mark Lewis, LVN
    Goree Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

30. Amanda Elmore, Former CCA
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's former administrative office support staff at the Estelle Unit- may testify concerning the daily activities on the Unit and Plaintiff's interaction with staff, supervisory skills, and leadership style, as well as UTMB's procedures and practices.

31. Rosalyn Kelly, Registered Nurse (RN)
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's former Assistant Nurse Manager at the Huntsville Unit, referenced in Plaintiff's demotion and appeal to UTMB; may testify concerning Plaintiff's supervisory skills and the daily activities on the Unit.  Also may testify concerning Defendant Watson's management and leadership style, as well as UTMB's procedures and practices.

32. Matthew Lopez
    Former Physician Assistant at the Estelle Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervisory skills and the daily activities on the Unit.  Also may testify concerning Plaintiff's peer management and leadership style, as well as UTMB's procedures and practices.

33. Dr. Arthur Austin
    Former Medical Doctor at the Estelle Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervisory skills and the daily activities on the Unit, as well as UTMB's procedures and practices.

34. Lowery Powers
    Physician Assistant currently at Ellis Unit (formerly at Wynne Unit)
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and the daily activities on the Unit.  Also may testify concerning  UTMB's Human Resource discriminatory and inconsistency practices, as well as UTMB's procedures and practices.

35. Jamie Williams, Practice Manager, currently Estelle Unit
    (formerly Wynne, Bryd, and  Holliday Units Facility Manager)
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker- Witness may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

36. Nandya Pandya,  PCA
    Wynne Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

37. Debbra Mock, LVN, currently at Holliday Unit (formerly at Wynne Unit)
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

38. Felecia Moffett, LVN
    Wynne Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

39. Eva Williams, LVN
    Ellis Unit
    Supplemental HealthCare Staff, Agency Nurse
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

40. Kimberly Roddey, RN
    Former Cluster Nurse Manager at Wynee, Byrd, and Holliday Units
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker, may testify concerning the events cited in Plaintiff's appeals.  Also may testify Defendant Watson's management and leadership style, as well as UTMB's procedures and practices.

41  Rebecca McCreary, RN
    Former Staff Nurse at Huntsville Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

42. Jane Henly, LVN
    Former Staff Nurse at Ferguson Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

43. Hazel Bethea, former Security Officer
    Estelle Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning the daily activities on the Unit and Plaintiff's supervisory skills and leadership style, as well as UTMB's procedures and practices.

44. Louise Fagan, CRRT
    Estelle  Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning the daily activities on the Unit and Plaintiff's supervisory skills and leadership style, as well as UTMB's procedures and practices.

45. Sherrie Edwards, Former LVN
    Goree Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and daily activities on the Unit, as well as UTMB's procedures and practices.

46. Ethel Burns, CCA
    Ferguson Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning  Plaintiff's supervision and daily activities on the Unit. Also may testify concerning Gene McMaster's management and leadership style, as well as UTMB's procedures and practices.

47. Sharon Clay-Keith, former Physician's Assistant
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and of UTMB's discriminatory and retaliatory practices; and may testify concerning Plaintiff's peer management and leadership style, as well as UTMB's procedures and practices.

48. Christina Stofferahn, former LVN
    Ferguson Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and daily activities on the Unit, as well as UTMB's procedures and practices.

49. Marilyn Peters, former RN
    Ferguson Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and daily activities on the Unit, as well as UTMB's procedures and practices.

50. Jennifer Nelson, LVN
    Ellis Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

51. Allyson Kelly, former Correctional Clinical Associate
    Ellis Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and daily activities on the Unit.  Also may testify concerning UTMB's discriminatory and retaliatory practices and of Plaintiff's peer management and leadership style, as well as UTMB's procedures and practices.

52. Connie Degelia, LVN
    currently at Estelle Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

53. Angela Colling, RN, Assistant Nurse Manager
    Ellis Unit
    **Last known address and telephone number requested.**
    Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and daily activities on the Unit, as well as UTMB's procedures and practices.

54. Alicijia Reagan , ex sister-in-law
    Address and telephone number to be supplemented.
    Plaintiff expects to present this witness at trial, if the need arises. This individual may testify concerning the impact of Plaintiff's work environment on Plaintiff.

55 . Karen Austin
    Address and telephone number to be supplemented.
    Plaintiff expects to present this witness at trial, if the need arises. This individual may concerning the impact of Plaintiff's work environment on Plaintiff.

56 . Mark Roberts, Administrative Associate, formerly Goree and Estelle Units
    currently Ellis and Eastham Units
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker–Witness may testify concerning Plaintiff's supervision and daily activities on the Unit, as well as UTMB's procedures and practices.

57. Jonathan Hulme, M.D.
    17125 Red Oak Drive
    Suite 110
    Houston, Texas 77090
    281/537-7784
    Plaintiff expects to present this witness at trial, if the need arises.   This is Plaintiff's treating physician who may testify as to the medical records showing treatments for stress at work and her mental anguish damages.

Respectfully Submitted,

LAW OFFICE OF JO MILLER, P.L.L.C.
505 North Main
Carriage House
Conroe, Texas 77301
(936) 539-4400 Tel.
(936) 539-4409 Fax


By: /s/ *Jo Miller*
   JO MILLER
   Attorney-in-Charge for Plaintiff,
   Jackie Fisher
   State Bar No.  00791268
   Federal ID Number 20385
   jmiller@jomillerlaw.com

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 23nd day of January, 2010.

   /s/ *Jo Miller*
Jo Miller
Attorney-in-Charge for Plaintiff,
Jackie Fisher

## CERTIFICATE OF SERVICE

  I, JO MILLER, do hereby certify that a true and correct copy of the Plaintiff's Trial Witness List was served on January 23, 2010 as follows:

  Sam Lively
  sam.lively@oag.state.tx.us
  Assistant Attorney General
  General Litigation Division
  P.O. Box 12548, Capitol station
  Austin, Texas 78711
  Tel: (512)463-2120
  Attorney for Defendants

           /s/ *Jo Miller*
           Jo Miller
           Attorney-in-Charge for Plaintiff,
           Jackie Fisher