IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER,<br>    Plaintiff, | Civil Action/Criminal No. 4:08-CV-01273<br><br>Judge: Nancy F. Atlas<br>Case Manager: Sheila Ashabranner |
| v. | Courtroom Deputy: _____<br>Court Reporter: _____ |
| UNIVERSITY OF TEXAS MEDICAL<br>BRANCH and DAVID WATSON<br>    Defendant, | Proceeding: _____ |

**EXHIBIT LIST OF DEFENDANTS**

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-1 | Email string between Agular/Watson 5/4/06 UTMB 0215-0218 | | | | |
| D-2 | Email from Terri Gibson 1/9/04 UTMB 0219 | | | | |
| D-3 | Watson Letter to BNE 8/4/05 UTMB 0220-023 | | | | |
| D-4 | Watson coaching session UTMB 0224-0225 | | | | |
| D-5 | Email from Watson to Gotcher, et al. 4/28/06 UTMB 0226 | | | | |
| D-6 | Watson memo UTMB 0227-0233 | | | | |
| D-7 | Watson email to Fisher 4/3/06 UTMB 0234-0235 | | | | |
| D-8 | Email string between Watson & Cotton et 5/1/06 UTMB 0236-0238 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-9 | Email string between Watson to Freeman 9/7/06 UTMB 0239-0242 | | | | |
| D-10 | Email string from Melton to Watson, et al. 4/7/06 UTMB 0250 | | | | |
| D-11 | Email string between Watson and McCarty UTMB 2056 | | | | |
| D-12 | Watson reply to Wiliam UTMB 0257 0276 | | | | |
| D-13 | Pipken memo 9/18/06 UTMB 0278-0279 | | | | |
| D-14 | Roddy memo of record UTMB 0281-0282 | | | | |
| D-15 | Watson memo re: Staffing UTMB 0283-0284 | | | | |
| D-16 | Email string between Watson to Fisher/Gotcher 3/25/06 UTMB 0286 | | | | |
| D-17 | Email string between Watson & Rader, et al. 3/14/06 UTMB 0288 | | | | |
| D-18 | Email string between Watson to Rader et al. 3/25/06 UTMB 0289-0290 | | | | |
| D-19 | Email Watson to Gotcher 5/3/06 UTMB 0291 | | | | |
| D-20 | Demotion Letter to Fisher 5/2/06 UTMB 3/6/06 | | | | |
| D-21 | Notice of Intent to Demote 4/11/06 UTMB 340-343 | | | | |
| D-22 | Email from Watson to Fisher 4/3/06 UTMB 0358-0354 | | | | |
| D-23 | Email string between Watson and Fisher UTMB 0383 | | | | |
| D-24 | Email Watson to Rader et al. 3/14/06 UTMB 0386 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-25 | Memo from Watson to Fisher 3/7/06 UTMB 0388-0390 | | | | |
| D-26 | Fisher semi evaluate response UTMB 0393-0394 | | | | |
| D-27 | Watson email to Gotcher 1/9/06 UTMB 0399 | | | | |
| D-28 | Watson email to Wright et al. 1/5/06 UTMB 401 | | | | |
| D-29 | Memo from Watson to Mysliurec 8/22/04 UTMB 402-403 | | | | |
| D-30 | BNE Order Fisher UTMB 0409-0426 | | | | |
| D-31 | Expectation List 3/08/06 UTMB 0577-0579 | | | | |
| D-32 | Email between Watson & Fisher 4/3/06 UTMB 0581-0582 | | | | |
| D-33 | Watson Memo UTMB 0583-592 | | | | |
| D-34 | Watson Memo UTMB 0593-0601 | | | | |
| D-35 | Watson reply to Fisher's Response to Notice of Intent to Demote UTMB 0614-0617 | | | | |
| D-36 | Email string Watson and Fisher 3/24/06 UTMB 0649-0652 | | | | |
| D-37 | Darby email to Gotcher, etc. 1/27/06 UTMB 0674-0676 | | | | |
| D-38 | Email string from Agular to Watson 1/6/06 UTMB 0679-0681 | | | | |
| D-39 | Email memo Watson to Rader, et al. 1/12/06 UTMB 0688-0695 | | | | |
| D-40 | Letter from Anderson 1/15/05 UTMB 0736-0737 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-41 | Email between Anderson and Fisher 12/4/05 UTMB 0740-0742 | | | | |
| D-42 | Disciplinary action against nurses in Huntsville, 2003-pres. UTMB 0854 | | | | |
| D-43 | Williams EEO investigation | | | | |
| D-44 | Vacancy report Huntsville Facility 8/05 - 1/06 UTMB 1001 | | | | |
| D-45 | Transfer records 05 Huntsville Facility UTMB 1002 | | | | |
| D-46 | Fisher performance evaluation '05-'06 UTMB 1641, 1642, 1643, 1650, 1053 | | | | |
| D-47 | Fisher performance evaluation '07 UTMB 1655-1659 | | | | |
| D-48 | Fisher performance evaluation '08 UTMB 1660-1663 | | | | |
| D-49 | Email Mangum to Fisher et al. 1/11/08 UTMB 1669 | | | | |
| D-50 | Investigation report 6/10/08 UTMB 1723-1732 | | | | |
| D-51 | Email from Rader to Rembert 8/29/08 UTMB 1812-1813 | | | | |
| D-52 | Letter from Fisher to Dunn 9/2/08 UTMB 1821-1822 | | | | |
| D-53 | Email from Watson to Fisher et al. Fisher 100562 | | | | |
| D-54 | Watson Deposition Exhibit 10 Fisher 200690-200692 | | | | |
| D-55 | Watson Deposition Exhibit 4 Fisher 101190-101191 | | | | |
| D-56 | Watson Deposition Exhibit12 Fisher 100487 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-57 | Watson Deposition Exhibit 17 Fisher 200263-200277 | | | | |
| D-58 | Watson Deposition Exhibit 18 Fisher 209249-200251 | | | | |
| D-59 | Watson Deposition Exhibit 19 Fisher 100522 | | | | |
| D-60 | Watson Deposition Exhibit 20 Fisher 100526 | | | | |
| D-61 | Watson Deposition Exhibit 21 | | | | |
| D-62 | Watson Deposition Exhibit 22 | | | | |
| D-63 | Watson Deposition Exhibit 23 | | | | |
| D-64 | Watson Deposition Exhibit 24 | | | | |
| D-65 | Watson Deposition Exhibit 3 | | | | |
| D-66 | Watson Deposition Exhibit 6 | | | | |
| D-67 | Exhibit 4 to Defendant's Motion for Summary Judgment (Affidavit & attachments) | | | | |
| D-68 | Spreadsheet shown disciplinary action for Huntsville area ANM & NM | | | | |
| D-69 | Correctional Manager Care Turnover Report FY 05-06 Fisher 100432-100434 | | | | |
| D-70 | Spreadsheets reflecting work pay sent to Fisher | | | | |
| | | | | | |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

_____
SAM LIVELY
Assistant Attorney General
Texas Bar No. 12435300
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the above and forgoing document has been sent via certified mail, return receipt requested, on January 27, 2010, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

_____
SAM LIVELY
Assistant Attorney General