IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER<br>Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:08-CV-01273 |
| UNIVERSITY OF TEXAS<br>MEDICAL BRANCH and<br>DAVID Watson | § § § § § | Jury Demanded |
| *Defendants*. | § § | |

TRIAL WITNESS LIST OF DEFENDANTS

Defendants, University of Texas Medical Branch and David Watson, hereby serves and files this, their Trial Witness List, as required by the FEDERAL RULES OF CIVIL PROCEDURE, Rules 26(1)(3)(A)(i)&(ii).

***Defendant Experts to Present:***

1. David Watson
   c/o Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol station
   Austin, Texas 78711
   Tel: (512)463-2120

2. Mary Gotcher
   c/o Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol station
   Austin, Texas 78711
   Tel: (512)463-2120

3. Melvin Williams UTMB Correctional Managed Care
   Director of EEO
   301 University Boulevard
   Galveston, Texas 77555-1008
   409/747-2600

4. Sandy Rader
   UTMB - Human Resource
   3009A Highway 30 West
   Huntsville, Texas 77340

5. Georgia Melton
   Address and telephone number unknown at this time.
   Former Northern Division HR Director

6. Jonathan Hulme, M.D.
   17125 Red Oak Drive
   Suite 110
   Houston, Texas 77090
   281/537-7784

7. Nancy Lauder
   c/o UTMB-Managed Care
   3009-A. Highway 30
   West Huntsville, TX 77340
   (936) 437-3501.

8. Ms. Moreau
   c/o UTMB-Managed Care
   3009-A. Highway 30
   West Huntsville, TX 77340
   (936) 437-3501.

9. Mary Ann Anderson
   c/o UTMB-Managed Care
   3009-A. Highway 30
   West Huntsville, TX 77340
   (936) 437-3501.

10. Victor Aguilar
    c/o UTMB-Managed Care
    3009-A. Highway 30 West
    Huntsville, TX 77340
    (936) 437-3501.

11. John Pemberton
    c/o UTMB-Managed Care
    3009-A. Highway 30 West
    Huntsville, TX 77340
    (936) 437-3501.

12. Ann Elise Darby
c/o Huntsville Memorial Hospital
110 Memorial Hospital Drive Huntsville, TX
Phone (926) 291-3411
Cell (926) 438-2875
Home (936) 295-3316

13. Denise Box, District Practice Manager
Estelle Unit - District Manager
264 FM 3478
Huntsville, Texas 77320-3320
936/231-4200

14  Bryan Allison, Recruiting Manager
Supplemental Health Care
3040 Post Oak Blvd. #1200
Houston, TX 77056
713-965-9998

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        C. ANDREW WEBER
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        ROBERT B. O'KEEFE
        Chief, General Litigation Division

        _____
        SAM LIVELY
        Assistant Attorney General
        Texas Bar No. 12435300
        General Litigation Division
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711
        Phone No. (512) 463-2120
        Fax No. (512) 320-0667

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via certified mail, return receipt requested, on January 27, 2010, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

SAM LIVELY
Assistant Attorney General