IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE NANCY F. ATLAS:

Defendants, The University of Texas Medical Branch and David Watson, file this Notice of Appearance. In support thereof, Defendants would show the Court as follows:

Defendants hereby notify the Court that David G. Halpern, Assistant Attorney General, will be appearing in this case along with Assistant Attorney General Sam Lively. Mr. Lively will remain as lead attorney. Mr. Halpern is admitted to practice in the Southern District of Texas and is a member in good standing with the State Bar of Texas.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

>                                           ROBERT B. O'KEEFE
>                                           Chief, General Litigation Division
>
>
>                                           */s/ David G. Halpern*
>                                           DAVID G. HALPERN
>                                           Texas Bar No. 00790812
>                                           Southern District I.D. No. 18301
>                                           SAM LIVELY
>                                           Texas Bar No. 12435300
>                                           Southern District I.D. No. 918661
>                                           Attorney-in-Charge
>                                           Assistant Attorneys General
>                                           General Litigation Division
>                                           P.O. Box 12548, Capitol Station
>                                           Austin, Texas 78711-2548
>                                           (512) 463-2120
>                                           (512) 320-0667 FAX
>
>                                           **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' Notice of Appearance was served via the Court's *ECF system* on February 12, 2010, to:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

>                                           */s/ David G. Halpern*
>                                           DAVID G. HALPERN
>                                           Assistant Attorney General