UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jackie Fisher

                Plaintiff,

v.                                                           Case No.: 4:08−cv−01273
                                                            Judge Nancy F. Atlas

University of Texas Medical Branch, et al.

                Defendant.

TYPE OF CASE:                 Civil

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      NOTICE of Setting. Parties notified. Jury Selection set for 3/9/2010 at 09:00 AM in Courtroom 8B before Judge Nancy F. Atlas, filed. (sashabranner, )

**PLACE**
HOUSTON DIVISION
United States District Court
515 Rusk Ave

Houston, TX
77002

February 16, 2010

                                                                 s/ Clerk of Court, Clerk
                                                  s/ Shelia Ashabran sashabranner, Deputy Clerk