IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|       Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-cv-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|       Defendants. | § | |

## JOINT MOTION TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER

Plaintiff and Defendants ask the court to extend the deadline for the parties to file their joint pretrial order, as authorized by Federal Rule of Civil Procedure 16(b)(4).

1. Plaintiff is Jackie Fisher; Defendants are the University of Texas Medical Branch ("UTMB") and David Watson.

2. The Joint Pretrial Order is due to be filed today.

3. Docket Call is Monday February 22, 2010.

4. Jury Selection is set for Tuesday, March 9, 2010.

5. Plaintiff and Defendants jointly request an extension of two days or until Thursday, February 18, 2010 to file their Joint Pretrial.

6. Plaintiff and Defendants filed this motion before the expiration of the deadline.

7. Due to unavoidable constraints placed on counsel, Plaintiff and Defendants assert that the Court will be presented with a much better product, with additional time to refine the proposed order and Joint Jury Instructions The court may grant a request to modify the scheduling order for good cause. Fed. R. Civ. P. 16(b)(4).

8. Plaintiff and Defendants' joint request to modify the scheduling order is for good cause and is not intended to delay these proceedings. *See* Fed. R. Civ. P. 16(b)(4).

For good cause shown, Plaintiff and Defendants ask the court to extend the time to file their Joint Pretrial Order and Attachments from February 16, 2010 until Thursday, February 18, 2010.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF JO MILLER, P.L.L.C.<br>By: /s/   Jo Miller<br>JO MILLER<br>Attorney-in-Charge<br>Texas Bar No. 00791268<br>Southern District Bar No:  20385<br>505 North Main<br>Carriage House<br>Conroe, Texas 77301<br>Tel. (936) 539-4400<br>Fax: (936) 539-4409<br>jmiller@jomillerlaw.com<br>Attorney for Plaintiff, Jackie Fisher | ATTORNEY GENERAL FOR THE STATE OF TEXAS<br>By: /s/ Sam Lively<br>SAM LIVELY<br>Attorney-in-Charge for Defendants<br>Texas Bar No. 12435300<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>Tel: (512) 463-2120<br>Fax: (512) 320-0667<br>sam.lively@oag.state.tx.us<br>Attorney for Defendants,<br>University of Texas Medical Branch & David Watson |

### NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 16th day of February, 2010.

/s/ Jo Miller
JO MILLER