**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JACKIE FISHER** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:08-CV-01273** |
| | | |
| | § | |
| | § | **Jury Demanded** |
| | § | |
| **UNIVERSITY OF TEXAS** | § | |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
| **Defendants.** | § | |

**ORDER ON PARTIES JOINT MOTION TO
EXTEND THE TIME TO FILE THE PRETRIAL ORDER**

After considering the Parties Joint Motion to Extend the Deadline to file the Pretrial Order,

the court GRANTS the joint motion and extends the deadline to file the Joint Pretrial Order from

February 16, 2010 until Thursday, February 18, 2010.


SIGNED on _____, 2010.


_____
Honorable Nancy F. Atlas
U.S. DISTRICT JUDGE