IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|       Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| | § | Jury Demanded |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|       Defendants. | § | |

**PLAINTIFF'S OBJECTIONS TO
AUTHENTICITY OF DEFENDANT'S EXHIBITS**

Pursuant to this Court's Procedural Rule 11B and 11C, and within three business days of February 12, 2010, the date Plaintiff and Defendants exchanged and made their exhibits available to each opposing party for authentication, Plaintiff hereby notices Defendants and files her OBJECTIONS to the following exhibits proposed by Defendants, based on lack of authenticity as required for admissibility under FRE Rule 902:

| | | |
|---|---|---|
| D-1  | D-27 | D-45 |
| D-3  | D-29 | D-46 |
| D-4  | D-33 | D-68 |
| D-6  | D-34 | D-69 |
| D-13 | D-38 | D-70 |
| D-14 | D-42 | |
| D-16 | D-44 | |

1

Plaintiff respectfully requests the above noted exhibits be excluded from trial based on FRE Rule 902.

                Respectfully submitted,

By: /s/    Jo Miller

    JO MILLER
    Attorney-in-Charge
    Texas Bar No. 00791268
    Southern District Bar No:  20385
    The Parsonage at 505 North Main
    Carriage House
    Conroe, Texas 77301
    Tel. (936) 539-4400
    Fax: (936) 539-4409
    Attorney-in-Charge for Plaintiff,
    Jackie Fisher

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 17th day of February, 2010.

    /s/   Jo Miller
    JO MILLER

3

## CERTIFICATE OF SERVICE

I hereby certify that, a true and correct copy of the foregoing *"Plaintiff's Objections to Authenticity of Defendant's Exhibits"* was served electronically on February 17, 2010 to Defendants' counsel of record as follows:

Sam Lively
sam.lively@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol station
Austin, Texas 78711
Tel: (512)463-2120

/s/ *Jo Miller*
Jo Miller,
Attorney-in-Charge for Plaintiff,
Jackie Fisher