IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| | § | **Jury Demanded** |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
|     Defendants. | § | |

### ORDER ON PLAINTIFF'S OBJECTIONS TO AUTHENTICITY OF DEFENDANT'S EXHIBITS

The following Rulings are hereby made on Plaintiff's OBJECTIONS to Defendants' proposed exhibits, based on lack of authenticity as required for admissibility under FRE Rule 902, and IT IS ORDERED:

| | Sustained | Denied |
|---|---|---|
| D-1 | _____ | _____ |
| D-3 | _____ | _____ |
| D-4 | _____ | _____ |
| D-6 | _____ | _____ |
| D-13 | _____ | _____ |
| D-14 | _____ | _____ |
| D-16 | _____ | _____ |

1

D-27 _____ _____

D-29 _____ _____

D-33 _____ _____

D-34 _____ _____

D-38 _____ _____

D-42 _____ _____

D-44 _____ _____

D-45 _____ _____

D-46 _____ _____

D-68 _____ _____

D-69 _____ _____

D-70 _____ _____

Signed _____, 2010

_____
The Honorable Nancy F. Atlas