IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID Watson | § | |
| | § | |
| *Defendants*. | § | |

AMENDED TRIAL WITNESS LIST OF DEFENDANTS

Defendants, University of Texas Medical Branch and David Watson, hereby serves and files this, their Amended Trial Witness List, as required by the FEDERAL RULES OF CIVIL PROCEDURE, Rules 26(1)(3)(A)(i)&(ii).

### *Defendant Expects to Present:*

1. David Watson
   c/o Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol station
   Austin, Texas 78711
   Tel: (512)463-2120

2. Mary Gotcher
   c/o Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol station
   Austin, Texas 78711
   Tel: (512)463-2120

3. Melvin Williams UTMB Correctional Managed Care
   Director of EEO
   301 University Boulevard
   Galveston, Texas 77555-1008
   409/747-2600

4. Sandy Rader
   UTMB - Human Resource
   3009A Highway 30 West
   Huntsville, Texas 77340

5. Georgia Melton
   11937 U.S. Highway 271
   Tyler , Texas   75708-3154

6. Jonathan Hulme, M.D.
   17125 Red Oak Drive
   Suite 110
   Houston, Texas 77090
   281/537-7784

7. Nancy Lauder
   c/o UTMB-Managed Care
   3009-A. Highway 30
   West Huntsville, TX 77340
   (936) 437-3501.

8. Ms. Moreau
   c/o UTMB-Managed Care
   3009-A. Highway 30
   West Huntsville, TX 77340
   (936) 437-3501.

9. Mary Ann Anderson
   c/o UTMB-Managed Care
   3009-A. Highway 30
   West Huntsville, TX 77340
   (936) 437-3501.

10. Victor Aguilar
    c/o UTMB-Managed Care
    3009-A. Highway 30 West
    Huntsville, TX 77340
    (936) 437-3501.

11. John Pemberton
    c/o UTMB-Managed Care
    3009-A. Highway 30 West
    Huntsville, TX 77340
    (936) 437-3501.

12. Ann Elise Darby
    c/o Huntsville Memorial Hospital
    110 Memorial Hospital Drive Huntsville, TX
    Phone (926) 291-3411
    Cell (926) 438-2875
    Home (936) 295-3316

13. Denise Box, District Practice Manager
    Estelle Unit - District Manager
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200

14  Bryan Allison, Recruiting Manager
    Supplemental Health Care
    3040 Post Oak Blvd. #1200
    Houston, TX 77056
    713-965-9998

15. Kim Roddey
    c/o UTMB-Managed Care
    3009-A. Highway 30 West
    Huntsville, TX 77340
    (936) 437-3501.

        Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        C. ANDREW WEBER
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        ROBERT B. O'KEEFE
        Chief, General Litigation Division

        /s/Sam Lively
        SAM LIVELY
        Assistant Attorney General
        Texas Bar No. 12435300
        General Litigation Division

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via electronic notification, on February 18, 2010, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sam Lively
　　　　　　　　　　　　　　　　　　　　　　SAM LIVELY
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General