IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| Defendants. | § | |

## MOTION TO EXCLUDE

1) Document which have highlighted/underlined or otherwise altered beyond what was in the original.

Fisher, 3, 4, 6, 7, 11, 27 (100432-100434), 28, 30, 34 (100188), 43, 44 (200523, 200524, and 200526), 48 (101132, 101133, 101134, 101135, 101136), 49, 77 (000125), 80, 93, (200180-200182), 69 (200144-200146, 200148, 200150, 200156, 200165, 200169, 200171.)

2) Hearsay and conclusory statements made by Jackie Fisher in her grievances.

Fisher 8 (100308, 310), 14 (100306), 15 (100148), 18 (100229, 100292, 100293, 100294, 100295, 100296, 100298, 100299), 24 (100126, 100127).

3) Relevancy and Hearsay

Fisher 24 (100125, 100128, 100129, 100130, 1009131, 100139)

25 (200344, 200345, 200346, 200353, 200354, 200354, 200344)

33, relevancy and hearsay

36, Hearsay - (100214, 100215)

40, Hearsay - (100304)

42, Hearsay - (100302)

48: Relevancy-hearsay, identifying information as to inmate (101131).

50 :Not proper exhibit, irrelevant, not for jury to decide

51: Relevancy, hearsay and identifying information.

52: Relevancy, hearsay and identifying information.

53: Relevancy, hearsay and identifying information.

54: Relevancy, hearsay and identifying information.

55: Relevancy, hearsay and identifying information.

56: Relevancy, hearsay and identifying information.

59: Relevancy, hearsay and identifying information

60: Relevancy, hearsay and identifying information

62: Relevancy, hearsay and identifying information.

63: Relevancy, hearsay and identifying information.

94:Relevancy, hearsay and identifying information.

68: Hearsay (200014)

70: Prejudice, relevancy, hearsay

72: Hearsay, relevancy

87: Hearsay (100302)

88: Hearsay (100304)

100: Not proper exhibit, irrelevant, not for jury to decide.(100190),

102: Prejudice out weights probative value, hearsay, untrustworthy.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

    /s/Sam Lively
SAM LIVELY
Assistant Attorney General
Texas Bar No. 12435300
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via electronic notification, on February 18, 2010, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

            /s/Sam Lively
SAM LIVELY
Assistant Attorney General