**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JACKIE FISHER | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID Watson | § | |
| | § | |
| *Defendants*. | § | |

AMENDED TRIAL WITNESS LIST OF DEFENDANTS

Defendants, University of Texas Medical Branch and David Watson, hereby serves and

files this, their Amended Trial Witness List, as required by the FEDERAL RULES OF CIVIL

PROCEDURE, Rules 26(1)(3)(A)(i)&(ii).

***Defendant Expects to Present:***

1.    David Watson
    c/o Assistant Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol station
    Austin, Texas 78711
    Tel: (512)463-2120

2.    Mary Gotcher
    c/o Assistant Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol station
    Austin, Texas 78711
    Tel: (512)463-2120

3.    Melvin Williams UTMB Correctional Managed Care
    Director of EEO
    301 University Boulevard
    Galveston, Texas 77555-1008
    409/747-2600

Case 4:08-cv-01273 Document 60 Filed in TXSD on 02/18/10 Page 2 of 4

4.      Sandy Rader
        UTMB - Human Resource
        3009A Highway 30 West
        Huntsville, Texas 77340

5.      Georgia Melton
        11937 U.S. Highway 271
        Tyler , Texas   75708-3154

6.      Jonathan Hulme, M.D.
        17125 Red Oak Drive
        Suite 110
        Houston, Texas 77090
        281/537-7784

7.      Nancy Lauder
        c/o UTMB-Managed Care
        3009-A. Highway 30
        West Huntsville, TX 77340
        (936) 437-3501.

8.      Ms. Moreau
        c/o UTMB-Managed Care
        3009-A. Highway 30
        West Huntsville, TX 77340
        (936) 437-3501.

9.      Mary Ann Anderson
        c/o UTMB-Managed Care
        3009-A. Highway 30
        West Huntsville, TX 77340
        (936) 437-3501.

10.     Victor Aguilar
        c/o UTMB-Managed Care
        3009-A. Highway 30 West
        Huntsville, TX 77340
        (936) 437-3501.

11.     John Pemberton
        c/o UTMB-Managed Care
        3009-A. Highway 30 West
        Huntsville, TX 77340
        (936) 437-3501.

Case 4:08-cv-01273 Document 60 Filed in TXSD on 02/18/10 Page 3 of 4

12.     Ann Elise Darby
        c/o Huntsville Memorial Hospital
        110 Memorial Hospital Drive Huntsville, TX
        Phone (926) 291-3411
        Cell (926) 438-2875
        Home (936) 295-3316

13.     Denise Box, District Practice Manager
        Estelle Unit - District Manager
        264 FM 3478
        Huntsville, Texas 77320-3320
        936/231-4200

14      Bryan Allison, Recruiting Manager
        Supplemental Health Care
        3040 Post Oak Blvd. #1200
        Houston, TX 77056
        713-965-9998

15.     Kim Roddey
        c/o UTMB-Managed Care
        3009-A. Highway 30 West
        Huntsville, TX 77340
        (936) 437-3501.

                                        Respectfully submitted,

                                        GREG ABBOTT
                                        Attorney General of Texas

                                        C. ANDREW WEBER
                                        First Assistant Attorney General

                                        DAVID S. MORALES
                                        Deputy Attorney General for Civil Litigation

                                        ROBERT B. O'KEEFE
                                        Chief, General Litigation Division


                                         /s/Sam Lively
                                        _____
                                        SAM LIVELY
                                        Assistant Attorney General
                                        Texas Bar No. 12435300
                                        General Litigation Division

Case 4:08-cv-01273 Document 63-4 Filed on 02/18/10 in TXSD Page 4 of 4

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone No. (512) 463-2120
Fax No. (512) 320-0667

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and forgoing document has been sent via electronic notification, on February 18, 2010, to the following individual:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

/s/ Sam Lively
SAM LIVELY
Assistant Attorney General