# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JACKIE FISHER** § | |
|      **Plaintiff,** § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:08-cv-01273 |
| § | |
| **UNIVERSITY OF TEXAS** § | Jury Demanded |
| **MEDICAL BRANCH and** § | |
| **DAVID WATSON** § | |
|      **Defendants.** § | |

## ORDER ON
## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS
## AND OPPOSED MOTION TO EXCLUDE

| No. | PLAINTIFF's OBJECTIONS | SUSTAINED | DENIED |
|---|---|---|---|
| **D-1** | .Three disjointed unrelated E-mails....nothing about them suggests they are a string or are related<br>.Confusion of the Issues, FED. R. EVID., Rule 403<br>.Authenticity under FED. R. EVID., Rule 901<br>.Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805 | | |
| **D-2** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805<br>.Incomplete: "RE: RE: RE:"<br>.In fairness for admissibility, Plaintiff demands introduction of the complete E-mail string under FED. R. EVID., Rule 106 "Remainder of Related Writings or Recorded Statements"<br>.Complete E-mail string not produced as required under Fed.R.Civ.P., Rule 26(a)(3) | | |
| **D-4** | .Authenticity under FED. R. EVID., Rule 901<br>.Hearsay under .FED. R. EVID., Rule 802 | | |

| | | | |
|---|---|---|---|
| **D-5** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-6** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-7** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-8** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-9** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-10** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-11** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-12** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-13** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-14** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-15** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805. | | |
| **D-16** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-24** | Duplicate of Exhibit D-17. | | |
| **D-27** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-29** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901.<br>Relevance under Fed. R. Evid., Rule 402. | | |
| **D-33** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-34** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |
| **D-35** | Hearsay under Fed. R. Evid., Rule 802.<br>Hearsay within Hearsay under Fed. R. Evid., Rule 805.<br>Authenticity under Fed. R. Evid., Rule 901. | | |

| | | | |
|---|---|---|---|
| **D-37** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805 | | |
| **D-38** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805<br>.Authenticity under Fed. R. Evid., Rule 901 | | |
| **D-39** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805 | | |
| **D-40** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805 | | |
| **D-42** | .Authenticity under Fed. R. Evid., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-43** | .In fairness for admissibility, Plaintiff demands introduction of the complete Report including attachments under Fed. R. Evid., Rule 106 "Remainder of Related Writings or Recorded Statements"<br>.Complete Report and attachments not produced as required under Fed. R.Civ. P Rule 26(a)(3)<br>.See P-44 | | |
| **D-44** | .Authenticity under Fed. R. Evid., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-45** | .Authenticity under Fed. R. Evid., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-46** | .In fairness for admissibility, Plaintiff demands introduction of the complete Report including attachments under Fed. R. Evid., Rule 106 "Remainder of Related Writings or Recorded Statements"<br>.Missing Page one and Fisher responses<br>.Authenticity under Fed. R. Evid., Rule 901<br>.See P-75 | | |
| **D-54** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805 | | |
| **D-57** | .Not deposition Exhibit as represented<br>.Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805<br>.Authenticity under Fed. R. Evid., Rule 901 | | |

| | | | |
|---|---|---|---|
| **D-58** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805 | | |
| **D-62** | .Duplicate D-18 | | |
| **D-64** | .Duplicate D-7 | | |
| **D-67** | . Relevance under Fed. R. Evid., Rule 402<br>.Not of a relevant time period | | |
| **D-68** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805<br>.Authenticity under Fed. R. Evid., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-70** | .Hearsay under .Fed. R. Evid., Rule 802<br>.Hearsay within Hearsay under .Fed. R. Evid., Rule 805<br>.Authenticity under Fed. R. Evid., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |

Dated_____, 2010.

_____
The Honorable Nancy F. Atlas