RE: Your recollections are needed                                      https://webmail.utmb.edu/exchange/dwwatson/Inbox/RE:%20Your..

Reply  Reply to all  Forward  |  Close                                                                                    Help

From:      Aguilar, Victor                                                          Sent: Sun 5/7/2006 12:46 PM
To:        Watson, David W.
Cc:
Subject:   RE: Your recollections are needed
Attachments:
                                                                                    View As Web Page

-----Original Message-----
From: Watson, David W.
Sent: Thu 5/4/2006 9:55 AM
To: Aguilar, Victor
Cc:
Subject: Your recollections are needed

1. During one of our conversations I mentioned we had not had a staff meeting since Ms. Fisher had taken over the RMF. Staff had numerous questions and Ms. Fisher would state "we will discuss it at our staff meeting" the staff meeting was put off numerous times. The first meeting was in October after you informed me you were going to reminded her of this matter after our conversation.
Communications between Ms. Fisher and I were very limited.

2. The first staff meeting was in October. The response was good for the most part some of the questions were answered during the meeting.

3. I felt I could not learn from Ms. Fisher due to the lack of communication from her. Her expectations were unclear. I did not know where I stood with her-- I felt she did not trust me enounqh to communicate issues.

4. Ms. Fisher once told me that through talks with staff she thought "I was cutting her throat". She would not reveal her source as for me to confront them on their allegations. There was no truth to these allegations and when we talked through it I felt the problem was resolved.

5. There were staff changes or processes implemented that I would find out after the fact through staff.  When I questioned staff as to why they were doing things differntly they would inform me this is the way Ms. Fisher wants it done-- upon investigation this was indeed correct. As for staff assignments etc. I once called HS and found out a nurse was doing overtime for us-- I had never heard of the nurse nor that she was doing overtime for us Ms. Fisher had arranged it I was never informed of this and other staffing changes.

6. I was informed by much of the staff that they were being retaliated against by Ms. Fisher. Many did not want their problems addressed due to fear of retaliation by her. Many of the units problems were not addressed due to fear of retaliation.

EXHIBIT
D-1
CA 4:08-cv- 01273

5/7/2006 10:28 PM

UTMB-021!

7. During our meeting on March 10th we had to resolve the problems at the RMF we decided that lack of communication was one of the main problems-- it was decided that we (NM and ANMs) would meet at a minimum of at least once a week. There were no weekly meetings.

8. Ms. Fisher told both of us (ANMs) that she did not trust us. She further went on and said that she told Ms. Gotcher that the ANMs were the reason she could not do her job.

9. As you know you would from time to time ask me about things and I would inform you of potential problems. They were between you and I. Ms. Fisher told me you had told her these things and that I should not discuss these things even if you approached me and asked. She made it sound as if the level of confidence between you and I was betrayed by you.

10. During the meeting you informed us to the potential changes in the horizon concerning Obs beds in the ER. It was in the planning stages and that you would fill us in later on the particulars.

11. You stated we would have 3 Obs beds and we would need 3 cardiac monitors. You discussed that we would just need them to print a strip and have a monitor screen.

12. I do recall the mention of a CAT team formation to address process changes or problems.

Ms. Fisher is a very knowledgable in many areas. I began to feel she did not trust me for some reason and it was very difficult to know where I stood with her. This lack of trust and communication from her had a negative impact on me as well as the other staff.

-----Original Message-----
Date: 01/06/2006 13:38
From: VICTOR AGUILAR
To: DAVID WATSON W(E);
Subject: Meeting
Re: Administrative

Hey Mr. Watson-- I am really apprehensive about having a meeting with Ms. Fisher next week. I really think it make the situation worse in the long run. I appreciate the concern but it may solve things for the time being but will make it worsein the long run. Unless she has dicussed with you that she has a problem with me then I will gladly have the meeting. I can deal with the evaluation I guess-- but I have seen first hand the result of questioning her decsions. I would like to know what I have not completed due to my "helping" other employees other than that I can deal with the other things. I may be wrong but I think we may create a grudge and it will not help the situation.
Thanks

Date: 03/30/2006 17:14
From: VICTOR AGUILAR
To: DAVID WATSON(E);
Subject: RE: Meetings
Re: Administrative

no.

------Original Message------

Date: 03/30/2006 12:21
From: DAVID WATSON
To: VICTOR AGUILAR A(E); GAIL MACCARTNEY E(E);
Subject: Meetings
Re: Administrative

As you both may recall I was very specific at our meeting on March 10, 2006 regarding the need for better communication between yourselves and Ms. Fisher. I specified that the three of you should meet at least one per week from that point forward and more often if deemed necessary.

Have you met with Ms. Fisher since that day?

David