Date: 01/09/2004 15:34
From: TERRI GIBSON
To: DAVID WATSON(E);
Subject: RE: RE: RE: Concerns
Re: Administrative

WOULD BE A SHORTER LIST TO SAY WHO HASN'T. I TRY TO MIND MY OWN BUSINESS AND NOT GET IN THE GOSSIP CIRCLE BUT A FEW OF THE NAMES WOULD BE HENLEY LVN, HOWARD CCA, PETERS RN, GIBSON CCA, DAVIS CCA, DANFORD RMA, JULYE MD...THE LIST GOES ON AND ON. IF YOU ASK, I AM SURE OTHERS WILL SPEAK UP TOO.

THERE ARE MANY WHO HAVE WITNESSED MS. FISHER BECOMING VERY ARGUMENTATIVE WITH OTHERS AND GETS LOUDER AND LOUDER WITH NEVER HEARING WHAT THE OTHER HAS SAID. YOU CAN HARDLY GET IN A FULL SENTENCE WITHOUT THIS REACTION. JUST ASK THOSE WHO WORK MORE ONE ON ONE WITH HER. I ENCOUNTER HER BRIEFLY A TIME OR TWO A WEEK SINCE SHE HAS BEEN PUT IN THE DON POSITION AND AT LEAST 4 TIMES I MYSELF HAVE WITNESSED HER UNPROFESSIONALISM 2 OF WHICH WERE IN MY OFFICE WITH PETERS, RN AND DANFORD, RMA. I CAME REAL CLOSE TO EXCUSING HER FROM MY OFFICE BOTH TIMES BECAUSE IT IS SO UNNECESSARY TO RAISE YOUR VOICE AND TALK DOWN TO THE STAFF. I AM ALSO AWARE NOT ALL THE STAFF ARE THE BRIGHTEST COLORS IN THE BOX BUT A DEGREE OF TACT IS NECESSARY. AT ONE POINT I THOUGHT SE SHOUD TAKE THE PERSON TO HER OFFICE BEHIND CLOSED DOORS AND HASH OUT THE PROBLEM, NOW THAT I HAVE SEEN MORE I FEEL A LARGE SLICE OF HUMBLE PIE MIGHT DO HER MORE GOOD.

I INVITE YOU TO COME TALK TO THE NURSES, PERHAPS SOMEDAY AT SHIFT CHANGE WHEN FISHER IS ON ANOTHER UNIT.

------Original Message------

Date: 01/09/2004 12:17
From: DAVID WATSON
To: TERRI GIBSON(E);
Subject: RE: RE: Concerns
Re: Administrative

EXHIBIT
D-2
CA 4:08-cv- 01273          UTMB_0219