
The University of Texas Medical Branch

David Watson, RN, BSN
Senior Cluster Nurse Manager
Huntsville Cluster
UTMB Correctional Managed Care
Estelle Regional Medical Facility
264 FM-3478
Huntsville, Texas 77320-3322

EXHIBIT
**D-4**
CA 4:08-cv- 01273

**TO:**   Jackie Fisher, RN, CNM

**FROM:**   David Watson, Huntsville Cluster Nurse Manager

**RE:**   Coaching Session

This document represents a written record of a coaching session as described in the new PREP process being utilized by UTMB.

A coaching session took place in my office at the Estelle RMF on the afternoon of Thursday, February 3, 2005. During that session I explained that you were not routinely meeting my expectations with regard to communication and follow-up.

Two instances have occurred in the past which cause concern for me. In summary those are:

1) In 2004 I spoke with you regarding the reassignment of a porter assigned to the medical department at the Goree facility. I made it very clear that it was my desire this person be reassigned out of the medical department. I authorized you to take whatever action you felt was necessary, including speaking directly to the unit warden. You advised me you would handle the situation. It was several weeks later that I inadvertently learned the reassignment had no taken place. At that time I made very clear to you that if you were given an assignment and for whatever reason you could not fulfill that assignment you were to advise me so that alternative resolutions might be considered. You stated you understood. It was not my concern that you were unable to fulfill the directive given you, but rather that you failed to communicate this to me after the fact.

2) I have spoken with you at length during the course of 2004 regarding our shared concerns with the performance of an assistant nurse manager under your supervision. In October-November of 2004 we spoke in your office at the Walls unit regarding a plan that involved you completing the semi-annual evaluation of this employee. This plan included that you would specifically delineate this person's performance deficiencies and that following this you would place the person on a quarterly performance review and a performance improvement plan. You agreed this would be the course of action to follow. I learned in February that you had not followed the agreed upon course.

I want to make very clear that expectations are important. It is important that we both understand the expectations we hold for one another. It is my expectation that if you are

UTMB-0224

given an assignment or it is mutually agreed that a specific course of action is to be followed that you follow it. In the event you can not do so I am to be informed so that alternate solutions may be formulated.

_____     _____
David Watson                    Date

UTMB-0225