FW:

https://webmail.utmb.edu/exchange/dwwatson/Inbox/FW:.EML?C...

Reply | Reply to all | Forward | | ▲ ▼ | × | Close

Help

From: Watson, David W.
To: Gotcher, Mary L.; Melton, Georgia P.; Rader, Sandra J.
Cc: Watson, David W.
Subject: FW:
Attachments:

Sent: Fri 4/28/2006 8:52 AM

View As Web Page

I asked Jackie and/or Samarneh to approach the Warden months ago to see why we couldn't do DMS between the RMF and HS. It made no sense that this was call for the nurses to run over for every eval on every complaint when we have the equipment available to use and especially at night when there was no conflicts with the schedule. I see it took Ms. MacCartney to get it done.

Dw

-----Original Message-----
From: MacCartney, Gail E.
Sent: Fri 4/28/2006 8:12 AM
To: Watson, David W.
Cc:
Subject:

I spoke to Wardens Guiterrez and Morgan during the quarterly meeting re: seeing HS offenders after hours via DMS for at least initial assessment. They agreed. They also agreed to close SAFP for official holidays.

EXHIBIT
D-5
CA 4:08-cv- 01273