Date:  05/01/2006 18:48
From:  MARY COTTON
To:  DAVID WATSON(E);
Subject:  RE: Question
Re:  Administrative

I never received any official information from the Nurse Manager regarding the Obs Bed Project.  I heard "grumblings" from EMS and the "changes" from Security and probably even became aware of all of the pending changes via EMS & Security.  As a matter of fact, I never heard it referred to as the "Obs Bed Project" until last week.

I do believe at some point, Mr. Aguilar told me changes were coming when I asked him, but he had been told by Ms. Fisher we were not to come to him with questions, therefore, he felt uncomfortable discussing any upcoming changes.

Hope this info helps.  Have a nice day!

mjc


------Original Message------

Date:  04/29/2006 13:01
From:  DAVID WATSON
To:  WENDY MOREAU M(E); MARY COTTON J(E); NANCY LOWDER C(E);
Subject:  Question
Re:  Administrative


Ladies,

It has been brought to my attention that at least some of you did not receive any information about the Obs bed project at the RMF through any official chain of command (Cluster Nurse Manager, Assistant Nurse Managers) until such time as I sent out the email to you.

Can you please take a few moments out of your day to answer this question:

From March 10, 2006, until March 27 2006 (or even after) did you receive any information regarding the Obs bed project from the Nursing Management at the RMF until I sent you the email?

Thank you for your time and trouble.

Sincerely,

EXHIBIT
D-8
CA 4:08-cv- 01273

UTMB-0236

Date:  05/03/2006 02:27
From:  WENDY MOREAU
To:  DAVID WATSON(E);
Subject:  RE: Question
Re:  Administrative

Mr Watson,
I never received official information from a Nurse Manager or Assistant Nurse
Manager regarding the Obs Bed Project.  I had never heard it called that till the
meeting.  I heard about some of the changes thru EMS and security.

------Original Message------

Date:  04/29/2006 13:01
From:  DAVID WATSON
To:  WENDY MOREAU M(E); MARY COTTON J(E); NANCY LOWDER C(E);
Subject:  Question
Re:  Administrative

Ladies,

It has been brought to my attention that at least some of you did not receive any
information about the Obs bed project at the RMF through any official chain of command
(Cluster Nurse Manager, Assistant Nurse Managers) until such time as I sent out the
email to you.

Can you please take a few moments out of your day to answer this question:

From March 10, 2006, until March 27 2006 (or even after) did you receive any
information regarding the Obs bed project from the Nursing Management at the RMF
until I sent you the email?

Thank you for your time and trouble.

Sincerely,

David Watson

UTMB-0237

Date: 04/30/2006 07:16
From: DAVID WATSON
To: NANCY LOWDER(E);
Subject: RE: RE: Question
Re: Administrative

Thanks. That is what I needed.

DW


------Original Message------

Date: 04/30/2006 05:30
From: NANCY LOWDER
To: DAVID WATSON(E);
Subject: RE: Question
Re: Administrative

I THINK I HAD HEARD SOME RUMORS IN MARCH, BUT THE FIRST TIME I
EVER HEARD ANYTHING OFFICIAL WAS IN ONE OF THE NURSE'S MEETING
IN MARCH.   I THINK IT WAS THE ONE THAT WAS LATER IN THE MONTH -
AROUND THE 27TH. MS. FISHER JUST MENTIONED THE PROJECT
FLEETINGLY AS IF WE SHOULD HAVE ALREADY KNOWN WHAT SHE WAS
TALKING ABOUT. THE WAY SHE MENTIONED IT MADE ME THINK THAT
SHE WOULD SIT DOWN WITH US SOON AND EXPLAIN THINGS. WHEN THAT
DIDN'T HAPPEN, I E-MAILED YOU AND ASKED IF SOMEONE WAS GOING TO
DO THAT AT SOME POINT - REMEMBER?


------Original Message------

Date: 04/29/2006 13:01
From: DAVID WATSON
To: WENDY MOREAU M(E); MARY COTTON J(E); NANCY LOWDER C(E);
Subject: Question
Re: Administrative

Ladies,

It has been brought to my attention that at least some of you did not receive any
information about the Obs bed project at the RMF through any official chain of command
(Cluster Nurse Manager, Assistant Nurse Managers) until such time as I sent out the
email to you.