Date:  09/07/2005 10:36
From:  DAVID WATSON
To:  PATRICIA FREEMAN(E);
Cc:  JACKLYN FISHER L(E); LAVINA WRIGHT(E);
Subject:  Transfer
Re:  Administrative

Ms. Freeman,

Staffing in the HV cluster is such that transfers are made on the basis of:

1.  Needs of the cluster

2.  The needs of the unit

3.  The needs of the employee

When I asked you why you desired to transfer you gave me no reason other than you just wanted to.  You informed me there were no problems where you were presently assigned. Most all of the units are presently understaffed. As a result transfers are not made lightly.

Based upon the lack a reasons presented I am presently unable to grant your request for transfer.

Sincerely

David Watson

EXHIBIT
**D-9**
CA 4:08-cv- 01273

UTMB-0239

Date:  09/08/2005 13:02
From:  PATRICIA FREEMAN
To:  DAVID WATSON W(E);
Cc:  PATRICIA FREEMAN(E);
Subject:  Transfer
Re: Administrative

during our 2 minutes conversation before you so rudely opened the door and invited me out.  i assumed you did not want to listen to what i had to said.  i never had the opportunity to explain my medicine reason for wanting to be transferred.  your professionalism and attitude was belitting and i am requesting a second meeting with you and with ms rader present.

Date: 09/18/2005 09:01
From: DAVID WATSON
To: PATRICIA FREEMAN(E);
Cc: SANDRA RADER J(E); MARY GOTCHER L(E);
Subject: RE: Transfer
Re: Administrative

Ms. Freeman,

I have given due and diligent consideration to your email. I have read and re-read it now
for over one week. The only portion of your email that I find I can agree with is the time
of the meeting.  It was indeed, approximately two minutes.

Kindly allow me to revisit my recollection of the meeting:

I asked you what I could do for you. You answered that Ms. Fisher had advised you to
meet with me as you wished to transfer to Estelle.  I asked you why. You paused for a
moment as if unsure what to say and then finally stated that you just wanted to transfer.  I
pointed out that under the current circumstances I needed a bit more of a reason for a
transfer than "just because". I felt then and I feel now that would set an impractical
precedent. As I explained in the original email (see below) transfers are granted
principally on a basis of operational needs.

I again asked you if there was a particular reason for the transfer and you replied there
was not.  I then asked you if you were happy and/or satisfied at Ferguson. I asked you if
there were any problems. You shrugged your shoulders and said there were no problems
and no dissatisfaction.

I asked you if you were happy and there were no problems then why you desired to
transfer? You replied that you just thought you would be happier at Estelle, but were not
even able to explain why you would be happier.

I confess that left with no other input from you I saw no reason to continue the
conversation. What else need be said?  At no time did you ever mention or even allude to
a medical condition. Unless you bring that up how am I to know it even exists? From my
perspective you were given several opportunities to express anything you so chose.  You
did not choose to mention your medical condition. To this date I don't know what it is you
refer to.

I might also mention that this is the first time in my career that anyone has accused me of
"belittling" them by being professional. The end of the conversation was apparently at
hand and yes, I admit I opened the door for you to make your exit. I considered that a
courtesy and not a rude behavior.

In this light I consider your email to be lacking in factual content, insubordinate in tone

and quite possibly manipulative with regard to intent.

At this time I decline to meet with you and Ms. Rader.  When you return from your
medical leave you may submit any necessary documents to Human Resources for
consideration and/or accommodation as they may apply. If Human Resources judges that
a meeting is in the best interest of the situation I will reconsider at that point.

Cordially,

David Watson

UTMB-0241

Date: 10/22/2005 06:04
From: PATRICIA FREEMAN
To: DAVID WATSON W(E);
Cc: SANDRA RADER J(E); MARY GOTCHER L(E); PATRICIA FREEMAN(E);
Subject: TRANSFER
Re: Administrative

MR WATSON,

TO MADE THIS SHORT AND SIMPLE "I DO NOT REMEMBER SOME OF
THE DIALOGUE THAT YOU HAVE PRESENT, BUT NEVER
THE LESS, MY EMAIL IN MY OPINION WAS NOT INSUBORDINATE. I HAVE
NO REASON TO MANIPULATE ANY SITUATION.
YOUR TONE AND ACTION APPEARED THAT YOU DID NOT WANT TO
DISCUSS THE ISSUE AND YOUR DECISION WAS ALREADY
MADE. AS FAR AS IM CONCERNED THIS IS A CLOSE MATTER, UNLESS I
SEE FIT TO REOPEN THRU HR

SINCERELY,

FREEMAN,LVN

P.

LITMB-0242