From: Melton, Georgia P.
Sent: Fri 4/7/2006 2:56 PM
To: Watson, David W.; Gotcher, Mary L.
Cc: Pemberton, John S.; Rader, Sandra J.
Subject: Fisher

Dear David and Mary,

Mr. Pemberton and I discussed the information provided to us. Here are our concerns and both of still recommend demoting Ms. Fisher to a Staff Nurse:

There is overwhelming evidence of her shortcomings as a supervisor and demoting her to a position of ANM (without authority) will still have a negative impact on staff and on the ability to retain or hire for any facility.

Her "bad" reputation in a supervisory position will continue to hamper any facility where she carries a title with supervisory duties.

Also, we can decide to fight an appeal now or later.

Let us know your thoughts.

Georgia

EXHIBIT
D-10
CA 4:08-cv-01273

UTMB-0250