Date: 04/05/2006 14:02
From: GAIL MACCARTNEY
To: DAVID WATSON(E);
Subject: RE: Meetings
Re: Administrative

sorry, we have not had a meeting with Ms. Fisher since the 10th.

-----Original Message-----

Date: 04/05/2006 11:03
From: DAVID WATSON
To: GAIL MACCARTNEY E(E);
Subject: Meetings
Re: Administrative

Gail,

I still don't have an answer to my email from last week. Since we all met on the 10th and I directed Ms. Fisher to hold a meeting with the Assistant Nurse Managers at a minimum of weekly, have you two had a meeting with her since that date?

Thanks

David

EXHIBIT
D-11
CA 4:08-cv-01273

UTMB-025