

Kim Roddey
Nurse Manager
Byrd Facility
UTMB Correctional Managed Care

P.O. Box 100
Huntsville, Texas 77340
936/295-5768

*Here For The Health of Texas*

## MEMO OF RECORD

There are several issues of great concern to me since Ms Fisher, ANM was demoted and transferred to the Wynne facility under my supervision.

I fully investigated the issue with the eight scalpels that came up missing shortly after her arrival to the unit. The unit providers very rarely used the particular blade size of those scalpels per statements. A new box of ten was just added to that supply in May 2006. Therefore it is virtually impossible that eight of them could have been used. The top of the box was taped but the bottom tab closure was not. I firmly believe that these scalpels were taken purposely and I do not feel like this is coincidental with Ms Fisher's arrival. Furthermore, when the Warden was notified of the missing sharps on that day, a witness tells me that when he asked Ms Fisher if she felt like the unit should be locked down, her reply was "I don't think they are missing but instead it's due to a lack of the staff being held accountable on this unit". Since she recently arrived I take both personal and professional offense to this remark as she has nothing of substance upon which to base it. I feel it reflects poorly on me and my staff and was quite reckless to say to the Senior Warden. Furthermore, I feel it reflects badly on UTMB n general.

Over the last week she has worked diligently to organize our office and move all old records to storage for retention. She did this without me being present. In the course of doing this, she made a long list of records that were "missing" and sent that long, detailed list to you. I personally found a lot of them and gave them to her. I could not locate some of the records that I know fully well were present in our office before her arrival on the unit. I know this because I personally filed in binders over the course of last several months.

About a week ago, she volunteered to work the 3 AM shift in order to "help me out" with staffing the Byrd unit. She said she would do this until an LVN at the WY unit returned from medical leave. I told her at that time that her expected date of return was two weeks but could be longer than two weeks. I made this change on the schedule and put her on 3 AM shift for the month of July just in case that LVN did not return. This served a dual purpose since it would also give her time to orient the recently hired LVN on that particular shift. This same LVN had been out on medical leave as a result of a auto accident and previous to this had only worked the evening shift. The very next day she emailed me and said that wasn't what she agreed to. I explained why I did this and thought that was the end of it. The next day, she sent another email asking why I hadn't revised the schedule after our discussion. Even though she has been assigned to take over scheduling, she still seems to expect me to make changes as staffing issues arise then when my changes do not suit her needs, she sends out the emails telling me how I should have done it.

Another issue of concern is Ms Fisher's firm devotion to making sure all communication between she and I be documented on paper or email. She is not willing to communicate verbally with me but instead chooses to email me even when I am on site at that facility. I believe in open communication and think communicating in writing is ridiculous when we are in the same building. I feel like she is intentionally trying to find or set up wrongdoings on my part due to her current work situation.

EXHIBIT
D-14
CA 4:08-cv- 01273

UTMB-0281

I have been approached by several staff members from both the Byrd and Wynne units who have expressed their concerns that she might become the Cluster Nurse Manger if I leave this position. I have had to have a lengthy discussion with one outstanding employee who is presently off on sick leave to convince her to return and give the situation a chance. I am concerned this situation could further escalate wither presence on the facility and adversely affect our ability to staff. More than one current employee transferred to my units following her assignment to the Goree/Ferguson/Huntsville cluster.

In summary, even though she has only been at the Wynne facility a short time I feel she is disruptive and undermining to the environment.