As previously reported, back on January 9, 2006, at 10:40 AM, based upon local information I was given in confidence, I contacted Supplemental Health Care and spoke with Geneva, Senior Staffing Manager. I asked her if her agency had any recorded problems from their employees working at the RMF. She informed me that there were problems with Ms. Fisher. According to her nurses Ms. Fisher was rude to them and assigned a patient load that was too high.

Today, when speaking with Ms. Fisher she remarked that she had contacted Supplemental and requested nurses and was told they didn't have any they could supply for our soon upcoming needs. As a result she was unsure how we could possibly staff the RMF in coming days. I called Supplemental at 12:07 PM and spoke with Bryan Allison who is the Recruiting Manager. I identified myself and asked him if they were having problems finding nurses for the RMF he stated that yes they were. I asked him if he could tell me why. He stated that he was glad that I called. He was aware of a problem here and had made several attempts to speak with Ms. Fisher. He had complaints from 2-3 of his nurses who did not wish to return to the RMF due to their treatment from Ms. Fisher. He said the RMF in general had a poor reputation in his agency and Ms. Fisher in particular as being "hard to work for".

I asked him if I assigned another point of contact person for his agency would that help matters. He readily agreed that might improve his ability to recruit and retain agency nurses who could work here.

On this same date at approximately 3 PM I spoke with Ms. Fisher in my office. I informed her that I had a problem. I advised her that subsequent to speaking with her and being told that Supplemental was unable to provide additional nurses I contacted them and talked to Bryan to see what the situation was. I related to her that he told me of concerns by his staff nurses and we agreed another point of contact was preferred. I asked her who she wanted to designate.

She initially stated that she was not the problem but rather the problem was their nurses wanting to work no weekends and no holidays etc. She said it wasn't fair to our staff to hire agency nurses and give them the preferred shifts over our own personnel. I agreed, but pointed out that was not what I was told by Bryan. She said if she had to do that she would just not use the agency nurses. I told her that was not an option. She was about to go out on two weeks leave, I was not sure what ANM Aguilar might do and we were short staffed as it was. I advised her that the RMF failing was just not an option.

She asked me if we could call Bryan back and speak with him on my speaker phone. I said no problem and called him immediately.

When Bryan came on the phone she stated that she was aware of his concerns and told him that the reasons he gave her for not getting nurses was they didn't want to work the schedules she had. He told her that was originally partly true but that since they had last spoken he had located other possible nurses. She went on to tell him that the two disgruntled nurses were Ms. Tune and Ms. Rogers and that she didn't want them back.

**EXHIBIT**
**D-15**
CA 4:08-cv- 01273

UTMB-0283

He agreed that might be a part of the problem but that his nurses talked to one another and the word was out that she was not a nice person and now other nurses didn't wish to come based upon the reports from their co-workers.

She asked him what was said. He said that Ms. Fisher was "Very, very rude and forceful" and that she was "hard to work under"
I asked him specifically if it was that and not the schedule issues and he confirmed to me this was the problem (Ms. Fisher's behavior).

Ms. Fisher asked for names of the nurses that were making the allegations. Bryan was uncomfortable with this request and I told him it was not necessary and not to worry about it. The concerns were what they were and that was that.

I placed Bryan on hold while I spoke with Ms. Fisher. She said she didn't want to appoint another contact person. I asked her why not? If the problem was truly the nurses and they had problems with our other staff she could be vindicated by that. She didn't want to do this. She summarized and asked me that if we designated someone else to deal with them that she didn't control the schedule? I stated no that she controlled the schedule but they would just deal in person and on the phone with someone else like Mr. Aguilar and/or Ms. MacCartney. She asked if she would have no dealing with those agency nurses at all. I said not unless there was an emergency and then I would expect her to intervene as appropriate. She stated she would rather call the other agency (Elite).

I rang Bryan back on the phone and advised him we would be in touch and thanked him for his time.

I told Ms. Fisher to check with Supplemental and let me know if they had viable candidates and if not let me know we would act accordingly.

FYI

David