## David Watson

**From:** "David Watson" <davidw269@sbcglobal.net>
**To:** "Mary Gotcher (UTMB)" <mlgotche@utmb.edu>; <gpmelton@utmb.edu>; <sjrader@utmb.edu>
**Sent:** Saturday, March 25, 2006 10:59 AM
**Subject:** Agency for RMF

FYI,

I called Elite staffing myself on Friday morning 3-24-06. Rosemary was out but the lady I spoke with informed me that Jackie had called her. She advised Jackie that she had two RNs who had security clearances and could work but no LVNs. I asked her if Jackie had requested them or had requested the clearances be attempted for the LVNs and she replied that Jackie had requested no actions during the conversation.

David

*************************************************************************************

Email to Fisher 3-24-06

Please provide me with an update on what the agency staffing situation is. Can Elite provide nurses? If not who is your point of contact person(s) for the RMF and what is available from Supplemental Staffing.

Also I spoke again with Bryan Allison from Supplemental Staffing. He informed me that he has followed-up with Ms. Cutsinger regarding the car problems. He has assured me that won't be an issue.

Please have this information to me by close of business on Monday 3-27-06.

Thanks

David

EXHIBIT
D-16
CA 4:08-cv- 01273

3/28/2 UTMB-0286