Concerns

Subject: Concerns
From: "David Watson" <dwwatson@utmb.edu>
Date: Tue, 14 Mar 2006 12:04:21 -0600
To: "Sandy Rader" <sjrader@utmb.edu>, "Mary Gotcher (UTMB)" <mlgotche@utmb.edu>, "Georgia P. Melton" <gpmelton@utmb.edu>
CC: "David SBC" <davidw269@sbcglobal.net>

This morning I received an email from Jackie Fisher asking to meet with me and Ms. Box regarding staffing issues at the RMF.

Ms. Heath, a promising RN, was just moved to the Estelle Building in lieu of accepting her resignation as she can't take the RMF atmosphere. Ms. Childers just resigned for the similar reasons. Mr. Aguilar just notified me he is planning to accept another position inside UTMB (outside this district).

I spent over two hours yesterday in my office talking to Ms. Fisher about not making mountains out of mold hills when morale is low and people already feel that she is unapproachable and retaliatory. Her attitude is that she doesn't care and that the whole situation is blown way out of proportion. She is planning to write up four nurses over what I consider a minor incident. She is also talking about writing up at least two of the ER nurses for a failure to count sharps appropriately. I suggested that before she does so she explain some of her concerns at a staff meeting and making sure that everyone knows what her concerns are and the staff have an opportunity to tighten up. Her response to me was that it was ok, .....but....it just would not be consistent with what she did at HV and that people lost merit raises over that.

She is also talking about referring numerous nurses to Peer Review. I can mitigate or even stop some of the disciplinary actions, but am reluctant to do so out of concern I will be seen as giving preferential treatment to some and not others. I can not however do anything but counsel and offer advice concerning the peer review actions. If she maintains this same course of action I fear we will be unable to meet our mission goals. Such judgments, even based upon "policy" and what Ms. Fisher considers "consistency", are rash in my estimate under the present circumstances. It is my feeling that we are seeing the result of ineffective leadership and the inability to see "the big picture" which is to meet the mission. I also feel that she is spending too much time worrying about relatively small issues.

I would also point out that agency nursing is not a good alternative. I was told when we had the last agency nurses here that three out of four refused to return after a short time here due to the way they were treated by Ms. Fisher. As documented elsewhere I personally called the agency involved and they supported this was in fact true. So even if we were willing to pay for agency nurses, we might not be able to even get them.

I am going on record that I am beginning to have some grave concerns with regard to this situation. I am further stating that I feel handicapped with regard to alternate courses of action. I humbly seek your suggestions and advice with regard to handling this matter.

David Watson, RN
Senior Cluster Nurse Manager
Huntsville District.

1 of 1

EXHIBIT
D-24
CA 4:08-cv-01273

3/25/2006 9:16 AM

UTMB-386