Date: 01/09/2006 10:39
From: DAVID WATSON
To: MARY GOTCHER L(E); SANDRA RADER J(E); GEORGIA MELTON P(E);
Subject: Supplemental Staffing issues at the RMF
Re: Administrative

Last week I was visited by several little birds who wanted to talk. One of those said that they were hearing that the Supplemental Agency Nurses did not want to work at the RMF but I was not told why.

Today at 10:40 AM I called Supplemental Staffing and spoke with Geneva. I told her who I was and what I had heard. She said she worked in the office next to the previous account manager (Tricia) who had the RMF and she had overheard thru her that the reasons the nurses didn't want to work here was that:

#1 Ms. Fisher was rude to them and
#2 The patient load was too high (33-1)

I asked Geneva to please contact me directly in the future if she received any other complaints. I provided her with both my email address and phone number.

I am making this email for the record should it ever be needed at a later date.

David Watson

*[handwritten notes:]*
Freeman friend w/ Fisher
David put stop to transfer
Freeman put in a transfer
David reluctant.
Freeman gave no reason for transfer.
Went out on health issue
Come back - lost her
reapproved.

EXHIBIT
D-27
CA 4:08-cv-01273

UTMB-399