c:\temp\57539451.tif printed by mivap. (Page 1 of 1)

Date: 01/06/2006 13:38
From: VICTOR AGUILAR
To: DAVID WATSON W(E);
Subject: Meeting
Re: Administrative

Hey Mr. Watson-- I am really apprehensive about having a meeting with Ms. Fisher next week. I really think it make the situation worse in the long run. I appreciate the concern but it may solve things for the time being but will make it worsein the long run. Unless she has dicussed with you that she has a problem with me then I will gladly have the meeting. I can deal with the evaluation I guess-- but I have seen first hand the result of questioning her decsions. I would like to know what I have not completed due to my "helping" other employees other than that I can deal with the other things. I may be wrong but I think we may create a grudge and it will not help the situation.
Thanks

EXHIBIT
D-38
CA 4:08-cv- 01273

UTMB-679

c:\temp\57539458.tif printed by mivap. (Page 1 of 1)

Date: 01/09/2006 14:48
From: DAVID WATSON
To: VICTOR AGUILAR A(E);
Subject: Eval
Re: Administrative

I just wanted to take a moment to address your concerns regarding the semi-annual eval. I don't know what you are used to but here are some of my thoughts.

I think you need to realize that you have a new supervisor and she may not grade you as have past supervisors. That is neither good nor bad, just different.

I was very surprised to read your eval in light of your previous email as it (eval) seemed pretty darn good to me. I can assure you it was better than the one I got and it was far better than some others for ANMs in this district I have seen this year.

You are in a new position with new challenges. You may have been a jam-up staff nurse, but how can you reasonably expect to walk into a new and challenging position and truly and reasonably expect to get all above average scores? Think about it. It is just not reasonable in my book.

You may hear this again later and I know you may not agree with this assessment, but....I think you tend to grade your own personal performance in relation with how happy you make other people feel. I can tell you I think that is a mistake. I have seen this play out time and time again with someone new to management. It is a common and elementary mistake for new managers. If I could give you two elements of advice to being a successful manager they would be (in this order of importance):

Grow hide like a rhinoceros because you will get plenty of hits. They won't all be fair hits, but they will keep on coming and if you let that bother you too much you will eat yourself up.

Do what you feel is right in your heart and do your best and let the chips fall where they may. You can defend doing what is correct with righteousness and you can't always say the same about making folks happy. I think you are doing a fine job, but there is room for adjustment for you and all of us. I know darn good and well I can do better than I have been doing and I aim to do so, but I am not doing a crappy job either. Same for us all

I am not saying there may not be other issues hereabouts but I have to be fair and I don't see that your eval was one of them. It looked OK to me. I am willing to work on other areas where I **do feel** changes need to be made, but when I feel someone is right I have to back that as well and in this case I think Ms. Fisher was fair on the eval. Were you fair to her?

UTMB-680

c:\temp\57539459.tif printed by mivap. (Page 1 of 1)

Date: 01/03/2006 09:44
From: VICTOR AGUILAR
To: DAVID WATSON W(E);
Subject:
Re: Administrative

I hope you and yours had some wonderful Holidays. I just wanted to let you know I am looking (have not decided anything) for other job openings. I received my evaluation and it is probably the worst I ever have received. It seems my motivation was sucked out of me. I do not want to discuss it with Ms. Fisher-- It is a bit ironic though I received high marks for caring for employees and then a note was written that sometimes I do not do my assignments because I "help them out". I have always completed what I am assigned and take on (volunteer) for things I know have to be completed. I have found that if I question her it brings us further apart so I do not want to question her. I am writing this just to make you aware that I am looking and I told you I would let you know when I was. I am not saying that I am leaving so please do not mention this to Ms. Fisher or anyone it would make things worse if I do stay. I just have never been this down and maybe it is time for me to go so I thought I'd look. I hope this is just a note to vent a bit but I did say I would let you know if I felt it was time to go. It is not safe to vent to anyone I work with because it gets distorted.     Thanks

UTMB-681