NURSING 1

| UNIT | TITLE | POSITION | EMPL# | EMPLOYEE | |
|---|---|---|---|---|---|
| ESTELLE RMF | NURSE CLINICIAN III | 52101 | 64298 | CARBY, ANN | C |
| ESTELLE RMF | NURSE MANAGER | 14180 | 226579 | UFSHAA RUDY | |
| ESTELLE RMF | PCA | 16060 | 152564 | INYANG, DONGESIT | B |
| ESTELLE RMF | PCA | 16087 | | VACANT REQ# 53110 (PAYNE) | |
| ESTELLE RMF | PCA | 12733 | 216758 | BURROW, KATHY | C |
| ESTELLE RMF | PCA | 16072 | 22203 | GISTARB, PAMELA | B |
| ESTELLE RMF | PCA | 15857 | | VACANT REQ# 82817 CREDIT) | |
| ESTELLE RMF | PCA | 15337 | 201429 | BURNS, AGATHA | B |
| ESTELLE RMF | PCA | 16078 | 147416 | NEVINS, DAVID | B |
| ESTELLE RMF | PCA | 51024 | 216714 | PLATT, DENEICE | B |
| ESTELLE RMF | PCA | 46828 | | VACANT REQ# (CRAFT) | |
| ESTELLE RMF | PCA | 15847 | 66138 | MOSLEY, JOANN | B |
| ESTELLE RMF | PCA | 14310 | 171069 | FLANBERY BETTY | C |
| ESTELLE RMF | PCA | 13887 | 172030 | POPE, PATRICIA | B |
| ESTELLE RMF | PCA | 41233 | 112690 | MORNING, THERESA | B |
| ESTELLE RMF | PCA | 15301 | 178020 | GRAY, MARTHA | C |
| ESTELLE RMF | PCA | 16075 | | VACANT REQ# 628-1 LILAVONS | |
| ESTELLE RMF | PCA | 16059 | 13182 | MASSIE LAKESHIA | B |
| ESTELLE RMF - HOLD | LVN | 15297 | | VACANT REQ# 602 4 (THOMASTEN) | |
| ESTELLE RMF - HOLD | NURSE CLINICIAN III | 17286 | | VACANT REQ# 649 (RAY) | |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN III | 15223 | 230526 | COTTON, MARY | C |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN II | 18299 | 111899 | MOREAU, WENDY | C |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN III | 15281 | | VACANT REQ# (H SAFER) | |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN III | 17366 | 231442 | LOWDER, NANCY | C |
| ESTELLE RMF (HUGHES) | LVN | 15623 | | VACANT REQ# (H AVENT) | |

EXHIBIT
**D-42**
CA 4:08-cv- 01273

UTMB-854