## VACANCY REPORT FOR HUNTSVILLE FACILITIES
## AUGUST 2005-JANUARY 2006

| DEPT | TITLE | SALARY | POSNNBR | REASON |
|---|---|---|---|---|
| CRMF/ESTELLE UNIT | PATIENT CARE ASSISTANT | 20850 | 45464 | Voluntary Resignation |
| CRMF/ESTELLE UNIT | VOCATIONAL NURSE | 37200 | 18719 | Voluntary Resignation |
| CRMF/ESTELLE UNIT | VOCATIONAL NURSE | 37121 | 16741 | Voluntary Resignation |
| CRMF/ESTELLE UNIT | NURSE CLINICIAN III - OUTPATIENT | 54000 | 15223 | Voluntary Resignation |
| CRMF/ESTELLE UNIT | PATIENT CARE ASSISTANT | 21893 | 18978 | Resigned in Lieu of Termination |
| CRMF/ESTELLE UNIT | DIALYSIS PATIENT CARE TECHNICIAN | 24518 | 37312 | Separated from Leave of Absence status |
| CRMF/ESTELLE UNIT | ASSISTANT NURSE MANAGER | 62428 | 10385 | Interagency transfer |
| CRMF/ESTELLE UNIT | VOCATIONAL NURSE | 34331 | 15628 | Voluntary Resignation |
| CRMF/ESTELLE UNIT | MEDICAL ASSISTANT, CORRECTIONAL MANAGED CARE | 28690 | 15289 | Voluntary Resignation |
| EASTHAM UNIT | VOCATIONAL NURSE | 37474 | 44985 | Voluntary Resignation |
| EASTHAM UNIT | NURSE CLINICIAN III - OUTPATIENT | 53300 | 15451 | Voluntary Resignation |
| ELLIS I UNIT | VOCATIONAL NURSE | 36421 | 16994 | Voluntary Resignation |
| FERGUSON UNIT | VOCATIONAL NURSE | 37360 | 13965 | Voluntary Resignation |
| GOREE UNIT | PATIENT CARE ASSISTANT | 27791 | 14815 | Resigned in Lieu of Termination |
| HOLLIDAY UNIT | PATIENT CARE ASSISTANT | 26176 | 13623 | Voluntary Resignation |
| HOLLIDAY UNIT | MEDICAL ASSISTANT, CORRECTIONAL MANAGED CARE | 28188 | 15016 | Voluntary Resignation |
| HOLLIDAY UNIT | PATIENT CARE ASSISTANT | 27030 | 14971 | Voluntary Resignation |
| HOLLIDAY UNIT | VOCATIONAL NURSE | 35500 | 15449 | Voluntary Resignation |
| HUNTSVILLE UNIT | VOCATIONAL NURSE | 35273 | 28699 | Terminated for Peformance |

EXHIBIT
D-44
CA 4:08-cv- 01273

UTMB-1001