| Date | Old Department | New Department | Reason for Transfer | Approval by Watson |
|---|---|---|---|---|
| 5 | CRMF/ESTELLE UNIT | CRMF/ESTELLE UNIT | Promotion | No approval necessary by Watson |
| 5 | CRMF/ESTELLE UNIT | CRMF/ESTELLE UNIT | Transferred to Estelle Position to Dialysis | Watson approved due to staffing needs in Dialysis |
| 6 | CRMF/ESTELLE UNIT | CRMF/ESTELLE UNIT | Transferred to Estelle Position to Dialysis | Watson approved due to staffing needs in Dialysis |
| 5 | COFFIELD UNIT | EASTHAM UNIT | Transferred from Palestine area to Huntsville | No approval necessary by Watson |
| 5 | HUNTSVILLE UNIT | FERGUSON UNIT | Transferred from Huntsville Unit to Ferguson Unit | Watson approved due to staffing needs at Ferguson |
| 5 | CRMF/ESTELLE UNIT | PACK I UNIT | Transferred closer to her home | No approval necessary by Watson |
| 5 | ELLIS I UNIT | MCCONNELL UNIT | Transferred to Beeville area from Huntsville | No approval necessary by Watson |
| 5 | CRMF/ESTELLE UNIT | HOLLIDAY UNIT | UTMB CMC transferred her for security purposes | Decided and approved by Watson |
| 6 | EASTHAM UNIT | TYC-CROCKETT | Transferred from a TDCJ facility to a TYC facility | No approval necessary by Watson |

EXHIBIT D-45 CA 4:08-cv-01273

UTMB-1002