Employee Name: Jacklyn Fisher

## IMPROVEMENT:

| | |
|---|---|
| Increases skills and knowledge. Values and uses input. Makes recommendations to improve work outcomes. Makes a conscientious effort to exceed ordinary expectations. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☒ Occasionally Meets<br>☐ Does Not Meet |

## SERVICE ORIENTATION:

| | |
|---|---|
| Takes initiative to make things happen. Follows through on others' questions, requests and complaints. Looks for the root cause of problems. Initiates actions for long-term solutions. Is successful in building long-term customer relationships. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☐ Occasionally Meets<br>☒ Does Not Meet |

## PERFORMANCE ORIENTATION:

| | |
|---|---|
| Establishes challenging, realistic goals. Uses resources wisely. Manages competing work priorities. Takes reasonable risks. Demonstrates proactive thinking and initiative in the face of uncertainty. Meets job standards. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☒ Occasionally Meets<br>☐ Does Not Meet |

## PART II – COMPLIANCE

**Directions:** Complete this section (either A or B) using the specific institutional compliance requirements for the position. STAFF is defined as a position with no direct reports. This includes "coordinator" and "team leader" if the position does not have direct reporting authority for the people. LEADERSHIP is defined as a position with direct reports and with the responsibility for making staffing decisions. Determine the performance level by selecting one of the categories on the right.

### A) STAFF:

| | |
|---|---|
| Employee adheres to departmental and institutional policies and internal controls. (Includes Employee Code of Conduct guide and use of unscheduled leave.) Completes mandatory training. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☐ Occasionally Meets<br>☐ Does Not Meet<br>☒ NA |

### B) LEADERSHIP:

| | |
|---|---|
| Identifies, communicates and monitors adherence to appropriate institutional policies and internal controls for department. Conducts performance appraisals in a timely manner. Completes and ensures all staff completes mandatory training. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☒ Consistently Meets<br>☐ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA |

Page 2 of 8

EXHIBIT
D-46
CA 4:08-cv-01273

3/21/05

UTMB-1641

Employee Name: Jacklyn Fisher

## PART III – JOB STANDARDS AND WORK OUTCOMES

Directions: Complete this section using the "SMART" outcomes or job standards established at the beginning of the evaluation period. (SMART = Specific, Measurable, Attainable, Relevant, Time-bound.) Outcomes may be derived from a variety of sources, e.g., institutional initiatives, prior year goals, job standards, workgroup goals, career ladders, etc. Use of weights is optional but must total to 50% if used. Determine the performance level using the categories on the right.

| | | |
|---|---|---|
| 1. | Maintains attendance at a level to accomplish all job performance expectations. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☒ Consistently Meets<br>☐ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA<br>WEIGHT |
| 2. | Conducts daily rounds providing guidance for implementation of nursing standards, policies and procedures, and directives from higher levels; provides on call schedule/coverage as needed.<br><br>Ms. Fisher has become overly concerned with minor rule violations and does not spend adequate time working with staff to resolve deficits, but rather focuses on punitive actions. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☒ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA<br>WEIGHT |
| 3. | Conducts regularly scheduled monthly meetings with staff to share information on P&P's, nursing issues, CQI findings, etc. and to foster communications, problem solving, team building and quality of work life.<br><br>Ms. Fisher had to be directed to hold her first staff meeting when she was transferred to Estelle. I mandated this after receiving complaints from staff about lack of information sharing. She did not seem to feel this was important. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☐ Occasionally Meets<br>☒ Does Not Meet<br>☐ NA<br>WEIGHT |
| 4. | Demonstrates effective interpersonal skills and a coaching approach to staff and solves problems fairly and effectively and seeks staff input; serves as a role model.<br><br>Ms. Fisher has a tendency to alienate staff. She is often abrasive in her approach. Staff complained that they fear sharing any opinion that did not agree with hers. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☐ Occasionally Meets<br>☒ Does Not Meet<br>☐ NA<br>WEIGHT |
| 5. | Provides regular communication and reports on facility operational, clinical, staffing and budgetary issues in a timely fashion. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets |

Page 3 of 8

3/21/05

UTMB-1642

| | | |
|---|---|---|
| | In February 2006 I aksed Ms. Fisher to provide me with informal weekly updates regarding operations at RMF. She failed to do so and later denied that I requested the updates. | ☐ Occasionally Meets<br>☒ Does Not Meet<br>☐ NA<br>WEIGHT |

**Employee Name: Jacklyn Fisher**

## PART III – JOB STANDARDS AND WORK OUTCOMES, Continued

| | | |
|---|---|---|
| 6. | Maintains applicable manuals to ensure currency; conducts periodic reviews; makes recommendations for changes adhering to established procedure. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☒ Consistently Meets<br>☐ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA<br>WEIGHT |
| 7. | Provides clinical and administrative supervision to facility staff using effective principles of management and leadership.<br><br>Ms. Fisher failed to convey her expectations in an effective manner to staff. She failed to use a process change that was shared with her at a Nurse Managers Meeting which she was asked to use. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☒ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA<br>WEIGHT |
| 8. | Provides guidance to staff for the delivery of care and appropriately delegates clinical nursing practice and patient care decisions that are consistent with professional standards, BNE, P&P's etc. with oversight responsibility for implementation, monitoring and evaluating.<br>Evidence indicates that adequate and effective guidance was lacking on. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☒ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA<br>WEIGHT |
| 9. | Evaluates on a periodic basis staffing plan to assure appropriate utilization of nursing staff for the delivery of safe and effective patient care in a fiscally responsible manner.<br>Ms. Fisher advised me in March that she would need a minimum of three full time agency nurses to maintain staffing at RMF. When I advised her to select an alternate contact person for the agency due to friction between herself and the agency staff she then declined to use any agency staff at all given this new set of circumstances. It was necessary for me to deal with the situation myself. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☐ Occasionally Meets<br>☒ Does Not Meet<br>☐ NA<br>WEIGHT |

Page 4 of 8

3/21/05

UTMB-1643

Employee Name: Jacklyn Fisher

## PART III – JOB STANDARDS AND WORK OUTCOMES, Continued

| | | |
|---|---|---|
| 10. | Maintains visibility to staff and promotes initiatives to enhance quality of work life and job satisfiers; address staff grievances in an equitable manner. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☒ Occasionally Meets<br>☐ Does Not Meet<br>☐ NA<br>WEIGHT |

## PART IV A – DEVELOPMENT GOALS FOR THIS REVIEW PERIOD

**Directions:** List the specific development activities for this review period. Provide comments about the individual's performance. Determine results by selecting one of the categories on the right.

**DEVELOPMENT OPPORTUNITIES:**

| | |
|---|---|
| Effectively coach and mentor assistant nurse managers to reach their maximum productivity thru guidance, support and high expectation.<br><br>Ms. Kelly, ANM for Ms. Fisher was demoted for lack of performance. Ms. Gossette and Mr. Aguilar (both ANMs) left jobs at the RMF and attributed some of this to the treatment they recevied by Ms. Fisher. | ☐ Consistently Exceeds<br>☐ Occasionally Exceeds<br>☐ Consistently Meets<br>☐ Occasionally Meets<br>☒ Does Not Meet<br>☐ NA |

## PART IV B – DEVELOPMENT GOALS FOR NEXT REVIEW PERIOD

**DEVELOPMENT OPPORTUNITIES:**

Ms. Fisher would like time to think about setting development opportunities. Will send to me June 26, 2006. Ms Roddy will also add for next review period. (still pending 6/26/06 0815)

6/26/06 0810 Ms. Fisher brought goals set for next evaluation period see attached. CuK

Page 5 of 8

3/21/05

UTMB-1650

## PART V – OVERALL ASSESSMENT

| OVERALL SCORE | | | | |
|---|---|---|---|---|
| ☐ Consistently Exceeds | ☐ Occasionally Exceeds | ☐ Consistently Meets | ☒ Occasionally Meets | ☐ Does Not Meet |

Employee Name:  Jacklyn Fisher

## PART VI – OVERALL COMMENTS AND SIGNATURES

**SUPERVISOR COMMENTS:**

Ms. Fisher was reassigned to the RMF in August of 2005. I had some concerns about her previous year's performances. I felt that assigning her to the RMF would allow me greater opportunity to personally monitor her performance.

Shortly after her arrival I began receiving complaints about her interpersonal skills and the manner in which she dealt with staff. This had previously been an issue and was addressed with her in past performance evaluations. At one time she herself set a goal of improving in this area of performance.

She failed to adequately keep staff informed of changes and her expectations. After receiving a complaint it was necessary for me to approach her in October and "suggest" that she should hold a staff meeting to keep the staff involved and informed. I later learned from staff that the meeting was appreciated and well received.

Ms. Fisher spent time focusing on relatively minor rule violations while tolerating insubordinate behaviors from other staff members. I feel her overall performance appraisal has decreased due to my ability to better perceive her actual performance first hand. She related to me on several occasions that she intended to take certain punitive actions to be consistent with previous actions she had taken elsewhere, but under closer scrutiny her actions were not consistent given the separate circumstances. She also related that she felt the need to take certain punitive actions against staff due to the fact that some actions had been taken against her. It is my opinion that this adversely affected her decision making to treat others as she had been treated as opposed to giving an unbiased assessment of the given situation and being impartial.

Ms. Fisher demonstrated that she was willing to sacrifice performance and a mission failure of the unit rather than relinquish control over agency nurses assigned to the RMF. After informing me that she required three agency nurses to adequately staff the RMF a few hours later she declined to use the same staff when she was advised to appoint another individual to act as a contact person. At that time she was unable to give me any indication how she would be able to staff the facility and she was about to go out on a minimum of 10 days medical leave. It became necessary for me to personally intervene to avoid additional problems.

Overall Ms. Fisher's performance has been severely lacking. She was demoted to an Assistant Nurse Manager in this evaluation period. She was reassigned to the Wynne Unit in Huntsville.

**EMPLOYEE COMMENTS:**

UTMB-1652

_Jackie Fisher RN_
Employee Signature

6/29/06
Date

_signature_
Supervisor Signature

6·14-06
Date

_signature_
Next Level Supervisor Signature

6/15/06
Date