Date: 01/27/2006 08:43
From: DAVID WATSON
To: GEORGIA MELTON P(E);
Subject: PER F/U PREVIOUS DISCUSSION
Re: Administrative

Georgia,


Forwarding to you FYI

Dave


Date: 01/26/2006 21:24
From: ANN DARBY
To: MARY GOTCHER L(E);
Cc: DAVID WATSON W(E);
Subject: PER F/U PREVIOUS DISCUSSION
Re: Administrative

    THIS AM MS FISHER CAME THROUGH THE ER AND **BOLDLY** TOLD ME(
AS A REMINDER) SHE DID NOT WANT THE SCHEDULE BOOK ON THE
COUNTER OR IN THE ER ( OUR WORK AREA). I POLITELY INFORMED HER
THAT I HAD TAKEN THE BOOK OUT AS MS MACCARTNEY HAD CALLED
AND NEEDED UPDATES FROM THE MASTER SCHEDULE. SHE TOOK THE
BOOK AND RETURNED IT TO THE BACK ROOM. I WAS ON THE PHONE W/ AN
EMERGENCY AND HAD TO GO BACK **AGAIN** TO GET THE BOOK.

    I CAN NOT UNDERSTAND WHY THE MASTER SCHEDULE AND THE DAILY
ASSIGNMENT SHEETS FOR THE ERMF, (WHICH I AM RESPONSIBLE FOR
WHEN NO ADMIN STAFF IS HERE), MUST BE KEPT AWAY IN AN OFFICE
THAT NURSING ONLY USES FOR MAIL AND SIGNING IN AND OUT. A MINOR
INCONVENIENCE I KNOW, BUT JUST ADDS TO FRUSTRATION WHEN IT IS
ALREADY HECTIC.

    ALSO THIS SAME DATE, ABOUT 3 PM THE PCA(MORNING) THAT WAS
ASSIGNED TO GERICENTER CAME AND GOT THE GC MEDROOM KEY TO
RUN THE PILL WINDOW. SHORTLY THEREAFTER, ANOTHER PCA(BURROW),
CAME ASKING FOR THE KEY AND INFORMED ME THAT MS FISHER HAD
CHANGED THE ASSIGNMENT AND SHE WAS NOW ASSIGNED THIS TASK.

    I ASKED  MS BURROW WHEN SHE WAS INFORMED OF THIS AND WAS
TOLD ABOUT 11AM. I THEN CALLED MR. AGUILAR RN, ANM AND ASKED IF
HE HAD BEEN MADE AWARE OF THIS CHANGE AND HE COMMENTED THAT
HE HAD NOT BEEN MADE AWARE OF THIS. AGAIN THE CHAIN OF
COMMAND, AND EFFECTIVE COMMUNICATION WAS IGNORED. I DID NOT
VERIFY WHETHER THE NURSE ON THE POD WAS INFORMED. THERE WAS
AN ENTRY ON THE ASSIGNMENTMENT "(RESTRICTIONS)". IT WOULD HAVE

EXHIBIT
**D-58**
CA 4:08-cv- 01273

Fisher-200249

BEEN HELPFUL TO ALL APPROPRIATE LICENSED STAFF TO HAVE BEEN
MADE AWARE OF THIS!!!

( A SITUATION REVEALED TO ME SEVERAL WEEKS AGO BY MS
BURKHART RN IS THAT MS BURROW HAS BEEN DOING TASKS ASSIGNED
FOR MS CRAFT N.A. FOR SOME TIME NOW. MS BURKHART HAD ASKED HER
WHY SHE WAS DOING THIS AND MS BURROW INFORMED HER THAT SHE
GOT IN TROUBLE IF THE WORK WAS NOT DONE.( EVEN IF NOT ASSIGNED
TO HER).  THEREFORE MS BURKHART HAS BEEN NOTING THE CHANGE OF
TASKS COMPLETED BY MS BURROW ON THE ASSIGNMENT SHEET.)

THE TUESDAY THAT YOU WERE HERE, I HAD THREE SUBORDINATE
STAFF COME TO THE ER.  ALL PCA'S, MS MORNING, MS CRAFT AND MS
MASSIE. ( THEY HAD JUST COME FROM MEETING W/ YOU).  THE SCHEDULE
BOOK JUST HAPPENED TO BE ON THE COUNTER FOR SHIFT CHANGE
(MINOR AJDUSTMENTS W/ SOMEONE RUNNING LATE). MS CRAFT TOOK
THE MASTER SCHEDULE OUT AND BEGAN WRITTING ON IT.  I POLITELY
INFORMED HER THAT THE BOOK WAS ONLY WRITTEN IN BY CHARGE
NURSES AND ANM'S AND WAS PROMPTLY INFORMED THAT MS FISHER
TOLD HER TO CHANGE IT WHEN SHE WAS WORKING OVER.  I DID PRESENT
THIS TO MR. AGUILAR, AND HE TOLD ME THAT THEY SHOULD NOT DO
THIS.  I THEN INFORMED HIM OF THE COMMENT MADE.  HE WAS JUST AS
SURPRISED AS I WAS.  I DON'T EVEN WRITE ON THIS SCHEDULE WITHOUT
COMMUNICATING W/ A SUPERVISOR. MS LOWDER RN ER WITNESSED THIS.

THE ER CONTINUES TO HAVE SUPPLIES MOVED, MISSING, AND NO
COMMUNICATION AS TO WHERE SENT/PUT!!!  I CAN NOT TELL YOU HOW
EMBARASSING THIS IS IN A CRISIS, NOR HOW STUPID THIS MAKES ME
FEEL.!!!( IN FRONT OF THE PATIENT, SECURITY, EMS, AND ANYONE WHO
MAY BE IN THE ER AT THE TIME.)

I WAS HOPING TO HAVE A HOME E-MAIL ADDRESS FOR YOU, AND
ANYONE ELSE I NEED TO SEND MESSAGES TO, AS I TRUELLY FEEL
UNCOMFORTABLE DOING THIS AT THE FACILITY, EVEN IF IN A SMALL
OFFICE W/ THE DOOR CLOSED.  THIS WAS SOMETHING THAT I
UNDERSTOOD WAS GOING TO BE MADE AVAILABLE.  EVEN IF IT IS NOT
YOUR HOME, BUT A WEBSITE THAT I CAN CONNECT TO FROM MY HOME
I COULD BE MORE COMFORTABLE AND CONVEY MORE INFORMATION.

THE INSTANCE OF BEING CALLED IN BY MS FISHER ON GRANTED
SCHEDULED DAY OFF, SO THAT SHE COULD MAKE A HAIR APPT,
CONVEYED AS  SOMETHING OTHER I.E. DENTIST/DOCTOR, AND BEING
TOLD I WOULD BE PAID $50.00 DOLLARS IF I WOULD DO IT.  I DID, BUT
NEVER SAW $$$, NOT TO MENTION HOW DECIEVED I FELT, WITH" AN
'IMPORTANT' APPOINTMENT THAT I DON'T KNOW IF I CAN CHANGE."

OR THE TIME I WAS GRANTED PERMISSION TO BRING IN HALLOWEEN
CANDY AND HALLOWEEN BOWLS, WHICH I ASKED FOR  AND RECEIVED
PERMISSION FROM MS FISHER . THE CANDY AND BOWLS( WHICH I PAID
FOR/ FOR THE STAFF) WERE THROWN AWAY BY MS FISHER AS THEY WERE
INAPPROPRIATE FOR THE ER.!!!  I DID LET HER KNOW MY

**Fisher-200250**

DISAPPOINTMENT IN ENTRUSTING HER WITH THIS.
TOO MUCH MORE FOR THIS SPACE. I WILL USE MY P.C. AND DOCUMENT OTHER ISSUES, AND WILL ATTEMPT TO DELIVER THEM WHEN COMPLETE. THANK YOU FOR YOUR TIME AND CONCERN IN THIS MATTER.
A.D.

Fisher-200251