| Unit | Employee Name | Title | Race | Date | Action | Explanation |
|---|---|---|---|---|---|---|
| **Huntsville** | | | | | | |
| Easham | Brophy, Calvin | Nurse Manager, Asst | W | 9/1/2006 | Demotion (ANM to Staff RN) | Falsification of sharps logbook |
| Wynne | Evers, Ron | Nurse Manager, Asst | W | 4/15/2004 | Resigned in lieu of Termination | Ineffective leadership, showed favoritism |
| Estelle | Fisher, Jackie | Nurse Manager | B | 5/6/2006 | Demotion (NM to ANM) | Ineffective communication, insubordinate attitude, failure to follow instructions, ineffective leadership/management |
| Estelle | Harris, Marty | Nurse Manager | W | 1/5/2004 | Written Reminder | Failure to follow supervisor's instructions |
| Huntsville | Kelly, Rosalyn | Nurse Manager, Asst-Out-PT | B | 3/11/2004 | Written Reminder | Failure to properly assess and intervene w/suicidal patient |
| Huntsville | Kelly, Rosalyn | Nurse Manager, Asst-Out-PT | B | 3/11/2005 | Written Reminder | Failure to accurately count sharps/instruments and report missing item |
| Huntsville | Kelly, Rosalyn | Nurse Manager, Asst-Out-PT | B | 3/24/2006 | Demotion (ANM to Staff RN) | Failure to meet minimum performance expectations |
| Huntsville | Kelly, Rosalyn | Nurse Manager, Asst-Out-PT | B | 1/31/2008 | Termination | Failure to meet minimum performance expectations, failure to administer CPR & violation of standard of nursing practice |
| Easham | Papania, William | Nurse Manager, Asst-Out-PT | W | 5/14/2009 | Resigned in Lieu of Termination | Failure to abide by Nursing Standards of care & Texas Board of Nurse Examiners Rules & Reg |
| Ferguson | Lanue, Judith | Cluster Nurse Manager | W | 5/15/2009 | Verbal Warning | For your consideration to alter the response time on December 2008 Goree Facility Disaster Drill abscil under undue press |
| Huntsville | Wright, Lavina | Nurse Manager | W | 8/24/2005 | Suspension | Instructing LVN to alter patient record |
| **Palestine** | | | | | | |
| Boyd | Coalston, Donna | Facility Nurse Manager | W | 2/24/2005 | Decision Making Day | Inability to supervise or take responsibility |
| Hutchins/WDC | Willis, Felicia | Cluster Senior Nurse Mgr | B | 5/13/2004 | Written | Failure to meet minimum performance |
| Hutchins/WDC | Willis, Felicia | Cluster Senior Nurse Mgr | B | 3/21/2005 | Termination | Violation of company Policy |
| Bradshaw | Ferguson-Wilson, Glenda | Facility Nurse Manager | Naive Am | 4/27/2005 | Written | Confidentiality issues |
| Estes | Iredell (Robinson), Debra | Nurse Manager | W | 12/6/2004 | Suspension | Minimum Performance |
| **Gatesville** | | | | | | |
| Hobby | Lori Gaskin (term 3/29/08) | Facility Nurse Manager | W | 7/26/2007 | Written Reminder | staff relations; releasing supervisor information about an employee during a staff meeting |
| John Shero | Paul Kempsky | Facility Nurse Manager | W | 1/22/2008 | Suspension | sharing inappropriate pictures with staff and during an interview |
| Mt View | Frances Beam | Facility Nurse Manager | W | 5/12/2009 | Verbal Reminder | timekeeping and not signing in/out |
| Mt View | Mark Davis | District Nurse Manager | W | 5/19/2009 | Final Verbal Reminder | security violation; bringing $71 on unit |

EXHIBIT

**D-68**

CA 4:08-cv- 01273