Back Pay for Jackie Fisher:

Attached is the following information:

1. Spreadsheet reflecting back pay amounts based on hours worked or accruals paid
   1st Payment – Amt. $3,907.41 paid on 3/30/07 check – Time period 5/5/06 – 12/15/06
   2nd Payment – Amt. $1,635.20 paid on 5/11/07 check – Time period 12/16/06 – 3/23/07
   Total back amt. was $5,542.61.
   The back pay was based on the difference of $2.92 between her previous salary as an Nurse Manager and the pay she received between 5/6/06 and 3/23/07 as an Assistant Nurse Manager.

2. Market adjustment for nursing processing effective 3/24/07, however, Ms. Fisher was not originally included in all market adjustment since the final decision had not been made by the time we processed the market adjustments. Her salary was corrected on 4/14/07 to give her the market adjustment so her regular was correct. We owed her the difference in her pay for the market adjustment for the previous pay period effective 3/24/07 (one 1 pay period). This payment was included on the 4/27/07 paycheck for the amount of $219.76

EXHIBIT
**D-70**
CA 4:08-cv- 01273

UTMB-2254

| Person # | Name | Position Number | Dept. # | Combo Code | Job Code | % of Time | Eff. Date | Pay Week | Hours | Type of Hrs. | Difference in Pay Rate | Amt. Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 163966 | Fisher, Jacklyn | 12646 | 163590 | C16629 | C1031 | 100 | 5/6/2006 | 5/6/06 - 5/19/06 | 61 | FSL | 2.92 | 178.12 |
| | | | | | | | | | 8 | FHL | 2.92 | 23.36 |
| | | | | | | | | | 11 | FVA | 2.92 | 32.12 |
| | | | | | | | | 5/20/06 - 6/02/06 | 72 | FVA | 2.92 | 210.24 |
| | | | | | | | | | 8 | FHL | 2.92 | 23.36 |
| | | | | | | | | 6/03/06 - 6/16/06 | 72 | FVA | 2.92 | 210.24 |
| | | | | | | | | | 8 | FSL | 2.92 | 23.36 |
| | | | | | | | | 6/17/06 - 6/30/06 | 8 | FHL | 2.92 | 23.36 |
| | | | | | | | | | 8 | FVA | 2.92 | 23.36 |
| | | | | | | | | | 64 | REG | 2.92 | 186.88 |
| | | | | | | | | 7/1/06 - 7/14/06 | 64 | REG | 2.92 | 186.88 |
| | | | | | | | | | 8 | HOL | 2.92 | 23.36 |
| | | | | | | | | | 8 | SL | 2.92 | 23.36 |
| | | | | | | | | 7/15/06 - 7/28/06 | 79.5 | VAC | 2.92 | 232.14 |
| | | | | | | | | | 0.5 | REG | 2.92 | 1.46 |
| | | | | | | | | 7/29/06 - 8/11/06 | 80 | REG | 2.92 | 233.6 |
| | | | | | | | | 8/12/06 - 8/25/06 | 64 | REG | 2.92 | 186.88 |
| | | | | | | | | | 15.25 | VAC | 2.92 | 44.53 |
| | | | | | | | | | 24 | OCW | 3.00 | 72.00 |
| | | | | | | | | | 40 | OCD | 2.50 | 100.00 |
| | | | | | | | | 8/26/2006 - 9/8/08 | 64 | REG | 2.92 | 186.88 |
| | | | | | | | | | 8 | SL | 2.92 | 23.36 |
| | | | | | | | | 9/9/06 - 9/22/06 | 72 | REG | 2.92 | 210.24 |
| | | | | | | | | | 8 | SL | 2.92 | 23.36 |
| | | | | | | | | 9/23/06 - 10/6/08 | 80 | REG | 2.92 | 233.6 |
| | | | | | | | | 10/7/06 - 10/20/06 | 80 | REG | 2.92 | 233.6 |
| | | | | | | | | 10/21/06 - 11/03/06 | 71 | REG | 2.92 | 207.32 |
| | | | | | | | | | 8 | VAC | 2.92 | 23.36 |
| | | | | | | | | 11/04/06 - 11/17/16 | 71.25 | CA | 2.92 | 208.05 |
| | | | | | | | | | 8.75 | VAC | 2.92 | 25.55 |
| | | | | | | | | 11/18/06 - 12/01/06 | 64 | REG | 2.92 | 186.88 |
| | | | | | | | | | 16 | VAC | 2.92 | 46.72 |
| | | | | | | | | 12/02/06 - 12/15/06 | 74.25 | REG | 2.92 | 216.81 |
| | | | | | | | | | 5.75 | VAC | 2.92 | 16.79 |
| | | | | | | | | 12/16/06 - 12/29/06 | 42.75 | REG | 2.92 | 124.83 |
| | | | | | | | | | 10.75 | HOL | 2.92 | 31.39 |
| | | | | | | | | | 24 | VAC | 2.92 | 70.08 |
| | | | | | | | | | 2.5 | SL | 2.92 | 7.30 |
| | | | | | | | | 12/30/06 - 1/12/07 | 72 | REG | 2.92 | 210.24 |
| | | | | | | | | | 8 | HOL | 2.92 | 23.36 |
| | | | | | | | | 1/13/07 - 1/26/07 | 52 | REG | 2.92 | 151.84 |
| | | | | | | | | | 24 | HOL | 2.92 | 70.08 |
| | | | | | | | | | 4 | VAC | 2.92 | 11.68 |
| | | | | | | | | 1/27/07 - 2/09/07 | 63.5 | REG | 2.92 | 185.42 |

UTMB-2255

| Person # | Name | Position Number | Dept. # | Combo Code | Job Code | % of Time | Eff. Date | Pay Week | Hours | Type of Hrs. | Difference in Pay Rate | Amt. Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 11.25 | SL | 2.92 | 32.85 |
| | | | | | | | | | 5.25 | Hol | 2.92 | 15.33 |
| | | | | | | | | 2/10/07 - 2/23/07 | 72 | REG | 2.92 | 210.24 |
| | | | | | | | | | 8 | HOL | 2.92 | 23.36 |
| | | | | | | | | 2/24/07 - 3/9/07 | 72 | REG | 2.92 | 210.24 |
| | | | | | | | | | 8 | HOL | 2.92 | 23.36 |
| | | | | | | | | 3/10/07 - 3/23/07 | 40 | VAC | 2.92 | 116.8 |
| | | | | | | | | | 34.25 | SL | 2.92 | 100.01 |
| | | | | | | | | | 6.75 | VAC | 2.92 | 16.79 |
| | | | | | | | | | | | Total: | $ 5,542.61 |
| | | | | | | | Historical Retro Amount Paid from 05/08/2007-12/15/2007 | | | | | $ 3,807.41 |
| | | | | | | | | | | | Total Owed: | $ 1,635.20 |

| | | Type | Hours | Amount | Total |
|---|---|---|---|---|---|
| Hourly Rate 05/06/06 - 03/23/06 | | REG | 374.25 | 2.92 | $ 1,092.81 |
| Corrected Hourly Rate 05/08/06 - 03/23/06 $34.34 | | HOL | 64 | 2.92 | $ 186.88 |
| | | VA | 73.75 | 2.92 | $ 215.35 |
| Difference in Hourly Rate $2.92 | | SL | 48 | 2.92 | $ 140.16 |

UTMB-2256

# MANAGED CARE

301 University Boulevard (mailing address)
Galveston, Texas 77555-1008
Telephone: (409) 747-2600
Fax: (409) 762-0311


The University of Texas Medical Branch

John S. Pemberton, SPHR
Director of Human Resources

3/9/2007

Ms. Jackie Fisher
1150 FM 2296 Road
Huntsville, TX 77340

Dear Ms. Fisher:

This letter is to notify you of UTMB's resolution of your complaint of racial discrimination and retaliation filed in April 2006. You will receive back pay from May 6, 2006 through December 15, 2006. The amount of your payment will be $3,907.41, before taxes. This will be processed through regular payroll and should appear on your statement of earnings for 3/30/07.

Sincerely,

John S. Pemberton

cc: M. Williams
M. Gotcher
S. Rader
J. Allen
K. Shingleton

Suite 917 U.S. National Bank Building, 2201 Market Street (location)

UTMB-2257

## PayCheck Earnings

**EmplID:** 153966  **Name:** Fisher,Jacklyn L

**Company:** UTM  **Pay Group:** 40H  **Pay Period End:** 03/23/2007  **Page:** 327  **Line:** 10  **Separate Check:** Regular

### Paycheck Information

| | | |
|---|---|---|
| **Paycheck Status:** Confirmed | **Paycheck Option:** Advice | **Paycheck Totals** |
| **Issue Date:** 03/30/2007 | **Paycheck Number:** 595692 | **Earnings:** 6,420.94 |
| **Off Cycle** Reprint  Adjustment  Corrected  Cashed | | |
| **Corrected Date:** | | |

### Earnings

**Begin Date:** 03/10/2007  **End Date:** 03/23/2007  **Addl Line #:** 2  **Reason:** Not Specified

**Employment Record Number:** 0  **Benefit Record Number:** 0

First  2 of 7  Last   Find | View All   Additional Data

**Salaried**
- Hours: 0.00
- Rate: 2.920000
- Earnings: 0.00
- Rate Code:

**Hourly**
- Hours: 0.00
- Rate: 0.000000
- Earnings: 0.00
- Rate Code:

**Overtime**
- Hours: 0.00
- Rate: 0.000000
- Earnings: 0.00
- Rate Code:

**Rate Used:** Hourly Rate  **Shift:** N/A  **Shift Rate:**  **FLSA Rate:**
**State:** TX  **Locality:**

### Other Earnings

Other Earnings Details 1 | Other Earnings Details 2 | Customize | Find | View All    First 1-5 of 5 Last

| Code | Description | Rate Used | Hours | Rate | Amount |
|---|---|---|---|---|---|
| XHL | Historical Holiday | Hourly Rate | 40.00 | 2.920000 | 116.80 |
| XNP | Historical NonProductiveLeave | Hourly Rate | 8.00 | 2.920000 | 23.36 |
| XRG | Historical Regular | Hourly Rate | 928.00 | 2.920000 | 2,709.76 |
| XSL | Historical Sick Leave | Hourly Rate | 93.00 | 2.920000 | 271.56 |
| XVA | Historical Vacation | Hourly Rate | 210.25 | 2.920000 | 613.93 |

UTMB-2258

Paycheck Custom Inquiry

**PayCheck Earnings**

EmplID: 153966    Name: Fisher,Jacklyn L

Company: UTM    Pay Group: 40H    Pay Period End: 03/23/2007    Page: 327    Line: 10    Separate Check: Regular

**Paycheck Information**

Paycheck Status: Confirmed    Paycheck Option: Advice

Issue Date: 03/30/2007    Paycheck Number: 595692

Off Cycle    Reprint    Adjustment    Corrected    Cashed

Corrected Date:

Paycheck Totals    Earnings: 6,420.94

**Earnings**    Find | View All    First ◄ 3 of 7 ► Last

Begin Date: 03/10/2007    End Date: 03/23/2007    Addl Line #: 3    Reason: Not Specified

Employment Record Number: 0

| Salaried | | Hourly | | Overtime | |
|---|---|---|---|---|---|
| Hours: | 0.00 | Hours: | 0.00 | Hours: | 0.00 |
| Rate: | 2.500000 | Rate: | 0.000000 | Rate: | 0.000000 |
| Earnings: | 0.00 | Earnings: | 0.00 | Earnings: | 0.00 |
| Rate Code: | | Rate Code: | | Rate Code: | |

Rate Used: Hourly Rate    Shift: N/A    Shift Rate:    FLSA Rate:

State: TX    Locality:

**Other Earnings**

Other Earnings Details 1 | Other Earnings Details 2 | Additional Data    Customize | Find | View All    First ◄ 1 of 1 ► Last

| Code | Description | Rate Used | Hours | Rate | Amount |
|---|---|---|---|---|---|
| XOC | Historical On Call-Weekday | Hourly Rate | 40.00 | 2.500000 | 100.00 |

**Special Accumulators**    Customize | Find | View All    First ◄ 1-2 of 2 ► Last

| Code | Description | Hours | Earnings | Empl Rcd # |
|---|---|---|---|---|
| RET | Retirement | 1423.25 | 6,420.94 | 0 |
| WCI | Workers Compensation Insurance | 1423.25 | 6,420.94 | 0 |

UTMB-2259

Paycheck Custom Inquiry

Page 1 of 2

New Window | Help | Customize Page

## PayCheck Earnings

**EmplID:** 153966  **Name:** Fisher, Jacklyn L

**Company:** UTM  **Pay Group:** 40H  **Pay Period End:** 03/23/2007  **Page:** 327  **Line:** 10  **Separate Check:** Regular

### Paycheck Information

| | | |
|---|---|---|
| **Paycheck Status:** Confirmed | **Paycheck Option:** Advice | **Paycheck Totals** |
| **Issue Date:** 03/30/2007 | **Paycheck Number:** 595692 | **Earnings:** 6,420.94 |
| Off Cycle  Reprint  Adjustment  Corrected  Cashed | | |
| **Corrected Date:** | | |

### Earnings

Find | View All   First ◄ 4 of 7 ► Last

**Begin Date:** 03/10/2007  **End Date:** 03/23/2007  **Addl Line #:** 4  **Reason:** Not Specified

**Employment Record Number:** 0   **Benefit Record Number:** 0

Additional Data

| Salaried | Hourly | Overtime |
|---|---|---|
| Hours: 0.00 | Hours: 0.00 | Hours: 0.00 |
| Rate: 3.000000 | Rate: 0.000000 | Rate: 0.000000 |
| Earnings: 0.00 | Earnings: 0.00 | Earnings: 0.00 |
| Rate Code: | Rate Code: | Rate Code: |

**Rate Used:** Hourly Rate  **Shift:** N/A  **Shift Rate:**  **FLSA Rate:**

**State:** TX  **Locality:**

### Other Earnings

Other Earnings Details 1 | Other Earnings Details 2   Customize | Find | View All   First ◄ 1 of 1 ► Last

| Code | Description | Rate Used | Hours | Rate | Amount |
|---|---|---|---|---|---|
| XDW | Historical On Call Weekend | Hourly Rate | 24.00 | 3.000000 | 72.00 |

### Special Accumulators

Customize | Find | View All   First ◄ 1-2 of 2 ► Last

| Code | Description | Hours | Earnings | Empl Rcd # |
|---|---|---|---|---|
| RET | Retirement | 1423.25 | 6,420.94 | 0 |
| WCI | Workers Compensation Insurance | 1423.25 | 6,420.94 | 0 |

http://ebizhr.utmb.edu/psc/ps/EMPLOYEE/HRMS/c/MANAGE_PAYROLL_PROCESS_US.E1_PAY_CHECK.USA    1/8/2010

UTMB-2260

Paycheck Custom Inquiry

Page 1 of 2

New Window | Help | Customize Page

## PayCheck Earnings

**EmplID:** 153966 **Name:** Fisher,Jacklyn L

**Company:** UTM **Pay Group:** 40H **Pay Period End:** 05/04/2007 **Page:** 329 **Line:** 9 **Separate Check:** Regular

### Paycheck Information

| Paycheck Status: | Confirmed | Paycheck Option: | Advice |
| --- | --- | --- | --- |
| Issue Date: | 05/11/2007 | Paycheck Number: | 626631 |
| Off Cycle | Reprint | Adjustment | Corrected | Cashed |
| Corrected Date: | | | |

**Paycheck Totals**
Earnings: 4,661.96

### Earnings

Find | View All   First 1 of 3 Last

**Begin Date:** 04/21/2007 **End Date:** 05/04/2007 **Addl Line #:** 3 **Reason:** Not Specified
**Employment Record Number:** 0 **Benefit Record Number:** 0

Additional Data

**Salaried**
Hours: 0.00
Rate: 2.920000
Earnings: 0.00
Rate Code:

**Hourly**
Hours: 0.00
Rate: 0.000000
Earnings: 0.00
Rate Code:

**Overtime**
Hours: 0.00
Rate: 0.000000
Earnings: 0.00
Rate Code:

**Rate Used:** Hourly Rate **Shift:** N/A **Shift Rate:** **FLSA Rate:**
**State:** TX **Locality:**

### Other Earnings

Customize | Find | View All   First 1-4 of 4 Last

| Code | Description | Rate Used | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| XHL | Historical Holiday | Hourly Rate | 64.00 | 2.920000 | 186.88 |
| XRG | Historical Regular | Hourly Rate | 374.25 | 2.920000 | 1,092.81 |
| XSL | Historical Sick Leave | Hourly Rate | 48.00 | 2.920000 | 140.16 |
| XVA | Historical Vacation | Hourly Rate | 73.75 | 2.920000 | 215.35 |

### Special Accumulators

Customize | Find | View All   First 1-2 of 2 Last

ycheck Data

New Window | Help | Customize Page

| Paycheck Earnings | Paycheck Taxes | Paycheck Deductions |

EmplID: 153966  Name: Fisher,Jacklyn L
Company: UTM  Pay Group: 40H  Pay Period End: 04/20/2007  Page: 328  Line: 9  Separate Check:

**Paycheck Information**

Paycheck Status: Confirmed  Paycheck Option: Advice

Issue Date: 04/27/2007  Paycheck Number: 614656

Off Cycle  Reprint  Adjustment  Corrected  Cashed

**Paycheck Totals**
Earnings: 3,186.52
Taxes: 700.06
Deductions: 209.34
Net Pay: 2,277.12

▽ Earnings
Find | View All  First ◀ 2 of 3 ▶ Last

Begin Date: 03/24/2007  End Date: 04/06/2007  Addl Line #: 2  Reason: Not Specified
Employment Record: 0  Benefit Record Number: 0

**Salaried**
Hours: 0.00
Rate: 37.084500
Earnings: 0.00

**Hourly**
Hours: 0.00
Rate: 0.000000
Earnings: 0.00
Rate Code:

**Overtime**
Hours: 0.00
Rate: 0.000000
Earnings: 0.00
Rate Code:

Additional Data

Rate Used: Hourly Rate  Shift: N/A  Shift Rate:
State: TX  Locality:

$ 219.76

**Other Earnings**
Customize | Find | View All  First ◀ 1-2 of 2 ▶ Last

| Other Earnings Details 1 | Other Earnings Details 2 |
| Code | Description | Rate Used | Hours | Rate | Amount |
| RNP | Retro NonProductive Leave | Hourly Rate | | | 43.95 |
| RRP | Retro Regular Pay | Hourly Rate | | | 175.81 |

▽ **Special Accumulators**
Customize | Find | View All  First ◀ 1-2 of 2 ▶ Last

| Code | Description | Hours | Earnings | Empl Rcd # |
| RET | Retirement | 80.00 | 3,186.52 | 0 |
| WCI | Workers Compensation Insurance | 80.00 | 3,186.52 | 0 |

http://ebizhr.utmb.edu/psc/ps/EMPLOYEE/HRMS/c/MAINTAIN_PAYROLL_DATA_US.PAY_CHECK.USA

UTMB-2262