IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF SUBSTITUTION OF ATTORNEY-IN-CHARGE

TO THE HONORABLE NANCY F. ATLAS:

Defendants, The University of Texas Medical Branch and David Watson, file this Notice of Appearance of attorney-in-charge. In support thereof, Defendants would show the Court as follows:

Defendants hereby notify the Court that **David G. Halpern**, Assistant Attorney General, will replace Mr. Sam Lively as attorney-in-charge. Mr. Halpern is admitted to practice in the Southern District of Texas and is a member in good standing with the State Bar of Texas.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ David G. Halpern
DAVID G. HALPERN
Attorney-in-Charge
Texas Bar No. 00790812
Southern District I.D. No. 18301
JAMES "BEAU" ECCLES
Texas Bar No. 00793668
Southern District No. 310917
DARREN G. GIBSON
Texas Bar No. 24068846
Southern District No. 1041236
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *Defendants' Notice of Substitution of Attorney-in-Charge* was served via the Court's *ECF system* on February 22, 2010, to:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301

/s/ David G. Halpern
DAVID G. HALPERN
Assistant Attorney General