IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| | § | **Jury Demanded** |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| Defendants. | § | |

**FIRST AMENDED TRIAL WITNESS LIST OF PLAINTIFF, JACKIE FISHER**

Plaintiff, JACKIE FISHER, hereby serves and files this, her First Amended Trial Witness List, as required by the FEDERAL RULES OF CIVIL PROCEDURE, Rules 26(a)(3)(A)(i) & (ii).

*Plaintiff Expects to Present:*

1. Jackie Fisher, Plaintiff
   c/o The Law Office of Jo Miller, P.L.L.C.
   505 North Main Street
   Carriage House
   Conroe, Texas 77301
   (936) 539-4400
   Plaintiff will testify concerning all material allegations and facts of this case.

2. David Watson
   c/o Assistant Attorney General
   General Litigation Division
   P.O. Box 12548, Capitol station
   Austin, Texas 78711
   Tel: (512)463-2120
   Plaintiff expects to present this witness at trial. Defendant-Plaintiff's former supervisor- will testify concerning the material aspects and factual basis of this case as well as UTMB's procedures and practices.

3.  Mary Gotcher
    c/o Assistant Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol station
    Austin, Texas 78711
    Tel: (512)463-2120
    Plaintiff expects to present this witness at trial.  Witness is expected to testify concerning Plaintiff's complaints and demotion, and treatment by Defendants and the on-site investigation conducted by Melton and Gotcher, as well as UTMB's procedures and practices.

4.  Melvin Williams
    UTMB Correctional Managed Care
    Director of EEO
    301 University Boulevard
    Galveston, Texas 77555-1008
    409/747-2600
    Plaintiff expects to present this witness at trial.  Witness is expected to testify concerning Plaintiff's complaints of discrimination and retaliation, his investigation and findings, and UTMB's response, as well as UTMB's procedures and practices.

5.  Craig Fisher
    c/o LAW OFFICE OF JO MILLER, P.L.L.C.
    505 North Main Street
    Conroe, Texas 77301
    (936) 539-4400
    Plaintiff expects to present this witness at trial. Plaintiff's husband–he will testify concerning Plaintiff's mental anguish damages and the impact on Plaintiff's family.

6.  Bobby Vincent, Medical Director, MD
    Estelle Unit- Facility Management
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial. Plaintiff's co-worker, may testify concerning the events cited in Plaintiff's appeals to UTMB, as well as UTMB's procedures and practices.

7. Patricia Freeman, Licensed Vocational Nurse (LVN)
208 Morris Lane
Huntsville, Texas 77320
936/295-5183
Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and was referenced in Plaintiff's appeal to UTMB. She may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

8. Rocio Sevilla, former Nurse Assistant
2375 US 190
Huntsville, Texas 77340
936/231-4200
Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher, and may testify concerning the request of her to provide a negative statement and her refusal, and has discoverable information concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

9. Ruby Proctor, Nurse Assistant
Estelle Unit
264 FM 3478
Huntsville, Texas 77320-3320
936/231-4200
Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

10. Jo Ann Mosley, Patient Care Assistant (PCA)
Estelle Unit
264 FM 3478
Huntsville, Texas 77320-3320
936/231-4200
Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

11. Lela Shaw, License Vocational Nurse
    2305 Siegn Drive
    Conroe, Texas 77304
    936/856-3183
    Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and investigation by Melton and Gotcher and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

12. Lowery Powers
    Physician Assistant at Ellis
    Huntsville Unit
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

13. Rosalyn Kelly, Registered Nurse (RN)
    TDCJ
    30009 A HWY 30 W
    Huntsville, Texas 77340
    936/437-4260
    Plaintiff expects to present this witness at trial. Plaintiff's former Assistant Nurse Manager at the Huntsville Unit, referenced in Plaintiff's demotion and appeal to UTMB; may testify concerning Plaintiff's supervisory skills and the daily activities on the Unit.  Also may testify concerning Defendant Watson's management and leadership style, as well as UTMB's procedures and practices.

14. William Samarneh, Practice Manager
    Holliday Unit
    295 IH- 45 North
    Huntsville, Texas 77320-8843
    936/295-8200
    Plaintiff expects to present this witness at trial, if the need arises. Plaintiff's co-worker, may testify concerning the events cited in Plaintiff's appeals to UTMB, as well as UTMB's procedures and practices.

15. Matthew Lopez
    Former Physician Assistant at the Estelle Unit
    12074 La Salle Branch
    Conroe, Texas 77304
    Plaintiff expects to present this witness at trial. Witness may testify concerning Plaintiff's supervisory skills and the daily activities on the Unit. Also may testify concerning Plaintiff's peer management and leadership style, as well as UTMB's procedures and practices.

16. Louise Fagan, CRRT
    10647 FM 1485
    Conroe, Texas 77303
    Plaintiff expects to present this witness at trial. Witness may testify concerning the daily activities on the Unit and Plaintiff's supervisory skills and leadership style, as well as UTMB's procedures and practices

17. Connie Degelia, LVN
    40 Cypress Glen
    Huntsville, Texas 77320
    936/291-4200
    Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and may testify Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

18. Jonathan Hulme, M.D.
    17125 Red Oak Drive
    Suite 110
    Houston, Texas 77090
    281/537-7784
    Plaintiff expects to present this witness at trial. This is Plaintiff's treating physician who will testify as to the medical records showing treatments for stress at work and her mental anguish damages.

*Plaintiff May Call if the Need Arises:*

19. Denise Box, District Practice Manager
    Estelle Unit - District Manager
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Mr. Watson's co-worker, may testify concerning the events cited in Plaintiff's appeals to UTMB, as well as UTMB's procedures and practices.

20. Carolynn Hicks, LVN
    Huntsville Unit
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

21. Felecia Moffett, LVN
    169 Morris Lane
    Huntsville, Texas 77340
    936/295-3390
    Plaintiff expects to present this witness at trial. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

22. Carol Warren, Register Nurse (RN)
    Palestine District Nurse Manager
    1391 FM 3328
    Tennessee Colony, Texas 75880
    903/928-2217
    Plaintiff expects to present this witness at trial, if the need arises. Witness was reassigned as Fisher's direct supervisor and is Mr. Watson's equal, may testify concerning the events cited in Plaintiff's fourth grievance, as well as UTMB's procedures and practices.

23. Sarah Benavides, RN, Staff Nurse
    Estelle Unit
    264 FM 3478
    Huntsville, Texas 77320-3320
    936/231-4200
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period, was cited as witness letter in Plaintiff's appeal, and may testify concerning Plaintiff's supervision and the daily activities on the Unit. Also may testify concerning Defendant Watson's management and leadership style, as well as UTMB's procedures and practices.

24. Norma Mason, RN
    Pack Unit
    2400 Wallace Pack Road
    Navasota, Texas 77868
    936/825-3728
    Plaintiff expects to present this witness at trial. Plaintiff's co-worker- may testify concerning Plaintiff's demotion and appeal; has discoverable information concerning Defendant Watson's management style, as well as UTMB's procedures and practices.

25. Delois Simms, PCA
    Huntsville Unit
    815 12th Street
    Huntsville, Texas 77342
    936/437-1975
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

26. Nandya Pandya, PCA
    Wynne Unit
    810 FM 2821 West and HWY 75 N
    Huntsville, Texas 77349
    936/295-9126
    Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

27.  Jane Henley, LVN
     9607 Goose Prairie Rd
     Midway, Texas 75852
     936/348-6576
     Plaintiff expects to present this witness at trial, if the need arises. Witness was under Plaintiff's supervision during the relevant time period and may testify concerning Plaintiff's supervision and the daily activities on the Unit, as well as UTMB's procedures and practices.

28.  Sharon Clay-Keith, former Physician's Assistant
     **Last known address and telephone number requested.**
     Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and of UTMB's discriminatory and retaliatory practices; and may testify concerning Plaintiff's peer management and leadership style, as well as UTMB's procedures and practices.

29.  Marilyn Peters, former RN
     Ferguson Unit
     **Last known address and telephone number requested.**
     Plaintiff expects to present this witness at trial, if the need arises. Witness may testify concerning Plaintiff's supervision and daily activities on the Unit, as well as UTMB's procedures and practices.

 

Respectfully Submitted,

LAW OFFICE OF JO MILLER, P.L.L.C.
505 North Main
Carriage House
Conroe, Texas 77301
(936) 539-4400 Tel.
(936) 539-4409 Fax


By:/s/ *Jo Miller*
   JO MILLER
   Attorney-in-Charge for Plaintiff,
   Jackie Fisher
   State Bar No.  00791268
   Federal ID Number 20385
   jmiller@jomillerlaw.com

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 22 day of February, 2010.

    /s/ *Jo Miller*
Jo Miller
Attorney-in-Charge for Plaintiff,
Jackie Fisher

## CERTIFICATE OF SERVICE

I, JO MILLER, do hereby certify that a true and correct copy of the Plaintiff's First Amended Trial Witness List was served on February 22, 2010 as follows:

Sam Lively
sam.lively@oag.state.tx.us
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol station
Austin, Texas 78711
Tel: (512)463-2120
Attorney for Defendants

    /s/ *Jo Miller*
Jo Miller
Attorney-in-Charge for Plaintiff,
Jackie Fisher