# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Jo Miller/Brittany Heard | Plaintiff |
| David Halpern/James Eccles/Darren Gibson | Defendants |

**Date**: February 22, 2009            **ERO**: Yes
**Time**: 4:05 p.m.- 6:00 p.m.         **Interpreter**:

**At the hearing the Court made the following rulings**:

Docket call held.

Parties' supplements to Defendants' Motion to Exclude regarding admissibility of the EEOC's Findings must be filed by **Monday, March 1, 2010 by 10:00 a.m.**

Plaintiff's Motion in Limine is GRANTED in part and DENIED in part in accordance with the record in open court.

Defendant's Motion in Limine is GRANTED in part and DENIED in part in accordance with the record in open court.

A final pretrial conference will be held on **March 8, 2010 at 9:30 a.m.**

**SIGNED** at Houston, Texas this 22nd day of February, 2009

*[signature]*
Nancy F. Atlas
United States District Judge