IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANTS' APPENDIX OF CASES
REGARDING EXCLUSION OF EEOC DETERMINATION LETTER**

**Cases**

1. *Bradley v. Federal Express Corp.*, No. A-04-CA-718 AWA, 2006 WL 1751775 (W.D. Tex. May 25, 2006)

2. *Bynum v. Fort Worth Independent School Dist.*, 41 F. Supp. 2d 641 (N.D. Tex. 1999)

3. *Cortes v. Maxus Exploration Co.*, 977 F.2d 195 (5th Cir.1992)

4. *E.E.O.C. v. Manville Sales Corp.*, 27 F.3d 1089 (5th Cir. 1994)

5. *Guerra v. North East Indep. School Dist.*, 496 F.3d 415 (5th Cir. 2007)

6. *Harris v. Miss. Transp. Com'n,* 329 Fed. Appx. 550 (5th Cir. 2009)

7. *Lucas v. City of Shelby*, 246 F. Supp. 2d 516 (N.D. Miss. 2002)

8. *McNeal v. Kansas City Ry.*, Civ. A. No. 05-CV-791, 2007 WL 1237934 (W.D. La. Apr. 27, 2007)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants' Appendix of Cases Regarding Exclusion of EEOC Determination Letter was served via the Court's ECF system on March 1, 2010, to:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301
*Attorney for Plaintiff*

/s/ David G. Halpern_____
DAVID G. HALPERN
Assistant Attorney General