EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2006-01987 |

Texas Workforce Commission Civil Rights Division and EEOC
*State or local Agency, if any*

**Name** (Indicate Mr., Ms., Mrs.): Ms. Jacklyn L. Fisher
Home Phone No. (Incl Area Code): [redacted]
Date of Birth: [redacted]
Street Address: [redacted]
City, State and ZIP Code: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** UTMB-CORRECTIONAL MANAGED CARE
**No. Employees, Members:** 500 or More
**Phone No.:** [redacted]
Street Address: [redacted]
City, State and ZIP Code: [redacted]

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-04-2006
Latest: 05-02-2006
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. On or about January 4, 2006, I opposed what I believed to be discrimination. Mr. David Watson, District Nurse Manager, had approved the rehire of a White individual who had been previously transferred due to attitude and behavior problems. I reminded Mr. Watson that previously, when dealing with a Black employee, he stated no one with a bad attitude and problem employees would be allowed to be transferred or rehired. I further explained that this was a different standard and we should uniformly apply policies to everyone. In an email dated January 5, 2006, Mr. Watson informed Ms. Wright that she could not hire the White individual. My opposition to perceived discrimination began a sequence of events which can only be categorize as harassment and a hostile work environment.

II. On or about January 9, 2006, Ms. Gotcher, Mr. Watson's supervisor, and Ms. Milton, HR, began an investigation of alleged complaints against me. As part of this investigation, only certain selected individuals were interviewed. I have never been provided any written or complaint against me so that I could properly respond. I was informed, by Ms. Gotcher and Ms. Milton that the investigation against me was conducted at Mr. Watson's request.

III. Mr. Watson continued his retaliatory actions towards me and the harassment created a hostile work environment. Consequently, I received a poor evaluation. On April 10, 2006, I filed an internal grievance

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

6/2/06

*Jacklyn Fisher* — Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
*Jacklyn Fisher*
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
*Shelly Wills* 6/2/06

Shelly S. Wills
My Commission Expires
January 08, 2008

PL. FISHER
H-08-01273
P-20

Fisher-200495

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 460-2006-01987 |

Texas Workforce Commission Civil Rights Division
State or local Agency, if any                                                              and EEOC

THE PARTICULARS ARE (Continued from previous page):

alleging discrimination, harassment and a hostile work environment. On April 11, 2006, I received a letter advising that I would be demoted from Cluster Nurse Manager. The letter stated I was being demoted due to continued failure to meet minimum performance expectations. I believe this demotion was in further retaliation. I am aware of similar situated White employees, with staff complaints, who have not been demoted. Further, prior to my opposition of perceived discrimination my performance was not an issue. On May 2, 2006, I received a letter advising that I was going to be demoted to an Assistant Nurse Manager and not to a Nurse Clinician III as stated in Mr. Watson's April 11, 2006 letter.

IV. I believe I have been discriminated against because of my race, Black, and subjected to retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

Fisher-200496

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

6/2/06
Date

Jacklyn Fisher
Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
Jacklyn Fisher

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Shelly S. Wills
My Commission Expires
January 08, 2008

Shelly Wills  6/2/06