IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER,<br>　　　Plaintiff,<br><br>v.<br><br><br>UNIVERSITY OF TEXAS MEDICAL<br>BRANCH and DAVID WATSON<br>　　　Defendant, | Civil Action/Criminal No. 4:08-CV-01273<br><br>Judge: Nancy F. Atlas<br>Case Manager: Sheila Ashabranner<br><br><br>Courtroom Deputy: _____<br>Court Reporter: _____<br><br><br>Proceeding: _____ |

**DEFENDANTS' AMENDED EXHIBIT LIST**

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-1a | Email from Aguilar to Watson 5/4/06 UTMB 0215-16 | | | | |
| D-1b | Email from Aguilar to Watson 1/6/06 UTMB 0217 | | | | |
| D-1c | Email from Aguilar to Watson 3/30/06 UTMB 0218 | | | | |
| D-2 | Email from Terri Gibson 1/9/04 UTMB 0219 | | | | |
| D-3 | Watson Letter to BNE 8/4/05 UTMB 0220-023 | | | | |
| D-4 | Watson coaching session UTMB 0224-0225 | | | | |
| D-5 | Email from Watson to Gotcher, et al. 4/28/06 UTMB 0226 | | | | |
| D-8 | Email string between Watson & Cotton et 5/1/06 UTMB 0236-0238 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-9 | Email string between Watson to Freeman 9/7/06 UTMB 0239-0242 | | | | |
| D-11 | Email string between Watson and McCarty UTMB 2056 | | | | |
| D-12 | Watson reply to Wiliam UTMB 0257 0276 | | | | |
| D-13 | Pipken memo 9/18/06 UTMB 0278-0279 | | | | |
| D-14 | Roddy memo of record UTMB 0281-0282 | | | | |
| D-16 | Email string between Watson to Fisher/Gotcher 3/25/06 UTMB 0286 | | | | |
| D-17 | Email string between Watson & Rader, et al. 3/14/06 UTMB 0288 | | | | |
| D-18 | Email string between Watson to Rader et al. 3/25/06 UTMB 0289-0290 | | | | |
| D-19 | Email Watson to Gotcher 5/3/06 UTMB 0291 | | | | |
| D-20 | Demotion Letter to Fisher 5/2/06 UTMB 3/6/06 | | | | |
| D-21 | Notice of Intent to Demote 4/11/06 UTMB 340-343 | | | | |
| D-23 | Email string between Watson and Fisher UTMB 0383 | | | | |
| D-25 | Memo from Watson to Fisher 3/7/06 UTMB 0388-0390 | | | | |
| D-26 | Fisher semi evaluate response UTMB 0393-0394 | | | | |
| D-27 | Watson email to Gotcher 1/9/06 UTMB 0399 | | | | |
| D-28 | Watson email to Wright et al. 1/5/06 UTMB 401 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-30 | BNE Order Fisher UTMB 0409-0416 | | | | |
| D-31 | Expectation List 3/08/06 UTMB 0577-0579 | | | | |
| D-32 | Email between Watson & Fisher 4/3/06 UTMB 0581-0582 | | | | |
| D-36 | Email string Watson and Fisher 3/24/06 UTMB 0649-0652 | | | | |
| D-37 | Darby email to Gotcher, etc. 1/27/06 UTMB 0674-0676 | | | | |
| D-38a | Email from Aguilar to Watson 1/6/06 UTMB 0679 | | | | |
| D-38b | Email from Watson to Aguilar 1/9/06 UTMB 680 | | | | |
| D-38c | Email from Aguilar to Watson 1/3/06 UTMB 681 | | | | |
| D-39 | Email memo Watson to Rader, et al. 1/12/06 UTMB 0688-0695 | | | | |
| D-40 | Letter from Anderson 1/15/05 UTMB 0736-0737 | | | | |
| D-41 | Email between Anderson and Fisher 12/4/05 UTMB 0740-0742 | | | | |
| D-42 | Disciplinary action against nurses in Huntsville, 2003-pres. UTMB 0853-54 | | | | |
| D-44 | Vacancy report Huntsville Facility 8/05 - 1/06 Fisher 200129 | | | | |
| D-45 | Transfer records 05 Huntsville Facility Fisher 200123 | | | | |
| D-46 | Fisher performance evaluation '05-'06 UTMB 1639, 1641-43, 1650-53 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-47 | Fisher performance evaluation '07 UTMB 1655-1659 | | | | |
| D-48 | Fisher performance evaluation '08 UTMB 1660-1663 | | | | |
| D-49 | Email Mangum to Fisher et al. 1/11/08 UTMB 1669 | | | | |
| D-50 | Investigation report 6/10/08 UTMB 1723-1732 | | | | |
| D-51 | Email from Rader to Rembert 8/29/08 UTMB 1812-1813 | | | | |
| D-52 | Letter from Fisher to Dunn 9/2/08 UTMB 1821-1822 | | | | |
| D-53 | Email from Watson to Fisher et al. Fisher 100562 | | | | |
| D-54 | Watson Deposition Exhibit 10 Fisher 200690-200692 | | | | |
| D-55 | Watson Deposition Exhibit 4 Fisher 101190-101191 | | | | |
| D-56 | Watson Deposition Exhibit12 Fisher 100487 | | | | |
| D-57 | Watson Deposition Exhibit17 Fisher 200263-200277 | | | | |
| D-59 | Watson Deposition Exhibit 19 Fisher 100522 | | | | |
| D-60 | Watson Deposition Exhibit 20 Fisher 100526 | | | | |
| D-63 | Watson Deposition Exhibit 23 UTMB 1351 | | | | |
| D-65 | Watson Deposition Exhibit 3 Fisher 100087-100088 | | | | |
| D-66 | Watson Deposition Exhibit 6 Fisher 100843-44 | | | | |

| NO. | DESCRIPTION | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| D-69 | Correctional Manager Care Turnover Report FY 05-06 Fisher 100432-100434 | | | | |
| D-70 | Spreadsheets reflecting work pay sent to Fisher | | | | |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ *David G. Halpern*
DAVID G. HALPERN
Attorney-in-Charge
Texas Bar No. 00790812
Southern District I.D. No. 18301
JAMES "BEAU" ECCLES
Texas Bar No. 00793668
Southern District No. 310917
DARREN G. GIBSON
Texas Bar No. 24068846
Southern District No. 1041236
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the above and forgoing document was served via the Court's ECF system on March 2, 2010, to:

   Jo Miller
   505 North Main
   Carriage House
   Conroe, Texas 77301
   *Attorney for Plaintiff*

            /s/ *David G. Halpern*
            DAVID G. HALPERN
            Assistant Attorney General