**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACKIE FISHER | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-CV-01273 |
| | § | |
| UNIVERSITY OF TEXAS | § | Jury Demanded |
| MEDICAL BRANCH and | § | |
| DAVID WATSON | § | |
| | § | |
| *Defendants.* | § | |

## **DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S EXHIBITS**

| No. | Plaintiff's Description | Defendants' Objections |
|---|---|---|
| P-3 | E-mail Exchange re Pipkin and Drake (Feb. 2005) | Authenticity (highlighting)<br>Multiple, unrelated documents |
| P-4 | E-mail Exchange re Parker, Brophy, and Wright (April 19, 2005) | Multiple, unrelated documents<br>Authenticity (underlining) |
| P-6 | Memo Watson to Gotcher re Request for Agency Staff (July 25, 2005) | Authenticity (handwriting) |
| P-7 | E-mail Watson to Gotcher, Radar & Melton (Jan. 9, 2006); Notice to Staff of Meetings (Jan. 9, 2006) | Authenticity (handwriting)<br>Multiple, unrelated documents |
| P-8 | Fisher's Hostile Environment Grievance against Watson (April 10, 2006) | Hearsay |
| P-11 | E-mail Exchange between Fisher and Watson (March 27, 2006) | Authenticity (handwriting, underlining) |
| P-14 | Fisher's 2nd Harassment and | Hearsay |

1

|       | Hostile Environment Grievance against Watson (April 11, 2006) |                                         |
|-------|---------------------------------------------------------------|-----------------------------------------|
| P-15  | Appeal of Demotion (April 24, 2006)                           | Hearsay                                 |
| P-18  | Fisher Appeal of Demotion to Assistant Nurse Manager (May 11, 2006) | Hearsay                          |
| P-20  | EEOC Charge (June 2, 2006)                                    | Hearsay                                 |
| P-24  | Appeal of Demotion to Pemberton (July 3, 2006)                | Hearsay  Multiple, unrelated documents  Authenticity (handwriting) |
| P-25  | UTMB Position statement to the EEOC (Aug. 8, 2006)            | Hearsay                                 |
| P-26  | Fisher's Quarterly Evaluation (March 7, 2006)                 | Hearsay (J. Fisher response)            |
| P-27  | Historical Detail Turnover Report 2005 & 2006                 | Authenticity (handwriting)              |
| P-30  | Vacancy Rates Watson's District Facilities 2005-2006          | Hearsay  Authenticity (internet documents) |
| P-33  | Letter from Nurse Sarah Benavides re 2004 Incident (April 11, 2006) | Hearsay  Authenticity             |
| P-34  | Fisher's Meeting Agendas Estelle Unit (2005 & 2006)           | Relevance  Hearsay  Multiple, unrelated documents  Authenticity (handwriting; underlining) |
| P-35  | Kim Roddey's Meeting Agendas Wynne Unit (2005 & 2006)         | Relevance  Multiple, unrelated documents  Authenticity (handwriting) |
| P-36  | Fisher's Letter to Radar re Time frames for Grievances and Appeal (May 3, 2006) | Hearsay |
| P-37  | UTMB Grievance Policy IHOP 3.10.3.                            | Hearsay                                 |

| | | |
|---|---|---|
| | | Authenticity (internet documents) |
| P-38 | UTMB Appeals Policy IHOP 3.10.2. | Hearsay |
| | | Authenticity (internet documents) |
| P-39 | UTMB Discipline & Dismissal Policy IHOP 3.10.1. | Hearsay |
| | | Authenticity (internet documents) |
| P-40 | Fisher Discrimination Grievance (Sept. 11, 2006) | Relevance (as to Discrimination and Retaliation claims; outside statutory period) |
| | | Hearsay |
| P-41 | Letter re Grievance (August 31, 2006) | Hearsay |
| | | Authenticity |
| P-42 | Fisher Retaliation Grievance (Oct. 9, 2006) | Relevance (as to Discrimination and Retaliation claims; outside statutory period) |
| | | Hearsay |
| P-43 | Watson's Responses to OEO&D (Dec. 2006) | Authenticity (handwriting) |
| P-44 | Melvin Williams OEO&D Findings re Fisher's Discrimination Complaints (February 7, 2007) | Hearsay |
| | | Authenticity (handwriting, underlining) |
| P-47 | Watson Letter of Expectation (Sept. 17, 2004) | Relevance |
| | | Multiple, unrelated documents |
| | | Authenticity (handwriting) |
| P-48 | Notice of Peer Review (March 21, 2005) | Hearsay |
| | | Authenticity (handwriting, underlining) |
| | | Confidential offender information |
| P-49 | UTMB Peer Review Policy (Aug. 1995) | Relevance |
| | | Authenticity (highlighting, underlining) |
| P-50 | Provisions of § 217.15 re Minor Incidents | Hearsay |
| | | Authenticity |
| P-51 | Email re Inmate Death (May 25, 2006) | Relevance |
| | | Hearsay |
| | | Confidential offender information |

3

| | | |
|---|---|---|
| P-52 | Email re Inmate Death (May 26, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-53 | Email re Inmate Death (June 30, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-54 | Email re Inmate Death (August 9, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-55 | Email re Inmate Death (September 18, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-56 | Email re Inmate Death (September 29, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-59 | BNE Letter (May 19, 2005) | Confidential offender information |
| P-60 | Death Summary (Dec. 15, 2005) | Relevance<br>Hearsay<br>Confidential offender information |
| P-61 | BNE Letter (Jan. 13, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-62 | Fisher Response (February 10, 2006) | Relevance<br>Hearsay<br>Confidential offender information |
| P-63 | Fisher Response to BNE (May 12, 2006) | Relevance<br>Hearsay<br>Authenticity (handwriting)<br>Confidential offender information |
| P-68 | First Amended EEOC Charge (April 3, 2007) | Hearsay |

4

| | | |
|---|---|---|
| P-69 | UTMB Position Statement (May 14, 2007) | Hearsay<br>Authenticity (handwriting) |
| P-70 | EEOC Letter of Determination Discrimination & Retaliation (November 6, 2007) | Prejudice versus probative value<br>Hearsay |
| P-73 | Email from Marilyn Peters (04-23-04) | Relevance<br>Hearsay |
| P-75 | Performance Evaluation (06-06) | Hearsay (evaluation response) |
| P-76 | Quarterly Evaluation (03-07-06) | Hearsay (evaluation response)<br>Authenticity (handwriting) |
| P-78 | Performance Evaluation (06-04) | Relevance<br>Authenticity (underlining) |
| P-79 | Quarterly Evaluation (12-10-04) | Relevance |
| P-80 | Quarterly Evaluation (12-01-03) | Relevance<br>Authenticity (underlining) |
| P-81 | Performance Evaluation (04-03) | Relevance<br>Multiple, unrelated documents |
| P-82 | Quarterly Evaluation (03-28-02) | Relevance<br>*To be withdrawn by Plaintiff |
| P-83 | Quarterly Evaluation (12-18-01) | Relevance<br>*To be withdrawn by Plaintiff |
| P-84 | Performance Evaluation (06-01) | Relevance |
| P-87 | Grievance (10-09-06) | Relevance (as to Discrimination and Retaliation claims; outside statutory period)<br>Duplicative of P-42<br>Hearsay |
| P-88 | Grievance (09-11-06) | Relevance (as to Discrimination and Retaliation claims; outside statutory period)<br>Duplicative of P-40<br>Hearsay |
| P-89 | Paid by Letter (10-26-06) | Relevance |

5

| P-92 | Performance Evaluation (04-02) | Relevance |
|---|---|---|
| P-93 | BNE Minor Incidents | Authenticity (internet document) |
|  |  | Authenticity (underlining) |
| P-94 | Letter to Peer Review (04-13-05) | Hearsay |
|  |  | Confidential offender information |
| P-96 | Grievance (03-16-06) | Relevance (outside statutory period) |
|  |  | Hearsay |
| P-100 | Re Darby (03-30-06) | Multiple, unrelated documents |
|  |  | Relevance |
|  |  | Authenticity |
| P-101 | Fisher Current Pay Stub (01-29-10) | Relevance |
| P-102 | Certified Copy of EEOC File | Hearsay |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ *David G. Halpern*_____
DAVID G. HALPERN
Attorney-in-Charge
Texas Bar No. 00790812
Southern District I.D. No. 18301
JAMES "BEAU" ECCLES
Texas Bar No. 00793668
Southern District No. 310917

6

DARREN G. GIBSON
Texas Bar No. 24068846
Southern District No. 1041236
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendants' Amended Objections to Plaintiff's Exhibits was served via the Court's ECF system on March 2, 2010, to:

Jo Miller
505 North Main
Carriage House
Conroe, Texas 77301
*Attorney for Plaintiff*

/s/ *David G. Halpern*_____
DAVID G. HALPERN
Assistant Attorney General