# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JACKIE FISHER** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:08-cv-01273 |
| | § | |
| **UNIVERSITY OF TEXAS** | § | Jury Demanded |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
| Defendants. | § | |

## ORDER ON
## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS
## AND OPPOSED MOTION TO EXCLUDE

| No. | PLAINTIFF's OBJECTIONS | SUSTAINED | DENIED |
|---|---|---|---|
| **D-2** | .Incomplete: "RE: RE: RE:"<br>.In fairness for admissibility, Plaintiff demands introduction of the complete E-mail string under FED. R. EVID., Rule 106 "Remainder of Related Writings or Recorded Statements"<br>.Complete E-mail string not produced as required under Fed.R.Civ.P., Rule 26(a)(3) | | |
| **D-4** | .Authenticity under FED. R. EVID., Rule 901 | | |
| **D-5** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805 | | |
| **D-13** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805<br>.Authenticity under FED. R. EVID., Rule 901 | | |
| **D-14** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805<br>.Authenticity under FED. R. EVID., Rule 901 | | |

| | | | |
|---|---|---|---|
| **D-37** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805 | | |
| **D-39** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805 | | |
| **D-40** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805 | | |
| **D-42** | .Authenticity under FED. R. EVID., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-44** | .Authenticity under FED. R. EVID., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-45** | .Authenticity under FED. R. EVID., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |
| **D-54** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805 | | |
| **D-57** | .Not deposition Exhibit as represented<br>.Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805<br>.Authenticity under FED. R. EVID., Rule 901 | | |
| **D-70** | .Hearsay under .FED. R. EVID., Rule 802<br>.Hearsay within Hearsay under .FED. R. EVID., Rule 805<br>.Authenticity under FED. R. EVID., Rule 901<br>.Impermissible Summary without supporting documentation produced as required under Fed. R.Civ. P Rule 26(a)(3) | | |

Dated_____, 2010.

                                                          _____
                                                          The Honorable Nancy F. Atlas