NURSING 1

| UNIT | TITLE | POSITION | EMPL# | EMPLOYEE | |
|---|---|---|---|---|---|
| ESTELLE RMF | NURSE CLINICIAN III | 52101 | 64298 | CARBY, ANN | C |
| ESTELLE RMF | NURSE MANAGER | 14180 | 226579 | UPSHAW, JUDY | |
| ESTELLE RMF | PCA | 16060 | 152564 | INYANG, DIONGESIT | B |
| ESTELLE RMF | PCA | 16087 | | VACANT REQ# 53110 (PAYNE) | |
| ESTELLE RMF | PCA | 12733 | 216758 | BURROW, KATHY | C ok |
| ESTELLE RMF | PCA | 16072 | 22213 | GISTARB, PAMELA | B |
| ESTELLE RMF | PCA | 15857 | | VACANT REQ# 8281? CREDIT) | |
| ESTELLE RMF | PCA | 15337 | 201429 | BURNS, TAGATHA | B |
| ESTELLE RMF | PCA | 16078 | 147416 | NEVINS, DAVID | B |
| ESTELLE RMF | PCA | 51024 | 216714 | PLATT, DENEICE | B |
| ESTELLE RMF | PCA | 46828 | | VACANT REQ# (CRAFT) | |
| ESTELLE RMF | PCA | 15847 | 66138 | MOSLEY, JOANN | B |
| ESTELLE RMF | PCA | 14308 | 171069 | FLANNERY, BETTY | C |
| ESTELLE RMF | PCA | 13887 | 172000 | POPE, PATRICIA | B |
| ESTELLE RMF | PCA | 41203 | 112693 | MORNING, THERESA | B ok |
| ESTELLE RMF | PCA | 15301 | 178720 | GRAY, MARTHA | C |
| ESTELLE RMF | PCA | 16075 | | VACANT REQ# 628?? (LYONS) | |
| ESTELLE RMF | PCA | 16059 | 153182 | MASSIE, LAKESHIA | B |
| ESTELLE RMF - HOLD | LVN | 15297 | | VACANT REQ# 6024 (THOMPSON) | |
| ESTELLE RMF - HOLD | NURSE CLINICIAN III | 17286 | | VACANT REQ# 449?? (RAY) | |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN III | 15223 | 235595 | COTTON, MARY | C |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN II | 18299 | 118?? | MOREAU, WENDY | C |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN III | 15281 | | VACANT REQ#??? (H SMITH) | |
| ESTELLE RMF - NIGHT SHIFT | NURSE CLINICIAN III | 17366 | 201442 | LOWDER, NANCY | C |
| ESTELLE RMF (HUGHES) | LVN | 16023 | | VACANT REQ#??? (HAVENT) | |

EXHIBIT D-42  CA 4:08-cv-01273  UTMB-854