>>> "Jo Miller" <jmiller@jomillerlaw.com> 3/5/2010 2:25 PM >>>
David, I just briefly flipped through the Defendants' memorandum of law which was recently filed and want to make sure you are not mislead. At docket call, the Judge and I were discussing the cause of action on which Plaintiff intended to proceed under 1983. You are correct that we will proceed against Watson under 1983 only as to the hostile environment claim. We proceed against Watson under 1981 as to all three Title VII claims.
Thanks, Jo


Jo Miller
Law Office of Jo Miller, P.L.L.C.
505 North Main
Carriage House
Conroe, Texas 77301
(936) 539-4400 Phone
(936) 539-4409 Fax


IMPORTANT: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESS AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXPEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER BY RETURN E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENTS. THANK YOU.

EXHIBIT 1