IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JACKIE FISHER** | § | CIVIL ACTION NO. 4:08-CV-01273 |
| Plaintiff, | § | Jury Demanded |
| | § | |
| vs. | § | Judge: Nancy F. Atlas |
| | § | Case Manager: Sheila Ashabranner |
| | § | |
| | § | Court Deputy:_____ |
| **UNIVERSITY OF TEXAS** | § | Court Reporter:_____ |
| **MEDICAL BRANCH and** | § | |
| **DAVID WATSON** | § | |
| Defendants. | § | Proceeding: Trial |

ORDER ON
DEFENDANT'S (ECF 61) OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

| # | DENIED | Sustained | COMMENTS |
|---|---|---|---|
| P-3-A | | | |
| P-3-B | | | |
| P-4-A | | | |
| P-4-B | | | |
| P-6 | | | |
| P-7-A | | | |
| P-7-B | | | |
| P-7-C | | | |
| P-8 | | | |
| P-11 | | | |
| P-14 | | | |
| **P-15** | | | |
| P-18 | | | |

| | | | |
|---|---|---|---|
| **P-20** | | | |
| P-24 | | | |
| P-25 | | | |
| **P-26** | | | |
| **P-27** | | | |
| P-30 | | | |
| P-33 | | | |
| P-34-A | | | |
| P-34-B | | | |
| P-34-C | | | |
| P-34-D | | | |
| P-34-E | | | |
| P-35-A | | | |
| P-35-B | | | |
| P-35-C | | | |
| P-35-D | | | |
| P-36 | | | |
| P-37 | | | |
| P-38 | | | |
| P-39 | | | |
| P-40 | | | |
| **P-41** | | | |
| **P-42** | | | |
| P-43 | | | |
| P-44 | | | |
| P-47-A | | | |
| **P-47-B** | | | |

| | | | |
|---|---|---|---|
| **P-48** | | | |
| **P-49** | | | |
| **P-50** | | | |
| **P-51** | | | |
| **P-52** | | | |
| **P-53** | | | |
| **P-54** | | | |
| **P-55** | | | |
| **P-56** | | | |
| P-59 | | | |
| P-60 | | | |
| P-61 | | | |
| P-62 | | | |
| P-63 | | | |
| P-68 | | | |
| P-69 | | | |
| **P-70** | | | |
| **P-73** | | | |
| **P-75** | | | |
| **P-76** | | | |
| **P-78** | | | |
| **P-79** | | | |
| **P-80** | | | |
| **P-81** | | | |
| **P-82** | | | |
| **P-83** | | | |

| | | | |
|---|---|---|---|
| **P-84** | | | |
| **P-87** | | | |
| **P-88** | | | |
| **P-89** | | | |
| **P-92** | | | |
| **P-93** | | | |
| **P-94** | | | |
| **P-96** | | | |
| **P-100** | | | |
| **P-101** | | | |
| **P-102** | | | |

Dated_____, 2010.

_____
The Honorable Nancy F. Atlas