IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER § | | |
| § | | |
| Plaintiff, § | | CIVIL ACTION NO. |
| v. § | | 4:08-cv-01273 |
| § | | |
| UNIVERSITY OF TEXAS MEDICAL § | | |
| BRANCH and DAVID WATSON § | | Jury Demanded |
| Defendant. § | | |

## PLAINTIFF'S NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

    Plaintiff Jackie Fisher files this Notice of Appearance, designating the following additional counsel:

    Martin A. Shellist
    State Bar No. 00786487
    SHELLIST ✶ LAZARZ LLP
    3D/International Tower
    1900 West Loop South, Suite 1910
    Houston, Texas 77027
    Telephone: (713) 621-2277
    Facsimile: (713) 621-0993

Ms. Miller will remain as lead counsel.

    Respectfully submitted,

    LAW OFFICE OF JO MILLER, P.L.L.C.

    Jo Miller
    State Bar No. 00791268
    Federal Id No. 20385
    505 North Main
    Carriage House
    Conroe, Texas 77301
    (936) 539-4400 Facsimile:(936) 539-4409

**SHELLIST ✯ LAZARZ LLP**

By: _/s/ Martin A. Shellist_
    MARTIN A. SHELLIST
    State Bar No. 00786487
    3D/International Tower
    1900 West Loop South, Suite 1910
    Houston, Texas 77027
    (713) 621-2277  Facsimile: (713) 621-0993

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via e-mail and hand-delivery on this the 8th day of March, 2010.

David G. Halpern
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

    _/s/ Martin A. Shellist_
    MARTIN A. SHELLIST