# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.*,

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Jo Miller/Martin Shellist | Plaintiff |
| David Halpern/Darren Gibson | Defendants |

**Date**: March 9, 2010　　　　　　　　**ERO**: Yes
**Time**: 10:32 a.m. - 10:44 a.m.　　　**Interpreter**:

**At the hearing the Court made the following rulings**:

Settlement conference held. Settlement terms as stated on the record in open court.

**SIGNED** at Houston, Texas this 9th day of March, 2010.

_____
Nancy F. Atlas
United States District Judge