IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH and | § | |
| DAVID WATSON, | § | |
|    Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised on the record that a settlement has been reached between Plaintiff and Defendants, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **July 12, 2010**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **9th** day of **March, 2010**.

_____
Nancy F. Atlas
United States District Judge