# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.*,

**Appearances**:

| Counsel: | Representing: |
|---|---|
| Jo Miller/Martin Shellist | Plaintiff |
| David Halpern/Darren Gibson | Defendants |

**Date**: March 8, 2010   **ERO**: Yes
**Time**: 9:43 a.m. - 11:32 a.m.   **Interpreter**:
    12:22 a.m. - 2:20 p.m.

**At the hearing the Court made the following rulings**:

Final pretrial conference held.

Opposed Motion to Exclude Exhibits by Jackie Fisher [Doc. #66] is GRANTED in part and DENIED in part in accordance with the record in open court.

Opposed Motion to Exclude Defendant's Exhibits by Jackie Fisher [Doc. #77] is GRANTED in part and DENIED in part in accordance with the record in open court.

Other trial rulings as stated on the record in open court.

**SIGNED** at Houston, Texas this 8th day of March, 2010.

Nancy F. Atlas
United States District Judge