| | | | |
|---|---|---|---|
| ⍟AO 435 (Rev. 03/08) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** DUE DATE: |

| 1. NAME David G. Halpern c/o Jenilyny Monfray | 2. PHONE NUMBER (512) 475-4120 | 3. DATE 5-4-10 |
|---|---|---|
| 4. MAILING ADDRESS P.O. Box 12548 | 5. CITY Austin | 6. STATE TX  7. ZIP CODE 78711 |
| 8. CASE NUMBER H-08-1273 | 9. JUDGE Nancy Atlas | DATES OF PROCEEDINGS 10. FROM 3/9/10  11. TO 3/9/10 |
| 12. CASE NAME Fisher v. UTMB + David Watson | | LOCATION OF PROCEEDINGS 13. CITY Houston  14. STATE TX |

| 15. ORDER FOR | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☒ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 3-9-10 | | |
| ☒ OPENING STATEMENT (Defendant) | 3-9-10 | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 3-9-10 | | |
| ☒ CLOSING ARGUMENT (Defendant) | 3-9-10 | | |
| ☒ OPINION OF COURT | 3-9-10 | ☒ OTHER (Specify) | entire settlement hearing |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☒ | ☐ | NO. OF COPIES | United States Bankruptcy Court Southern District of Texas FILED MAY 07 2010 David J. Bradley, Clerk of Court | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|
| 18. SIGNATURE David Halpern | ☐ EMAIL ONLY REQUIRED ☒ EMAIL AND HARD COPY REQUIRED ☐ EMAIL ADDRESS: david.halpern@oag.state.tx.us |
| 19. DATE 5-5-10 | |
| 20. TRANSCRIPT TO BE PREPARED BY ERO | COURT ADDRESS 515 Rusk Ave. Houston, TX 77002 |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY