| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | DUE DATE: |

| 1. NAME JO MILLER | 2. PHONE NUMBER 936 539 4400 | 3. DATE 5-19-10 | |
|---|---|---|---|
| 4. MAILING ADDRESS 505 N. MAIN | 5. CITY CONROE | 6. STATE TX | 7. ZIP CODE 77301 |
| 8. CASE NUMBER H-08-1273 | 9. JUDGE ATLAS | DATES OF PROCEEDINGS 10. FROM 3/9/10 | 11. TO 3/9/10 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS 13. CITY HOUSTON | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS

United States District Court
Southern District of Texas
FILED
MAY 19 2010
David J. Bradley, Clerk of Court

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 3/9/10 | | |
| [x] OPENING STATEMENT (Defendant) | 3/9/10 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 3/9/10 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | 3/9/10 | | |
| [x] OPINION OF COURT | 3/9/10 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | SETTLEMENT ANNOUNCEMENT |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | *PREVIOUSLY REQUESTED BY DAVID HALPERN & FILED 5/7/10 ON 14 DAY EXPEDITED REQUEST (ATTACHED) | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE Jo Miller
19. DATE 5-19-10

- [ ] EMAIL ONLY REQUIRED
- [x] EMAIL AND HARD COPY REQUIRED
- [ ] EMAIL ADDRESS: jmiller@jomillerlaw.com

20. TRANSCRIPT TO BE PREPARED BY ERO

COURT ADDRESS
515 RUSK
HOUSTON, TX 77002

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY