IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:08-cv-01273 |
| § | |
| UNIVERSITY OF TEXAS § | Jury Demanded |
| MEDICAL BRANCH and § | |
| DAVID WATSON § | |
| Defendants. § | |

ORDER ON PLAINTIFF'S
OPPOSED MOTION TO ENFORCE THE TERMS OF THE AGREED SETTLEMENT
OR IN THE ALTERNATIVE THE UNOPPOSED MOTION
TO REINSTATE THE CASE ON THE TRIAL DOCKET

After considering Plaintiff's opposed Motion to Enforce the Terms of the Agreed Settlement or in the Alternative the Unopposed Motion to Reinstate the Case on the Trial Docket, and Defendants' response, if any, the Court:

\_\_\_\_ HEREBY ORDERS Defendants to perform the terms and conditions of the agreed settlement as read into the record on March 9, 2010 and as agreed to in the Release executed by Plaintiff on April 21, 2010.

OR

\_\_\_\_ HEREBY Reinstates the case on the trial docket and issues a revised trial scheduling order.

SIGNED on _____, 2010.

_____
The Honorable Nancy F. Atlas
U.S. DISTRICT JUDGE