**Syed, Omar**

| | |
|---|---|
| From: | Martin Shellist [mshellist@eeoc.net] |
| Sent: | Monday, March 08, 2010 4:32 PM |
| To: | David Halpern; Syed, Omar; Darren Gibson; Jo Miller |
| Subject: | Fisher v. UTMB - TRE/FRE 408 |

Omar:

I have a truly final settlement figure from Ms. Fisher: ▮▮▮▮. Please know that this offer shall remain open only through and until 7 p.m. CST this evening. In exchange for the payment, Ms. Fisher will release UTMB and Watson from liability. Additionally, she will remain employed and continue to be dedicated to the success of UTMB. It is my belief and sincere hope that a settlement will bring closure for the parties. If the case does not settle, at least I will be able to say that Ms. Miller and I did all we could do to achieve a resolution. You should also know that Mr. Halpern has been instrumental in furthering settlement discussions. If accepted, we'd want included in the settlement documents that UTMB (or other decision makers) will use best efforts to fund the settlement as expeditiously as possible

If we need to discuss anything, please call me at the office or on my cell at 713-927-4740.

Sincerely,

Martin A. Shellist
Shellist Lazarz LLP
1900 W. Loop South, Ste. 1910
Houston, Texas 77027
T (713) 621-2277
F (713) 621-0993

www.eeoc.net

**********
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

EXHIBIT
2