# Syed, Omar

| | |
|---|---|
| **From:** | Martin Shellist [mshellist@eeoc.net] |
| **Sent:** | Monday, March 08, 2010 9:14 PM |
| **To:** | Syed, Omar |
| **Cc:** | David Halpern; Darren Gibson; Jo Miller |
| **Subject:** | Re: Fisher v. UTMB - Final Settlement Offer of Defendants    (Inadmissible under Fed. R. Evid. 408) |

Omar,

Ms. Fisher hereby accepts UTMB's offer to settle for $▇▇▇. We'll advise regarding the breakdown of the settlement for issuance of the checks.

I will email the case manager to advise of the settlement and determine whether our presence is needed tomorrow.

Sincerely,

Martin A. Shellist
Shellist Lazarz LLP
1900 W. Loop South, Ste. 1910
Houston, Texas 77027
T (713) 621-2277
F (713) 621-0993

www.eeoc.net

**EXHIBIT 4**

\*\*\*\*\*\*\*\*\*\*

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

On Sat, Mar 6, 2010 at 9:17 AM, Syed, Omar <osyed@utsystem.edu> wrote:

Dear Mr. Shellist:

I am an attorney for The University of Texas System's Office of General Counsel, which represents UTMB and the other 14 UT System institutions. On behalf of and with the authorization of the defendants in Ms. Fisher's lawsuit, I write to convey the response to her most recent settlement offer.

In exchange for Ms. Fisher's agreement to dismiss the pending suit and fully and finally release UTMB and Mr. Watson from all relevant claims, defendants offer a total of $▇▇▇, to be apportioned between Ms. Fisher and her attorneys as they, in their judgment,

1

see fit. This offer recognizes that Fisher will remain a UTMB employee. In addition, this offer constitutes defendants' final offer for settlement before trial.

We look forward to receiving your client's response.

Sincerely,

Omar A. Syed

The University of Texas System

Office of General Counsel

201 West Seventh Street, Sixth Floor

Austin, TX 78701-2981

512-499-4481 phone

512-499-4523 fax