IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER,<br>　　*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS MEDICAL<br>BRANCH AND DAVID WATSON,<br>　　*Defendants.* | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:08-CV-01273<br>§<br>§<br>§<br>§ |

### ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE
### TERMS AND CONDITIONS OF SETTLEMENT AGREEMENT

On this day the Court considered Plaintiff's Motion to Enforce Terms and Conditions of Settlement Agreement. After having considered said motion and responses, the Court is of the opinion that Plaintiff's motion lacks merit.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Enforce Terms and Conditions of Settlement Agreement is hereby DENIED.

SIGNED THIS _____ DAY OF _____, 2010.

_____
THE HONORABLE NANCY F. ATLAS
UNITED STATES DISTRICT COURT JUDGE