IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH, *et al.*, | § | |
|     Defendants. | § | |

## ORDER

It is hereby **ORDERED** that counsel shall appear before the Court on **August 9, 2010, at 3:30 p.m.** for a hearing on Plaintiff's Motion to Enforce Terms and Conditional of the Settlement Agreement and, In the Alternative, to Reinstate the Case on the Trial Docket [Doc. # 89].

SIGNED at Houston, Texas, this **27**<sup>th</sup> day of **July, 2010**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\1273SetHrg.wpd   100727.1047