IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS –
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| v. | § | 4:08-cv-01273 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH and DAVID WATSON, | § | |
| DefendantS. | § | Jury Demanded |

## UNOPPOSED MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

TO THE HONORABLE COURT:

Martin A. Shellist, and Shellist | Lazarz | Slobin L.L.P., files this Unopposed Motion to Withdraw as Plaintiff's Counsel and would show unto this Court as follows:

I.

Plaintiff has been represented by very competent counsel, Jo Miller, for the past three (3) years. Undersigned counsel, Martin A. Shellist, was retained in February 2010 to assist with trial. However, the case was not tried as it settled on March 9, 2010. Shortly thereafter, a dispute arose between the parties as to the scope of the release language.

Ms. Miller and opposing counsel, David Halpern, have been communicating about the dispute, and will be arguing in support of their clients' respective positions at a hearing scheduled for Monday, August 9, 2010.

II.

For various reasons irrelevant to the substance of the case, it has been decided by Ms. Miller, Mr. Shellist, and Plaintiff Fisher that Mr. Shellist's involvement in the case is no longer necessary. The case will not be delayed if undersigned counsel is permitted to withdraw, and Defendants do not oppose this Motion.

WHEREFORE PREMISES CONSIDERED, undersigned counsel for Plaintiff, Martin A. Shellist, and Shellist | Lazarz | Slobin L.L.P., respectfully request that this Court grant their Motion to Withdraw and enter an Order granting such relief.

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

By: _____

MARTIN A. SHELLIST
State Bar No. 00786487
3D/International Tower
1900 West Loop South, Suite 1910
Houston, Texas 77027
(713) 621-2277  Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff hereby certifies that he has conferred with counsel for Defendants, who is unopposed to the foregoing Motion.

MARTIN A. SHELLIST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded to all counsel of record via e-mail and hand-delivery on this the **5** day

of August, 2010.

David G. Halpern
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711

Jo Miller
LAW OFFICE OF JO MILLER, P.L.L.C.
505 North Main
Carriage House
Conroe, Texas 77301

MARTIN A. SHELLIST