IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS –
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:08-cv-01273 |
| v. | § § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH and DAVID WATSON, Defendants. | § § § § | Jury Demanded |

## ORDER

On this day, came on to be considered Plaintiff's Unopposed Motion to Withdraw as Counsel. After considering the pleadings, this Court is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Withdraw as Counsel is hereby granted. It is further

ORDERED that Martin A. Shellist, and the law firm Shellist | Lazarz | Slobin L.L.P. are withdrawn as Plaintiff's counsel in this cause of action.

SIGNED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE
HON. NANCY ATLAS