# HEARING MINUTES AND ORDER

**Cause Number**: 08-1273

**Style**: Jackie Fisher v. University of Texas Medical Branch, *et al.*,

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Jo Miller | Plaintiff |
| David Halpern/Darren Gibson | Defendants |

**Date**: August 9, 2010  **ERO**: Yes
**Time**: 3:30 p.m. - 4:27 p.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

Motion hearing held.

Motion to Enforce Settlement [Doc. #89] is TERMINATED in light of events in open court.

The conditional order of dismissal is extended until **August 31, 2010.**

**SIGNED** at Houston, Texas this 9th day of August, 2010.

_____
Nancy F. Atlas
United States District Judge