IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACKIE FISHER § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:08-cv-01273 |
| § | |
| UNIVERSITY OF TEXAS § | Jury Demanded |
| MEDICAL BRANCH and § | |
| DAVID WATSON § | |
| Defendants. § | |

STIPULATION OF DISMISSAL

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Jackie Fisher; defendants are University of Texas Medical Branch, and David Watson, Individually.

2. On April 25, 2008, plaintiff sued defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants served their answers on June 23, 2008, and agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice to refiling.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF JO MILLER, P.L.L.C. | GREG ABBOTT |
| 505 N Main | Attorney General of Texas |
| Conroe, Texas 77301 | |
| Tel: (936) 539-4400 | C. ANDREW WEBER |
| Fax: (936) 539-4409 | First Assistant Attorney General |

By: */s/ Jo Miller*    DAVID S. MORALES
   JO MILLER    Deputy Assistant General for Civil Litigation
   jmiller@jomillerlaw.com
   State Bar No. 00791268    ROBERT B. O'KEEFE
   Southern District No. 20385    Chief, General Litigation Division
   Attorney-in-Charge for Plaintiff,
   Jackie Fisher

                                           By: */s/ David G. Halpern*
                                              DAVID G. HALPERN
                                              Attorney-in-Charge for Defendants
                                              State Bar No. 00790812
                                              Southern District No. 18301
                                              JAMES "BEAU" ECCLES
                                              State Bar No. 00793668
                                              Southern District No. 310917
                                              DARREN G. GIBSON
                                              State Bar No. 24068846
                                              Southern District No. 1041236
                                              Assistant Attorneys General
                                              General Litigation Division
                                              P.O. Box 12548, Capital Station
                                              Austin, Texas 78711-2548
                                              Tel: (512) 463-2120
                                              Fax:(512) 320-0667

**NOTICE OF ELECTRONIC FILING**

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 20th day of September, 2010.

>  /s/  Jo Miller
>  JO MILLER