IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACKIE FISHER, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1273 |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| MEDICAL BRANCH, *et al.*, | § | |
|    Defendants. | § | |

## **ORDER**

In accordance with the parties' Stipulation of Dismissal [Doc. # 96], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this **24th** day of **September, 2009**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\1273DO.wpd   100924.1014